IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| Robert Holland, | ) | Case No.: 2:13-cv-00491-RL-JEM |
| | ) | |
| Plaintiff, | ) | Honorable Rudy Lozano |
| | ) | |
| v. | ) | Magistrate Judge John E. Martin |
| | ) | |
| Cerberus Capital Management, LP, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

**NOTICE OF AUTOMATIC INITIAL ENLARGEMENT OF TIME**

Defendant TD Auto Finance LLC, successor in interest to Chrysler Financial, LLC ("TDAF"), hereby submits its Notice of Automatic Initial Enlargement of Time, to and including July 15, 2014, to respond to Plaintiff's Complaint, pursuant to L.R. 6.1(b). In support of said Notice, TDAF states as follows:

1. Plaintiff filed a Complaint in this action on December 30, 2013.

2. TDAF was improperly named in the Complaint as "Chrysler financial, LLC (TD Bank, Group (N.A.))" was improperly served with the Complaint on or about May 27, 2014.

3. A response to Plaintiff's Complaint by TDAF, had it been properly served, would be due on or about June 17, 2014.

5. Counsel for TDAF has attempted to contact Plaintiff (a former Indiana licensed attorney whose privileges to practice law have been suspended) to secure Plaintiff's agreement to this enlargement of time, but despite due diligence to reach Plaintiff, such efforts have been unsuccessful.

5. TDAF has not sought any previous extensions of time to respond to Plaintiff's Complaint, nor is this Notice made in bad faith or for the purpose of unfair prejudice or undue delay.

WHEREFORE, Defendant TDAF respectfully notifies the Court that to the extent TDAF has been properly named and served in this matter, it is exercising its right for an automatic initial enlargement of time to answer or otherwise respond to Plaintiff's Complaint to July 15, 2014.

Respectfully submitted,

/s/ *James J. Todd*
James J. Todd (30453-15)
Attorney for Defendant TD Auto Finance LLC
Weltman, Weinberg & Reis Co., L.P.A.
525 Vine Street, Suite 800
Cincinnati, OH 45202
Phone: (513) 723-2200
Fax: (513) 723-2239
Email: jtodd@weltman.com

Dated: June 16, 2014

### CERTIFICATE OF SERVICE

      This is to certify that a copy of the foregoing has been electronically filed with the Clerk of Court on June 16, 2014 and served upon the following counsel of record and/or *pro se* parties via United States Mail, postage prepaid:

Robert Holland
1120 Baker St.
Gary, Indiana 46404

                                                /s/ *James J. Todd*_____
                                                James J. Todd

**Weltman, Weinberg & Reis Co., LPA**
525 Vine St., Suite 800
Cincinnati, OH 45202
(513) 723-2200
(513) 723-2239-facsimile
jtodd@weltman.com