UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| ROBERT HOLLAND | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Case No. 2:13-CV-00491-RL-JEM |
| | ) |
| CEREBERUS CAPITAL | ) |
| MANAGEMENT, L.P., *et al.*, | ) |
| | ) |
| Defendants. | ) |

## CORPORATE DISCLOSURE STATEMENT

Defendant, Cerberus Capital Management, L.P., by counsel, hereby submits its Corporate Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1(a):

Cerberus Capital Management, L.P., ("Cerberus") is a limited partnership organized and existing under the laws of the State of Delaware. There is no parent corporation of Cerberus and no publicly-held corporation owns 10% or more of the ownership interests of Cerberus.

Respectfully submitted,

*s/ Mark D. Stuaan*
Jason R. Barclay
Mark D. Stuaan
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, Indiana 46204
Telephone: 317/236-1313
Facsimile: 317/231-7433
E-Mail: jason.barclay@btlaw.com
E-Mail: mark.stuaan@btlaw.com

Howard O. Godnick (*pro hac vice* pending)
Joshua R. Schonauer (*pro hac vice* pending)
SCHULTE ROTH & ZABEL LLP
919 Third Avenue
New York, NY 10022
Tel.     (212) 756-2000
Fax     (212) 593-5955
Email:  howard.godnick@srz.com
Email:  joshua.schonauer@srz.com

Attorneys for Defendants Cerberus Capital
Management, L.P., Stephen Feinberg and
Robert Nardelli

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of June, 2014, a copy of the foregoing was filed electronically and has been served on all counsel of record by the Court's ECF filing system.

Additionally, a copy of the foregoing was sent to the following *pro se* Plaintiff by depositing the same in the United States mail, first class, postage prepaid:

Robert Holland
1120 Baker Street
Gary, IN 46404


*s/ Mark D. Stuaan*
Mark D. Stuaan

INDS01 1459706v1