UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| ROBERT HOLLAND | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Case No.  2:13-CV-00491-RL-JEM |
| | ) |
| CEREBERUS CAPITAL | ) |
| MANAGEMENT, L.P., *et al.*, | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS' CEREBERUS CAPITAL MANAGEMENT, LP,
STEPHEN FEINBERG, AND ROBERT NARDELLI'S
MOTION TO DISMISS PLAINTIFF'S VERIFIED COMPLAINT
PURSUANT TO FED. R. CIV. P. 12(b)(6) AND (b)(2)**

Defendant Cerberus Capital Management, LP, Stephen Feinberg, and Robert Nardelli ("Cerberus Defendants") by their undersigned counsel, respectfully move the Court to dismiss the Plaintiff's Verified Complaint as against Cerberus Defendants for failure to state a claim upon which relief can be granted pursuant to Fed. R. Civ. P. 12(b)(6) and for lack of personal jurisdiction pursuant to Fed. R. Civ. P. 12(b)(2).  In support of this motion, Cerberus Defendants are filing contemporaneously herewith the Memorandum of Law in Support of Their Motion to Dismiss Plaintiff's Verified Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) and (b)(2).

WHEREFORE, Cerberus Defendants pray that the Plaintiff's Verified Complaint be dismissed, with prejudice and without leave to amend.

s/ Mark D. Stuaan
Jason R. Barclay
Mark D. Stuaan
BARNES & THORNBURG, LLP
11 South Meridian Street
Indianapolis, IN 46204
Tel.    (317) 236-1313
Fax    (317) 231-7433
Email:  jason.barclay@btlaw.com
Email:  mark.stuaan@btlaw.com

Howard O. Godnick (*pro hac vice* pending)
Joshua R. Schonauer (*pro hac vice* pending)
SCHULTE ROTH & ZABEL LLP
919 Third Avenue
New York, NY 10022
Tel.    (212) 756-2000
Fax    (212) 593-5955
Email:  howard.godnick@srz.com
Email:  joshua.schonauer@srz.com

Attorneys for Defendants Cerberus Capital Management, L.P., Stephen Feinberg and Robert Nardelli

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of June, 2014, a copy of the foregoing was filed electronically and served on all counsel of record by the Court's ECF filing system.

Additionally, a copy of the foregoing was sent to the following *pro se* Plaintiff by depositing same in the United States mail, first class, postage prepaid:

> Robert Holland
> 1120 Baker Street
> Gary, IN 46404

>> *s/ Mark D. Stuaan*
>> Mark D. Stuaan