FILED

## UNITED STATES DISTRICT COURT

## FOR THE SEVENTH CIRCUIT

2014 JUN 19 AM 10: 26

### HAMMOND DIVISION

ROBERT L. TRGOVICH
U.S. DISTRICT COURT
FOR THE NORTHERN DISTRICT
OF INDIANA

ROBERT HOLLAND, )
   Plaintiff – Appellant )
  )
VS. ) District Court Case No.: 2:13-CV-00491
  )
CERBERUS CAPITAL )
MANAGEMENT, LLP, et al, )
   Defendants – Appellees. )

### MOTION TO STRIKE THE MOTION TO DISMISS DE#28

### AND MEMORANDUM DE# 29

Comes now the Plaintiff Robert Holland and files this Motion to Strike the Motion to Dismiss DE#28 and Memorandum DE#29 filed by the Attorney for Defendants Cerberus Capital Management, LP, Stephen Feinberg (CEO of Cerberus Capital Management, LP), and Robert Nardelli (CEO of Cerberus O & AC, LLC) Mark D. Stuann, as it violates **L.R. 7.1 (e)(1) Motion Practice.** The Memorandum exceeds 25 pages, no request was made to the court and no compelling reason cited for the lengthy memo. In addition, Robert Holland makes the court aware that there are numerous defendants. The additional unnecessary work load will have a cumulative affect on the Plaintiff.

Respectfully submitted,

*Robert M. Holland* (signature)

Robert Holland, Pro se
1120 Baker Street
Gary, Indiana 46404
TEL (219) 427-4582
Robert Holland, Pro se

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA

### CERTIFICATE OF SERVICE

I certify that on the 19th day of June, 2014, service of a true and complete copy of the above and foregoing pleading or paper was made upon:

**The Clerk of the Court**, United States District Court, 5400 Federal Plaza, Hammond, IN 46320

**Judge Rudy Lozano**
7th Circuit District Court Judge
Northern District of Indiana, Hammond Division
5400 Federal Plaza, Hammond, Indiana 46320
TEL (219) 852-6700

**Jason R. Barclay and Mark D. Stuann**, Barnes & Thorn burg, LLP, 11 South Meridian Street, Indianapolis, IN 46204
Attorneys for Defendants Cerberus Capital Management, LP, Stephen Feinberg (CEO of Cerberus Capital Management, LP), and Robert Nardelli (CEO of Cerberus O & AC, LLC)
TEL (317) 231-7250

**Howard Godnick and Joshua Schonauer**, Schulte, Roth & Zabel, LLP, 919 Third Avenue, New York, New York 10022
Attorneys for Defendants Cerberus Capital Management, LP, Stephen Feinberg (CEO of Cerberus Capital Management, LP), Robert Nardelli (CEO of Cerberus O & AC, LLC), Chrysler Financial, LLC (aka TD Bank, Group (N.A.))
TEL (212) 593-5955

**James P. Buchholz**, 127 W. Berry Street, Suite 1200, Fort Wayne, Indiana 46802
Attorney for Bosak Motors Auto Dealership, Mr. & Mrs. Skip Bosak (Owners of Bosak Motors Auto Dealership), John Schultheis (General Manager, Bosak Motors), Jonathan Jeffries (Service Manager, Bosak Motors)
TEL (260) 426-0545

**James Todd**, Weltman, Weinberg & Reis Co., LPA, 525 Vine St., Suite 800, Cincinnati, Ohio 45202
Attorney for Chrysler Financial, LLC
TEL (513) 723-2200

**Robert Holland**, Pro Se, Plaintiff, 1120 Baker Street, Gary, Indiana 46404
TEL (219) 427-4582

____X_____ By depositing in the U.S. Mail properly addressed and with sufficient

1

District Court Case No.: 2:13-CV-00491

first class postage affixed or the federal electronic filing system at the office of the clerk.

_____  By personal delivery or fax.

_____
Robert M. Holland III, Pro Se