FILED

# UNITED STATES DISTRICT COURT
# FOR THE SEVENTH CIRCUIT
# HAMMOND DIVISION

2014 JUN 19  AM 10: 27

ROBERT ROBINOVICH
U.S. DISTRICT COURT
FOR THE NORTHERN DISTRICT
OF INDIANA

| | |
|---|---|
| ROBERT HOLLAND, ) | |
|    Plaintiff – Appellant ) | |
| ) | |
| VS. ) | District Court Case No.: 2:13-CV-00491 |
| ) | |
| CERBERUS CAPITAL ) | |
| MANAGEMENT, LLP, et al, ) | |
|    Defendants – Appellees. ) | |

## OBJECTION TO THE BOSAK DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO FILE ANSWER DE #22

**INTRODUCTION**

Comes now the Plaintiff Robert Holland and files this Objection to the Bosak Defendants' Motion for an Extension of Time to File Answer (DE#22) to the Plaintiff's Complaint pursuant to U.S. District Court for the Northern District of Indiana Compiled Local Rules and Committee Comments **L.R. 6.1 Extensions of Time**. In support of this Memorandum the Plaintiff states the following:

**A. L.R. 6.1 Extensions of Time**

The requests for Extension of time filed by the Attorney James P. Buchholz for Defendants Bosak Motors Auto Dealership, Mr. & Mrs. Skip Bosak (Owners of Bosak Motors Auto Dealership), John Schultheis (General Manager, Bosak Motors), Jonathan Jeffries (Service Manager, Bosak Motors) violates L.R. 6.1(b) Extensions of Time in that all the requirements were not met.

**(b) Automatic Initial Extension.** The deadline to respond to a pleading or a discovery request – including requests for admission – is automatically extended when an extension notice is filed with the court and:
**(1)** the deadline has not been extended before;

**(2)** the extension is for 28 or fewer days; and
**(3)** the notice states:
**(A)** the original deadline;
**(B)** the new deadline; and
**(C)** that all opposing attorneys the attorney could reach agreed to the extension; or that the party could not reach any other opposing attorneys despite due diligence.

The extension is for more than 28, the notice does NOT state the original deadline and that all opposing attorneys the attorney could reach agreed to the extension; or that the party could not reach any other opposing attorneys despite due diligence.(SEE attached - Defendants Motion for Extension of Time)   The Defendants received the complaint on May 23, 2014.  The 20 day time period has been deemed adequate time to respond to the complaint and no extraordinary circumstances have been cited by the Defendants.  Robert Holland requests that the extension be denied and the Defendants be defaulted.

Respectfully submitted,

_____
Robert Holland, Pro se
1120 Baker Street
Gary, Indiana 46404
TEL (219) 427-4582
Robert Holland, Pro se

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF INDIANA

**CERTIFICATE OF SERVICE**

I certify that on the 19th day of June, 2014, service of a true and complete copy of the above and foregoing pleading or paper was made upon:

**The Clerk of the Court**, United States District Court, 5400 Federal Plaza, Hammond, IN 46320

**Judge Rudy Lozano**
7th Circuit District Court Judge
Northern District of Indiana, Hammond Division
5400 Federal Plaza, Hammond, Indiana 46320
TEL (219) 852-6700

**Jason R. Barclay and Mark D. Stuann**, Barnes & Thorn burg, LLP, 11 South Meridian Street, Indianapolis, IN 46204
Attorneys for Defendants Cerberus Capital Management, LP, Stephen Feinberg (CEO of Cerberus Capital Management, LP), and Robert Nardelli (CEO of Cerberus O & AC, LLC)
TEL (317) 231-7250

**Howard Godnick and Joshua Schonauer**, Schulte, Roth & Zabel, LLP, 919 Third Avenue, New York, New York 10022
Attorneys for Defendants Cerberus Capital Management, LP, Stephen Feinberg (CEO of Cerberus Capital Management, LP), Robert Nardelli (CEO of Cerberus O & AC, LLC), Chrysler Financial, LLC (aka TD Bank, Group (N.A.))
TEL (212) 593-5955

**James P. Buchholz**, 127 W. Berry Street, Suite 1200, Fort Wayne, Indiana 46802
Attorney for Bosak Motors Auto Dealership, Mr. & Mrs. Skip Bosak (Owners of Bosak Motors Auto Dealership), John Schultheis (General Manager, Bosak Motors), Jonathan Jeffries (Service Manager, Bosak Motors)
TEL (260) 426-0545

**James Todd**, Weltman, Weinberg & Reis Co., LPA, 525 Vine St., Suite 800, Cincinnati, Ohio 45202
Attorney for Chrysler Financial, LLC and Kimberly Johnson (Chrysler Financial Collections/Repossession Unit)

TEL (513) 723-2200

**Robert Holland**, Pro Se, Plaintiff, 1120 Baker Street, Gary, Indiana 46404
TEL (219) 427-4582

    X      By depositing in the U.S. Mail properly addressed and with sufficient first class postage affixed or the federal electronic filing system at the office of the clerk.

            By personal delivery or fax.

*/s/ Robert M. Holland III*

Robert M. Holland III, Pro Se

U.S. DISTRICT COURT
NORTHERAN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| ROBERT HOLLAND,<br>    Plaintiff,<br><br>v.<br><br>Cerberus Capital Management, LP<br>Stephen Feinberg (CEO Cerberus Capital Management, LP), Robert Nardelli (CEO of Cerberus O & AC, LLC), CEO New Chrysler Corporation, CEO Old Chrysler Corporation, Chrysler Financial, LLC (TD Bank, Group (N.A.)), Paul Davis (Supervisor Chrysler Customer Assistance Team), Kimberly Johnson (Chrysler Financial Collections/ Repossession Unit), Bosak Motors Auto Dealership, Mr. & Mrs. Skip Bosak (Owners Of Bosak Motors Auto Dealership), John Schultheis (General Manager Bosak Motors), Jonathan Jeffries (Service Manager Bosak Motors), Mike Grzbowski (Salesman Bosak Motors), CEO of Bull Dog Towing and Bull Dog Towing.<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO.: 2:13-cv-491<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION FOR EXTENSION OF TIME

COMES NOW, Defendant, Bosak Motors Auto Dealership et al., through their attorneys, Tourkow Crell Rosenblatt & Johnston, LLP, moves this Court for an extension of time to answer or otherwise plead to Plaintiff's Verified Complaint. In support of this Motion, Defendant states as follows:

1. Counsel recently received assignment of case.

2. Counsel needs time to consult with its clients and investigate the facts upon which the Complaint is based prior to responding to Plaintiff's allegations.

WHEREFORE, Defendant, Bosak Motors Auto Dealership et al., respectfully requests this Court grant an extension of time up to and including July 14, 2014 to answer or otherwise plead to Plaintiff's Verified Complaint.

Respectfully submitted,

**TOURKOW CRELL ROSENBLATT & JOHNSTON, LLP**

s/ James P. Buchholz
James P. Buchholz, #17023-02
127 W. Berry Street, Suite 1200
Fort Wayne, Indiana 46802
Telephone: (260) 426-0545
jbuchholz@tcrjlaw.com
*Counsel for Defendant, Bosak Motors Auto Dealership et al*

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th of June, 2014 a true and complete copy of the above and foregoing was mailed to:

Robert M Holland III, 1120 Baker Street, Gary, IN 46404
CEO Old Chrysler, c/o CEO Chrysler, 2777 Inkster Road, Farmington Hills, MI 48334
Ed Clark, CEO TD Bank Group (N.A.), c/o Kimberly Johnson, 1701 Route 70 East, Cherry Hill, NJ 08034
Chrysler Financial LLC c/o Ed Clark, CEO TD Bank Group (N.A.), 1701 Route 70 E, Cherry Hill, NJ 08034
Paul Davis (Spv. Chrysler Customer Service) c/o CEO Chrysler, 2777 Inkster Road, Farmington Hills, MI 48334
Owner/CEO Bulldog Towing, 641 Joliet Street, Dyer, IN 46311
Bulldog Towing c/o Owner/CEO, 641 Joliet Street, Dyer, IN 46311
Robert Nardelli, CEO of Cerberus O & AC, LLC, 875 Third Avenue, New York, NY 10022
Cerberus Capital Management, LP c/o CEO, 875 Third Avenue, New York, NY 10022
Stephen Feinberg, CEP Cerberus Capital Mgmt, LP, 875 Third Avenue, New York, NY 10022

s/James P. Buchholz
James P. Buchholz