FILED

# UNITED STATES DISTRICT COURT

## FOR THE SEVENTH CIRCUIT

2014 JUN 19 AM 10: 26

## HAMMOND DIVISION

| | |
|---|---|
| ROBERT HOLLAND, ) | |
|     Plaintiff – Appellant ) | |
| ) | |
| VS. ) | District Court Case No.: 2:13-CV-00491 |
| ) | |
| CERBERUS CAPITAL ) | |
| MANAGEMENT, LLP, et al, ) | |
|     Defendants – Appellees. ) | |

### OBJECTION TO THE DEFENDANTS' CHRYSLER FINANCIAL'S AND KIMBERLY JOHNSON'S REQUESTS FOR AN AUTOMATIC ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Comes now the Plaintiff Robert Holland and files this Objection to the Defendants' Chrysler Financial's (DE #24) and Kimberly Johnson's (DE# 31) Requests for an Automatic Enlargement of Time to Answer or Otherwise Respond to the Plaintiff's Complaint pursuant to U.S. District Court for the Northern District of Indiana Compiled Local Rules and Committee Comments **L.R. 6.1 Extensions of Time**. The requests for Extension of time filed by James Todd the Attorney for Defendants Chrysler Financial, LLC and Kimberly Johnson (Chrysler Financial Collections/Repossession Unit) violates L.R. 6.1(b) Extensions of Time in that all requirements were not met.

### N.D. Ind. L.R. 6-1 Extensions of Time
...
**(b) Automatic Initial Extension.** The deadline to respond to a pleading or a discovery request – including requests for admission – is automatically extended when an extension notice is filed with the court and:
(1) the deadline has not been extended before;
(2) the extension is for 28 or fewer days; and
(3) the notice states:
(A) the original deadline;
(B) the new deadline; and

(C) that all opposing attorneys the attorney could reach agreed to the extension; or that the party could not reach any other opposing attorneys despite due diligence.

The Defendant complains that proper service was not given and that is the reason for the need for additional time. This excuse is not wll taken. Attorney Godnick had stated that he represented Chrysler Financial, LLC on May 29, 2014 and received proper service.(See attached letter) ~~[redacted]~~. Therefore, proper service was had.

Respectfully submitted,

*/s/ Robert M. Holland*

Robert Holland, Pro se
1120 Baker Street
Gary, Indiana 46404
TEL (219) 427-4582
Robert Holland, Pro se

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF INDIANA

### CERTIFICATE OF SERVICE

I certify that on the 19th day of June, 2014, service of a true and complete copy of the above and foregoing pleading or paper was made upon:

**The Clerk of the Court**, United States District Court, 5400 Federal Plaza, Hammond, IN 46320

**Judge Rudy Lozano**
7th Circuit District Court Judge
Northern District of Indiana, Hammond Division
5400 Federal Plaza, Hammond, Indiana 46320
TEL (219) 852-6700

**Jason R. Barclay and Mark D. Stuann**, Barnes & Thorn burg, LLP, 11 South Meridian Street, Indianapolis, IN 46204
Attorneys for Defendants Cerberus Capital Management, LP, Stephen Feinberg (CEO of Cerberus Capital Management, LP), and Robert Nardelli (CEO of Cerberus O & AC, LLC)
TEL (317) 231-7250

**Howard Godnick and Joshua Schonauer**, Schulte, Roth & Zabel, LLP, 919 Third Avenue, New York, New York 10022
Attorneys for Defendants Cerberus Capital Management, LP, Stephen Feinberg (CEO of Cerberus Capital Management, LP), Robert Nardelli (CEO of Cerberus O & AC, LLC), Chrysler Financial, LLC (aka TD Bank, Group (N.A.))
TEL (212) 593-5955

**James P. Buchholz**, 127 W. Berry Street, Suite 1200, Fort Wayne, Indiana 46802
Attorney for Bosak Motors Auto Dealership, Mr. & Mrs. Skip Bosak (Owners of Bosak Motors Auto Dealership), John Schultheis (General Manager, Bosak Motors), Jonathan Jeffries (Service Manager, Bosak Motors)
TEL (260) 426-0545

**James Todd**, Weltman, Weinberg & Reis Co., LPA, 525 Vine St., Suite 800, Cincinnati, Ohio 45202
Attorney for Chrysler Financial, LLC, and Kimberly Johnson (Chrysler Financial Collections/Repossession Unit)
TEL (513) 723-2200

**Robert Holland**, Pro Se, Plaintiff, 1120 Baker Street, Gary, Indiana 46404

TEL (219) 427-4582

___X___   By depositing in the U.S. Mail properly addressed and with sufficient first class postage affixed or the federal electronic filing system at the office of the clerk.

_____   By personal delivery or fax.


_____
Robert M. Holland III, Pro Se

# Schulte Roth & Zabel LLP

919 Third Avenue
New York, NY 10022
212.756.2000
212.593.5955 fax

www.srz.com

Writer's Direct Number
212.756.2221

Writer's E-mail Address
Joshua.Schonauer@srz.com

May 29, 2014

**VIA FEDEX**

Mr. Robert Holland
1120 Baker Street
Gary, IN 46404

Re: *Holland v. Cerberus Capital Management, L.P., et al.*, No. 2:13-cv-491

Dear Mr. Holland:

      Along with my colleague Howard Godnick, we represent Cerberus Capital Management, LP, Stephen Feinberg, Robert Nardelli, and Chrysler Financial, LLC in the above-captioned lawsuit that you filed in the United States District Court for the Northern District of Indiana on December 30, 2013. Earlier this week, our clients were served with a summons and a copy of the Complaint by certified mail, postmarked May 21, 2014.

      Pursuant to the Northern District of Indiana's Local Rule 6-1, we have attempted to contact you to, among other things, seek your consent for a 28-day extension for our response to your Complaint. Although we have used our best efforts to locate a telephone number for you, our messages have gone unreturned.[1] As a result, under L.R. 6-1(b), we are entitled to an automatic extension for our response and intend to move immediately to seek that remedy from the Court.

      We would appreciate the opportunity to discuss this matter with you and to determine whether you will agree to an extension by consent without the Court's intervention. Please contact Howard Godnick at (212) 756-2220 upon receipt of this letter.

---

[1] Utilizing a reverse directory look-up service, we identified two telephone numbers as potentially belonging to you. First, we called and left messages at (219) 427-4582, which we believe to be a mobile telephone number. Those messages were not returned. Second, we called (219) 944-2323; while we spoke to someone at that number, the person who answered did not identify herself and did not give assurances that she could or would relay our message.

Mr. Robert Holland
May 29, 2014
Page 2

Sincerely,

Joshua Schonauer

cc:   Howard Godnick, Esq.