FILED

## UNITED STATES DISTRICT COURT

## FOR THE SEVENTH CIRCUIT

## HAMMOND DIVISION

2014 JUN 19  AM 10: 26

ROBERT ḠEḠOVICH
U.S. DISTRICT COURT
FOR THE NORTHERN DISTRICT
OF INDIANA

ROBERT HOLLAND, )
    Plaintiff – Appellant )
 )
VS. ) District Court Case No.: 2:13-CV-00491
 )
CERBERUS CAPITAL )
MANAGEMENT, LLP, et al, )
    Defendants – Appellees. )

### NOTICE TO ALL PARTIES THAT THE PLAINTIFF ROBERT HOLLAND IS NOT ON THE ECF SYSTEM AND REQUEST FOR AN ORDER ALLOWING THE PLAINTIFF'S SERVICE ON DEFENDANTS BE WITH THE CLERK

Comes now the Plaintiff Robert Holland and files this Notice to All Parties that the Plaintiff Robert Holland is not on the ECF Filing System and Request for an Order allowing the Plaintiff's service on Defendant's be with the Clerk. The Plaintiff Robert Holland does not have regular access to the internet and cannot afford the copy fees from the numerous Defendants. Therefore, he requests that the Defendants mail hard copies of their filings to his address. Also, he can be emailed at robertholland3@sbcglobal.net. Finally, the Plaintiff Robert Holland requests that the Court issue an Order allowing service on the Defendants upon filing his motions with the Clerk of the Court. In support of this request the Plaintiff cites the fact that all Defendants are on the ECF Filing System.

Respectfully submitted,

_____
Robert Holland, Pro se
1120 Baker Street
Gary, Indiana 46404
TEL (219) 427-4582

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF INDIANA

## CERTIFICATE OF SERVICE

I certify that on the 19th day of June, 2014, service of a true and complete copy of the above and foregoing pleading or paper was made upon:

**The Clerk of the Court**, United States District Court, 5400 Federal Plaza, Hammond, IN 46320

**Judge Rudy Lozano**
7th Circuit District Court Judge
Northern District of Indiana, Hammond Division
5400 Federal Plaza, Hammond, Indiana 46320
TEL (219) 852-6700

**Jason R. Barclay and Mark D. Stuann**, Barnes & Thorn burg, LLP, 11 South Meridian Street, Indianapolis, IN 46204
Attorneys for Defendants Cerberus Capital Management, LP, Stephen Feinberg (CEO of Cerberus Capital Management, LP), and Robert Nardelli (CEO of Cerberus O & AC, LLC)
TEL (317) 231-7250

**Howard Godnick and Joshua Schonauer**, Schulte, Roth & Zabel, LLP, 919 Third Avenue, New York, New York 10022
Attorneys for Defendants Cerberus Capital Management, LP, Stephen Feinberg (CEO of Cerberus Capital Management, LP), Robert Nardelli (CEO of Cerberus O & AC, LLC), Chrysler Financial, LLC (aka TD Bank, Group (N.A.))
TEL (212) 593-5955

**James P. Buchholz**, 127 W. Berry Street, Suite 1200, Fort Wayne, Indiana 46802
Attorney for Bosak Motors Auto Dealership, Mr. & Mrs. Skip Bosak (Owners of Bosak Motors Auto Dealership), John Schultheis (General Manager, Bosak Motors), Jonathan Jeffries (Service Manager, Bosak Motors)
TEL (260) 426-0545

**James Todd**, Weltman, Weinberg & Reis Co., LPA, 525 Vine St., Suite 800, Cincinnati, Ohio 45202
Attorney for Chrysler Financial, LLC and Kimberly Johnson (Chrysler Financial Collections/Repossession Unit)

TEL (513) 723-2200

**Robert Holland**, Pro Se, Plaintiff, 1120 Baker Street, Gary, Indiana 46404
TEL (219) 427-4582

\_\_\_X\_\_\_\_ By depositing in the U.S. Mail properly addressed and with sufficient first class postage affixed or the federal electronic filing system at the office of the clerk.

_____ By personal delivery or fax.

*Robert M. Holland III*

Robert M. Holland III, Pro Se