FILED

## UNITED STATES DISTRICT COURT
## FOR THE SEVENTH CIRCUIT
## HAMMOND DIVISION

2014 JUN 19 AM 10: 27

| | |
|---|---|
| ROBERT HOLLAND, ) | |
| Plaintiff – Appellant ) | |
| ) | |
| VS. ) | District Court Case No.: 2:13-CV-00491 |
| ) | |
| CERBERUS CAPITAL ) | |
| MANAGEMENT, LLP, et al, ) | |
| Defendants – Appellees. ) | |

### REQUEST FOR DEFAULT

Comes now the Plaintiff Robert Holland and files this Request for Default against the following Defendants. In support of this request the Plaintiff states the following:

1. The Defendants Cerberus Capital Management, LP, Stephen Feinberg (CEO of Cerberus Capital Management, LP), and Robert Nardelli (CEO of Cerberus O & AC, LLC) filed a Motion to dismiss and Memorandum in excess of the 25 page limit set by the court did not request the court allow such a large motion and gave no reason for the need to file such a large motion. Robert Holland has previously requested that the Clerk enter Judgment Sum Certain against Cerberus Capital Management, LP, Stephen Feinberg (CEO of Cerberus Capital Management, LP), Robert Nardelli (CEO of Cerberus O & AC, LLC) and Chrysler Financial, LLC. (DE#32) Robert Holland requested that the Motion to Dismiss and Memo be stricken. L.R. 7.1 and FRCP 55

2. The Bosak Motors Defendants did not timely respond to the complaint and the Motion for Extension of Time violates L.R. 6.1. Robert Holland Objected to the Motion.(The Bosak Motors Defendants are Bosak Motors Auto Dealership, Mr. & Mrs. Skip Bosak

(Owners of Bosak Motors Auto Dealership), John Schultheis (General Manager, Bosak Motors), Jonathan Jeffries (Service Manager, Bosak Motors). L.R. 6.1 and FRCP 55

3. The Defendants Chrysler Financial, LLC and Kimberly Johnson (Chrysler Financial Collections/Repossession Unit) Motion for Enlargement of Time violates L.R. 6.1. The Plaintiff Robert Holland filed his objection to the Enlargement of Time. L.R. 6.1 and FRCP 55

4. The Defendants CEO of Bull Dog Towing and Bull Dog Towing have not Answered or otherwise defended in this case. Robert Holland has requested entry of judgment by the Clerk. FRCP 55.

5. Based on the above, Robert Holland requests Default against the above cited Defendants in an amount sum certain pursuant to DK #32.

Respectfully submitted,

_Robert M. Holland_
Robert Holland, Pro se
1120 Baker Street
Gary, Indiana 46404
TEL (219) 427-4582
Robert Holland, Pro se

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA

## CERTIFICATE OF SERVICE

I certify that on the 19th day of June, 2014, service of a true and complete copy of the above and foregoing pleading or paper was made upon:

**The Clerk of the Court**, United States District Court, 5400 Federal Plaza, Hammond, IN 46320

**Judge Rudy Lozano**
7th Circuit District Court Judge
Northern District of Indiana, Hammond Division
5400 Federal Plaza, Hammond, Indiana 46320
TEL (219) 852-6700

**Jason R. Barclay and Mark D. Stuann**, Barnes & Thorn burg, LLP, 11 South Meridian Street, Indianapolis, IN 46204
Attorneys for Defendants Cerberus Capital Management, LP, Stephen Feinberg (CEO of Cerberus Capital Management, LP), and Robert Nardelli (CEO of Cerberus O & AC, LLC)
TEL (317) 231-7250

**Howard Godnick and Joshua Schonauer**, Schulte, Roth & Zabel, LLP, 919 Third Avenue, New York, New York 10022
Attorneys for Defendants Cerberus Capital Management, LP, Stephen Feinberg (CEO of Cerberus Capital Management, LP), Robert Nardelli (CEO of Cerberus O & AC, LLC), Chrysler Financial, LLC (aka TD Bank, Group (N.A.))
TEL (212) 593-5955

**James P. Buchholz**, 127 W. Berry Street, Suite 1200, Fort Wayne, Indiana 46802
Attorney for Bosak Motors Auto Dealership, Mr. & Mrs. Skip Bosak (Owners of Bosak Motors Auto Dealership), John Schultheis (General Manager, Bosak Motors), Jonathan Jeffries (Service Manager, Bosak Motors)
TEL (260) 426-0545

**James Todd**, Weltman, Weinberg & Reis Co., LPA, 525 Vine St., Suite 800, Cincinnati, Ohio 45202
Attorney for Chrysler Financial, LLC and Kimberly Johnson (Chrysler Financial Collections/Repossession Unit)
TEL (513) 723-2200

**Robert Holland**, Pro Se, Plaintiff, 1120 Baker Street, Gary, Indiana 46404
TEL (219) 427-4582

    X      By depositing in the U.S. Mail properly addressed and with sufficient first class postage affixed or the federal electronic filing system at the office of the clerk.

             By personal delivery or fax.

_(signed)_

Robert M. Holland III, Pro Se