UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| ROBERT HOLLAND,        ) | |
|     Plaintiff,        ) | |
|             ) | |
| v.        ) | CAUSE NO. 2:13-CV-491-RL-JEM |
|             ) | |
| CERBERUS CAPITAL        ) | |
| MANAGEMENT LP, *et al.*,        ) | |
|     Defendants.        ) | |

## ORDER

This matter is before the Court on a Motion for Extension of Time [DE 22] filed by Defendants Bosak Motors Auto Dealership, Mrs. Bosak, Skip Bosak, Mike Grzbowski, Jonathan Jeffries, and John Schultheis (the "Bosak Motors Defendants") on June 13, 2014. The Bosak Motors Defendants request an extension of time through July 14, 2014, within which to respond to the Complaint.

Finding the Motion well taken, the Court hereby **GRANTS** the Motion for Extension of Time [DE 22] and **ORDERS** that the Bosak Motors Defendants have an extension through **July 14, 2014**, within which to respond to Plaintiff's Complaint.

SO ORDERED this 19th day of June, 2014.

                                                s/ John E. Martin
                                                MAGISTRATE JUDGE JOHN E. MARTIN
                                                UNITED STATES DISTRICT COURT

cc:    All counsel of record
        Plaintiff, *pro se*