**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | | |
|---|---|---|
| ROBERT HOLLAND, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO. 2:13-CV-491-RL-JEM |
| | ) | |
| CERBERUS CAPITAL | ) | |
| MANAGEMENT LP, *et al.*, | ) | |
| Defendants. | ) | |

**ORDER**

This matter is before the Court on a Motion to Strike the Motion to Dismiss DE#28 and Memorandum DE# 29 [DE 33], filed by Plaintiff Robert Holland on June 19, 2014.  Plaintiff Holland requests that the Court strike a motion and its accompanying memorandum because the memorandum exceeds the applicable page limits.

Local Rule 7-1(e) provides, in relevant part, that "[s]upporting and response briefs (excluding tables of contents, tables of authorities, and appendices) ordinarily must not exceed 25 pages."  N.D. Ind. L.R. 7-1(e)(1).  The memorandum in question is 33 pages in total, but includes a table of contents and a table of authorities.  The text of the memorandum is only 24 pages and thus falls within the requirements of the Local Rule.

Accordingly, the Court hereby **DENIES** the Motion to Strike the Motion to Dismiss DE#28 and Memorandum DE# 29 [DE 33].

SO ORDERED this 20th day of June, 2014.

s/ John E. Martin_____
MAGISTRATE JUDGE JOHN E. MARTIN
UNITED STATES DISTRICT COURT

cc:    All counsel of record
        Plaintiff, *pro se*