IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| ROBERT HOLLAND, | ) | Case No.: 2:13-cv-00491-RL-JEM |
| | ) | |
| Plaintiff, | ) | Honorable Rudy Lozano |
| | ) | |
| v. | ) | Magistrate Judge John E. Martin |
| | ) | |
| Cerberus Management, LP., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7(a) Defendant TD Auto Finance LLC, successor in interest to Chrysler Financial, LLC ("TDAF") states that TDAF is a limited liability company organized in the State of Michigan. TDAF is an indirect but wholly owned subsidiary of the Toronto-Dominion Bank. The Toronto-Dominion Bank is a publically held company which is traded on the New York and Toronto Stock Exchanges under the ticker symbol "TD".

Respectfully submitted,

/s/ *James J. Todd*
James J. Todd (30453-15)
Attorney for Plaintiff
Weltman, Weinberg & Reis Co., L.P.A.
525 Vine Street, Suite 800
Cincinnati, OH 45202
Phone: (513) 723-2200
Fax: (513) 723-2239
Email: jtodd@weltman.com

Dated: June 23, 2014

## Certificate of Service

This is to certify that a copy of the foregoing has been electronically filed with the Clerk of Court on June 23, 2014 and served upon the following counsel of record and/or *pro se* parties via United States Mail, postage prepaid:

Robert Holland
1120 Baker St.
Gary, IN 46404

/s/ *James J. Todd*
James J. Todd

Weltman, Weinberg & Reis Co., L.P.A.
525 Vine Street, Suite 800
Cincinnati, OH 45202
Phone: (513) 723-2200
Fax: (513) 723-2239
Email: jtodd@weltman.com