UNITED STATES DISTRICT COURT

FOR THE SEVENTH CIRCUIT

HAMMOND DIVISION

FILED
2014 JUN 25 PM 1:39

| | |
|---|---|
| ROBERT HOLLAND, )<br>    Plaintiff – Appellant )<br>)<br>VS. )<br>)<br>CERBERUS CAPITAL )<br>MANAGEMENT, LLP, et al, )<br>    Defendants – Appellees. ) | District Court Case No.: 2:13-CV-00491 |

### REQUEST FOR AN EXTENSION OF TIME TO RESPOND TO THE

### MOTION TO DISMISS

Comes now the Plaintiff Robert Holland and files this Request for an Extension of Time to Respond to the Motion to Dismiss filed by the Defendants Cerberus Capital Management, LP, Stephen Feinberg and Robert Nardelli pursuant to U.S. District Court for the Northern District of Indiana Compiled Local Rules and Committee Comments **L.R. 6.1 Extensions of Time**. In support of this Request for Extension of time the Plaintiff Robert Holland states the following:

(1) The Motion to Dismiss was filed on June 17, 2014. The original deadline is 14 days from the date of filing or July 1, 2014. Robert Holland is requesting that the deadline be extended up to and including July 20, 2014.

(2) On Tuesday, June 24, 2014, at 12:45 p.m. (U.S. District Court time) Robert Holland requested an extension of time to respond to the Motion to Dismiss with **Attorney Mark D. Stuann of** Barnes & Thornburg, LLP, Attorneys for Defendants Cerberus Capital Management, LP, Stephen Feinberg (CEO of Cerberus Capital Management, LP), and Robert Nardelli (CEO of Cerberus O & AC, LLC) and after he discussed the matter with the other counsel on the case, there was no objection to the request for extension of time.

(3)  The Plaintiff Robert Holland needs an extension of time due to the Fourth of July holiday, the length and complexity of the Motion to Dismiss (33 pages) and extreme importance of and care that is needed in responding to this dispositive Motion to Dismiss.

Respectfully submitted,

*[signature]*

Robert Holland, Pro se
1120 Baker Street
Gary, Indiana 46404
TEL (219) 427-4582
Robert Holland, Pro se

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF INDIANA

### CERTIFICATE OF SERVICE

I certify that on the 24th day of June, 2014, service of a true and complete copy of the above and foregoing pleading or paper was made upon:

**The Clerk of the Court**, United States District Court, 5400 Federal Plaza, Hammond, IN 46320

**Judge Rudy Lozano**
7th Circuit District Court Judge
Northern District of Indiana, Hammond Division
5400 Federal Plaza, Hammond, Indiana 46320
TEL (219) 852-6700

**Jason R. Barclay and Mark D. Stuann**, Barnes & Thornburg, LLP, 11 South Meridian Street, Indianapolis, IN 46204
Attorneys for Defendants Cerberus Capital Management, LP, Stephen Feinberg (CEO of Cerberus Capital Management, LP), and Robert Nardelli (CEO of Cerberus O & AC, LLC)
TEL (317) 231-7250

**Howard Godnick and Joshua Schonauer**, Schulte, Roth & Zabel, LLP, 919 Third Avenue, New York, New York 10022
Attorneys for Defendants Cerberus Capital Management, LP, Stephen Feinberg (CEO of Cerberus Capital Management, LP), Robert Nardelli (CEO of Cerberus O & AC, LLC), Chrysler Financial, LLC (aka TD Bank, Group (N.A.))
TEL (212) 593-5955

**James P. Buchholz**, 127 W. Berry Street, Suite 1200, Fort Wayne, Indiana 46802
Attorney for Bosak Motors Auto Dealership, Mr. & Mrs. Skip Bosak (Owners of Bosak Motors Auto Dealership), John Schultheis (General Manager, Bosak Motors), Jonathan Jeffries (Service Manager, Bosak Motors)
TEL (260) 426-0545

**James Todd**, Weltman, Weinberg & Reis Co., LPA, 525 Vine St., Suite 800, Cincinnati, Ohio 45202
Attorney for Chrysler Financial, LLC, and Kimberly Johnson (Chrysler Financial Collections/Repossession Unit)
TEL (513) 723-2200

**Robert Holland**, Pro Se, Plaintiff, 1120 Baker Street, Gary, Indiana 46404
TEL (219) 427-4582

____X____  By depositing in the U.S. Mail properly addressed and with sufficient first class postage affixed or the federal electronic filing system at the office of the clerk.

_____  By personal delivery or fax.

_____
Robert M. Holland III, Pro Se