FILED

# UNITED STATES DISTRICT COURT
# FOR THE SEVENTH CIRCUIT
# HAMMOND DIVISION

2014 JUN 25 PM 1:40

ROBERT HOLLAND, )
    Plaintiff – Appellant )
   )
VS. ) District Court Case No.: 2:13-CV-491
   )
CEREBERUS CAPITAL )
MANAGEMENT, LLP, et al, )
    Defendants – Appellees. )

## MOTION FOR FINAL JUDGMENT

### SUM CERTAIN

Comes now the Plaintiff, Robert Holland, Pro Se, and files this Motion for Final Judgment pursuant to Federal Rule of civil Procedure 12, 54, 55 and 56. The Defendants CEO of Bull Dog Towing and Bull Dog Towing have defaulted for not appearing and are neither a minor nor an incompetent person." The other Defendants named in the supporting memorandum have appeared. Robert Holland's request is for a sum certain: **$41,833,455.00**, including reasonable fees of $400 and costs of $250 totaling $650.00. [See DE #32 for the Damages]. By claiming a sum certain and providing the legal basis for that claim, Robert Holland put the Defendants on notice of what is at stake in this case. Accordingly, consistent with Rule 12, 54, 55 and 56 a **judgment** in the sum certain amount above is requested by the plaintiff.

Respectfully submitted,

_Robert M. Holland_
Robert Holland, Pro se
1120 Baker Street
Gary, Indiana 46404
TEL (219) 427-4582

1

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA

### CERTIFICATE OF SERVICE

I certify that on the 25th day of June, 2014, service of a true and complete copy of the above and foregoing pleading or paper was made upon:

**The Clerk of the Court**, United States District Court, 5400 Federal Plaza, Hammond, IN 46320

**Judge Rudy Lozano**
7th Circuit District Court Judge
Northern District of Indiana, Hammond Division
5400 Federal Plaza, Hammond, Indiana 46320
TEL (219) 852-6700

**Jason R. Barclay and Mark D. Stuann**, Barnes & Thorn burg, LLP, 11 South Meridian Street, Indianapolis, IN 46204
Attorneys for Defendants Cerberus Capital Management, LP, Stephen Feinberg (CEO of Cerberus Capital Management, LP), and Robert Nardelli (CEO of Cerberus O & AC, LLC)
TEL (317) 231-7250

**Howard Godnick and Joshua Schonauer**, Schulte, Roth & Zabel, LLP, 919 Third Avenue, New York, New York 10022
Attorneys for Defendants Cerberus Capital Management, LP, Stephen Feinberg (CEO of Cerberus Capital Management, LP), Robert Nardelli (CEO of Cerberus O & AC, LLC), Chrysler Financial, LLC (aka TD Bank, Group (N.A.))
TEL (212) 593-5955

**James P. Buchholz**, 127 W. Berry Street, Suite 1200, Fort Wayne, Indiana 46802
Attorney for Bosak Motors Auto Dealership, Mr. & Mrs. Skip Bosak (Owners of Bosak Motors Auto Dealership), John Schultheis (General Manager, Bosak Motors), Jonathan Jeffries (Service Manager, Bosak Motors)
TEL (260) 426-0545

**James Todd**, Weltman, Weinberg & Reis Co., LPA, 525 Vine St., Suite 800, Cincinnati, Ohio 45202
Attorney for Chrysler Financial, LLC and Kimberly Johnson (Chrysler Financial Collections/Repossession Unit)
TEL (513) 723-2200

**Robert Holland**, Pro Se, Plaintiff, 1120 Baker Street, Gary, Indiana 46404
TEL (219) 427-4582

1

District Court Case No.: 2:13-CV-00491

__X__ By depositing in the U.S. Mail properly addressed and with sufficient first class postage affixed or the federal electronic filing system at the office of the clerk.

_____ By personal delivery or fax.

_____
Robert M. Holland III, Pro Se