(COURT USE ONLY)
RECEIPT NO. 200 8151

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA

Holland

v.

Cerberus Capital Management LP et al

Cause No.: 2:13-cv-00491-RL-JEM

## MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE ON BEHALF OF

Cerberus Capital Management LP, Stephen Feinberg, and Robert Nardelli

Party(s) Represented

Prefix (check one) ☒ Mr.   ☐ Ms.   ☐ Mrs.

Last Name: Schonauer   First Name: Joshua   Middle Name/Initial: R.

Generation (Sr, Jr, etc):

Firm Name: Schulte Roth & Zabel LLP
Street Address: 919 Third Avenue   Suite/Room No.:
City: New York   State: New York   Zip: 10022
Office Telephone No.: (212) 756-2000   Fax No.: (212) 593-5955
E-Mail Address: Joshua.Schonauer@srz.com

**EDUCATION:**

College: New York University   Degree: B.A.   Year Completed: 2005
Law School: The Ohio State University, Moritz College of Law   Year Graduated: 2010
Other Post-Graduate Schooling:

Page 1 of 3

42

**LIST EACH STATE TO WHICH YOU ARE ADMITTED TO PRACTICE LAW:**

| STATE | YEAR ADMITTED | CURRENT STATUS | BAR I.D. NUMBER |
|---|---|---|---|
| New York | 2011 | Active | 4880126 |

Please include a current certificate of good standing (fewer than 60 days old) from each jurisdiction listed above in order to satisfy the requirements articulated in Local Rule 83-5(a)(2)(C)(ii).

**LIST EACH FEDERAL COURT TO WHICH YOU ARE ADMITTED TO PRACTICE LAW:**

| COURT | YEAR ADMITTED | CURRENT STATUS |
|---|---|---|
| U.S. District Court, Southern District of New York | 2012 | Active |
| U.S. District Court, Eastern District of New York | 2012 | Active |

If admitted to the U.S. Supreme Court, please provide a current certificate of good standing (fewer than 60 days old.) Otherwise, no certificate of good standing is needed for any other Federal Court listed above.

Have you ever been publicly disciplined by any other court in the United States or its territories, commonwealths, or possessions?  ☐ Yes (If yes, please attach an explanation)  ☒ No

Applicant: I, Joshua R. Schonauer, do solemnly swear or affirm that:

I am a member in good standing of the bar of every jurisdiction to which I am admitted to practice.

I have read and will abide by the Local Rules of the United States District Court for the Northern District of Indiana, including Appendix B: Standards for Professional Conduct Within the Seventh Federal Judicial Circuit.

I declare under penalty of perjury that the statements in this application are true and correct.

Dated: June 18, 2014

Signature of Applicant

Considered and approved.

SO ORDERED.

Dated: 6-26-14

S/John E. Martin

Judge, U. S. District Court



# Appellate Division of the Supreme Court of the State of New York Second Judicial Department

I, Aprilanne Agostino, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that **Joshua Richard Schonauer** was duly licensed and admitted to practice as an Attorney and Counselor-at-Law in all the courts of the State, according to the laws of the State and the court rules and orders, on the 23 rd day of February 2011, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors-at-Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an Attorney and Counselor-at-Law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of said Appellate Division on June 17, 2014.

*Aprilanne Agostino*

Clerk of the Court