(COURT USE ONLY)

RECEIPT NO. 2008152

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA

Holland

v.

Cerberus Capital Management LP et al

Cause No. 2:13-cv-00491-RL-JEM

## MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE ON BEHALF OF

Cerberus Capital Management LP, Stephen Feinberg, and Robert Nardelli.

Party(s) Represented

Prefix (check one) ☒ Mr. ☐ Ms. ☐ Mrs.

Last Name: Godnick First Name: Howard Middle Name/Initial O.

Generation (Sr, Jr, etc):

Firm Name: Schulte Roth & Zabel LLP

Street Address: 919 Third Avenue Suite/Room No.:

City: New York State: New York Zip: 10022

Office Telephone No.: (212) 756-2000 Fax No.: (212) 593-5955

E-Mail Address: howard.godnick@srz.com

**EDUCATION:**

College: State University of New York at Stony Brook Degree: B.A. Year Completed: 1980

Law School: New York Law School Year Graduated: 1985

Other Post-Graduate Schooling:



43

**LIST EACH STATE TO WHICH YOU ARE ADMITTED TO PRACTICE LAW:**

| STATE | YEAR ADMITTED | CURRENT STATUS | BAR I.D. NUMBER |
|---|---|---|---|
| New York | 1986 | Active | 2077899 |
| | | | |
| | | | |
| | | | |

Please include a current certificate of good standing (fewer than 60 days old) from each jurisdiction listed above in order to satisfy the requirements articulated in Local Rule 83-5(a)(2)(C)(ii).

**LIST EACH FEDERAL COURT TO WHICH YOU ARE ADMITTED TO PRACTICE LAW:**

| COURT | YEAR ADMITTED | CURRENT STATUS |
|---|---|---|
| U.S. District Court, Southern District of New York | 1986 | Active |
| U.S. District Court, Eastern District of New York | 1987 | Active |
| U.S. District Court, Western District of New York | 2009 | Active |
| U.S. District Court, Eastern District of Michigan | 1991 | |
| U.S. District Court, District of Colorado | 1998 | |

If admitted to the U.S. Supreme Court, please provide a current certificate of good standing (fewer than 60 days old.) Otherwise, no certificate of good standing is needed for any other Federal Court listed above.

Have you ever been publicly disciplined by any other court in the United States or its territories, commonwealths, or possessions? ☐ Yes (If yes, please attach an explanation) ☒ No

Applicant: I, Howard O. Godnick, do solemnly swear or affirm that:

I am a member in good standing of the bar of every jurisdiction to which I am admitted to practice.

I have read and will abide by the Local Rules of the United States District Court for the Northern District of Indiana, including Appendix B: Standards for Professional Conduct Within the Seventh Federal Judicial Circuit.

I declare under penalty of perjury that the statements in this application are true and correct.

Dated: June 18, 2014

Signature of Applicant

Considered and approved.

SO ORDERED.

Dated: 6-26-14

S/John E. Martin

Judge, U. S. District Court

**ADDITIONAL FEDERAL COURTS WHICH I AM ADMITTED TO PRACTICE LAW:**

| COURT | YEAR ADMITTED | CURRENT STATUS |
|---|---|---|
| U.S. Court of Appeals. 2nd Circuit | 2001 | Active |
| U.S. Court of Appeals. 3rd Circuit | 2002 | Active |
| U.S. Court of Appeals. 7th Circuit | 2008 | Active |
| U.S. District Court, Northern District of Ohio | 2009 | Active |
| U.S. Supreme Court | 2002 | Active |

# Supreme Court of the United States
OFFICE OF THE CLERK
WASHINGTON, D.C. 20543




## HOWARD OWEN GODNICK
## OF NEW YORK, NY

was duly admitted and qualified as an Attorney and Counselor for the Supreme Court of the United States on the nineteenth day of February, in the year two thousand and two, and is now a member of the Bar of this Court in good standing.

In testimony, whereof, as Clerk of said Court, I have hereunto set my hand and affixed the seal of said Court, at the City of Washington, this twentieth day of June 2014.

***Scott S. Harris***
*Clerk of the Supreme Court*
*of the United States*

By

Assistant Admissions Officer