IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| Robert Holland, | ) | Case No.: 2:13-cv-00491-RL-JEM |
| | ) | |
| Plaintiff, | ) | Honorable Rudy Lozano |
| | ) | |
| v. | ) | Magistrate Judge John E. Martin |
| | ) | |
| Cerberus Capital Management, LP, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

**RESPONSE OF DEFENDANTS TDAF AUTO FINANCE LLC AND KIMBERLY JOHNSON TO PLAINTIFF'S (1) MOTION FOR ENTRY OF DEFAULT, (2) MOTION FOR DEFAULT JUDGMENT, AND (3) OBJECTIONS TO AUTOMATIC ENLARGEMENTS OF TIME & REQUEST FOR SANCTIONS**

Defendants TD Auto Finance LLC, successor in interest to Chrysler Financial, LLC ("TDAF"), and Kimberly Johnson ("Johnson") hereby respond Plaintiff's (1) Motion for Clerk's Entry of Default [DE32], Objections to Defendants TDAF and Kimberly Johnsons' Notices of Automatic Enlargement of Time [DE's 34,35] and (3) Motion for Default Judgment [DE38], as improperly before this Court, and further request sanctions against Plaintiff in the form of reasonable Defendants' reasonable attorney's fees for responding to such frivolous and improper filings. A Memorandum of Law in support of this Response is contemporaneously filed herewith.

WHEREFORE, Defendants Johnson and TDAF pray the Court deny Plaintiff's Motion for Clerk's Entry of Default, overrule Plaintiff's Objections to Defendants' Notices of Automatic Enlargement of Time, Deny Plaintiff's Motion for Default Judgment, for sanctions against

Plaintiff, including its reasonable attorney's fees pursuant to Fed. R. Civ. P. 11, and for all other relief the Court deems just and proper.

Respectfully submitted,

/s/ *James J. Todd*
James J. Todd (30453-15)
Attorney for Defendants TDAF and Johnson
Weltman, Weinberg & Reis Co., L.P.A.
525 Vine Street, Suite 800
Cincinnati, OH 45202
Phone: (513) 723-2200
Fax: (513) 723-2239
Email: jtodd@weltman.com

Dated: June 26, 2014

## CERTIFICATE OF SERVICE

      This is to certify that a copy of the foregoing has been electronically filed with the Clerk of Court on June 26, 2014 and served upon the following counsel of record and/or *pro se* parties via United States Mail, postage prepaid:

Robert Holland
1120 Baker St.
Gary, Indiana 46404

                                           /s/ *James J. Todd*_____
                                           James J. Todd

Weltman, Weinberg & Reis Co., LPA
525 Vine St., Suite 800
Cincinnati, OH 45202
(513) 723-2200
(513) 723-2239-facsimile
jtodd@weltman.com