UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| ROBERT HOLLAND | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Case No.  2:13-CV-00491-RL-JEM |
| | ) |
| CEREBERUS CAPITAL | ) |
| MANAGEMENT, L.P., *et al.*, | ) |
| | ) |
| Defendants. | ) |

### Cerberus Defendants' Response In Opposition To Plaintiff's Request For Clerk's Entry of Default Judgment And Plaintiff's Request For Default

Cerberus Capital Management, LP, Robert Nardelli, and Stephen Feinberg ("Cerberus Defendants"), by and through their counsel, respectfully submit the following response to Plaintiff's Request For Clerk's Entry of Default Judgment (Dkt No. 32) and Plaintiff's Request For Default (Dkt No. 38) (collectively, "Requests for Default"):

1. Plaintiff's Requests for Default should be denied because they were filed in bad faith and are without basis.

2. Counsel for Cerberus Defendants entered their appearance on June 17, 2014.

3. Responses to the Complaint by the Cerberus Defendants were due June 17, 2014 (Dkt Nos. 6, 7 & 8).

4. Cerberus Defendants timely filed their Motion to Dismiss Plaintiff's Verified Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6) and (b)(2) on June 17, 2014 (Dkt No. 28).

5. Cerberus Defendants also timely filed their Memorandum of Law in Support of Their Motion to Dismiss on June 17, 2014 (Dkt No. 29).

6. Plaintiff knew that the Cerberus Defendants timely responded to his Complaint because he filed a motion to strike the Motion to Dismiss, which was denied by the Court on June 20, 2014 (Dkt No. 40).

7. Additionally, Plaintiff filed a Motion for Extension of Time to File A Response to the Motion to Dismiss on June 25, 2014 (Dkt No. 44).

8. This is a further indication, much like the Complaint itself, that the Plaintiff's efforts to prompt the entry of a default judgment against the Cerberus Defendants was done in bad faith and with zero factual or legal basis.

9. Cerberus Defendants have timely pled or otherwise defended the allegations against them in the Complaint, and therefore, there is no basis for entry of default against the Cerberus Defendants. Fed. R. Civ. P. 55(a).

For the reasons set forth above, Cerberus Defendants respectfully ask that Plaintiff's Requests for Default (Dkt Nos. 32 & 38) be denied.

Respectfully submitted,

*s/ Mark D. Stuaan*
Jason R. Barclay
Mark D. Stuaan
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, Indiana  46204
Telephone: 317/236-1313
Facsimile: 317/231-7433
E-Mail: jason.barclay@btlaw.com
E-Mail: mark.stuaan@btlaw.com


Howard O. Godnick (*pro hac vice* entered 6/26/14)
Joshua R. Schonauer (*pro hac vice* entered 6/26/14)
SCHULTE ROTH & ZABEL LLP
919 Third Avenue
New York, NY 10022
Tel.   (212) 756-2000
Fax   (212) 593-5955
Email:  howard.godnick@srz.com
Email:  joshua.schonauer@srz.com

Attorneys for Defendants Cerberus Capital Management, L.P., Stephen Feinberg and Robert Nardelli

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of June, 2014, a copy of the foregoing was filed electronically and has been served on all counsel of record by the Court's ECF filing system.

Additionally, a copy of the foregoing was sent to the following *pro se* Plaintiff by depositing the same in the United States mail, first class, postage prepaid:

>Robert Holland
>1120 Baker Street
>Gary, IN 46404


>*s/ Mark D. Stuaan*
>Mark D. Stuaan