## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
## HAMMOND DIVISION

| | | |
|---|---|---|
| ROBERT HOLLAND, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO. 2:13-CV-491-RL-JEM |
| | ) | |
| CERBERUS CAPITAL | ) | |
| MANAGEMENT LP, *et al.*, | ) | |
|     Defendants. | ) | |

## ORDER

This matter is before the Court on a Request for an Extension of Time to Respond to the Motion to Dismiss [DE 44], filed by Plaintiff Robert Holland, *pro se*, on June 25, 2014. Plaintiff Holland requests an extension of time through July 20, 2014, within which to respond to the Motion to Dismiss filed by Defendants Cerberus Capital Management, LP, Stephen Feinberg, and Robert Nardelli (the "Cerberus Defendants"). Plaintiff Holland represents that counsel for the Cerberus Defendants does not object to the requested extension.

Finding the Motion well taken, the Court hereby **GRANTS** the Request for an Extension of Time to Respond to the Motion to Dismiss [DE 44] and **ORDERS** that Plaintiff Holland has an extension through **July 20, 2014**, within which to respond to the pending Motion to Dismiss.

SO ORDERED this 30th day of June, 2014.

                                                s/ John E. Martin  
                                                MAGISTRATE JUDGE JOHN E. MARTIN  
                                                UNITED STATES DISTRICT COURT

cc:    All counsel of record  
          Plaintiff, *pro se*