AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Northern District of Indiana

| | |
|---|---|
| Robert Holland ) | |
| *Plaintiff* ) | |
| v. ) | Case No.  2:13-CV-00491-RL-JEM |
| Cerberus Management, LP, et al ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Kimberly Johnson                                                                                                                         .

Date:   07/09/2014    

/s/ Michael P. Herzoff
*Attorney's signature*

Michael P. Herzoff (P41662)
*Printed name and bar number*

Weltman, Weinberg & Reis Co., LPA
2155 Butterfield Drive, Suite 200-S
Troy, MI 48084

*Address*

mherzoff@weltman.com
*E-mail address*

(248) 989-3088
*Telephone number*

(248) 786-3197
*FAX number*