AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
### Northern District of Indiana

| Robert Holland | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:13-CV-00491-RL-JEM |
| Cerberus Management, LP, et al | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant TD Auto Finance, LLC, successor in interest to Chrysler Financial, LLC.

Date: 07/09/2014

/s/ Michael P. Herzoff
*Attorney's signature*

Michael P. Herzoff (P41662)
*Printed name and bar number*

Weltman, Weinberg & Reis Co., LPA
2155 Butterfield Drive, Suite 200-S
Troy, MI 48084

*Address*

mherzoff@weltman.com
*E-mail address*

(248) 989-3088
*Telephone number*

(248) 786-3197
*FAX number*