UNITED STATES DISTRICT COURT
FOR THE SEVENTH CIRCUIT
HAMMOND DIVISION

-FILED-

JUL 16 2014

ROBERT N TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

ROBERT HOLLAND, )
    Plaintiff – Appellant )
)
VS. ) District Court Case No.: 2:13-CV-00491
)
CERBERUS CAPITAL )
MANAGEMENT, LLP, et al, )
    Defendants – Appellees. )

**REQUEST FOR CLERK'S ENTRY OF DEFAULT JUDGMENT**

To: Robert Trgovich, Clerk of the U.S. District Court

    Comes now the Plaintiff, Robert Holland, Pro Se, and files this Request for Clerk's Entry of Default for the Plaintiff Robert Holland against the following Defendant

**- Paul Davis**

against this Defendant, along with the other Defendants, jointly and severally with prejudgment and post judgment interest of 8% to be added pursuant to Federal Rule of Civil Procedure 55. In support of this request the Plaintiff Robert Holland provides the attached Affidavit.

Respectfully submitted,

*/s/ Robert M. Holland III*

Robert Holland, Pro se

1120 Baker Street

Gary, Indiana 46404

TEL (219) 427-4582

Robert Holland, Pro se

1

## AFFIDAVIT OF THE PLAINTIFF ROBERT HOLLAND

## REQUESTING CLERK'S ENTRY OF DEFAULT

In support of the Request for Clerk's Entry of Default Judgment, I Robert Holland, hereby declare under penalty of perjury that the following statements are true and correct:

1. The **Defendant Paul Davis** is subject to default.

2. The Defendant was served with a copy of the summons and complaint on May 27, 2014, as reflected on the docket sheet by the proof of service filed.

3. A Clerk's Entry of Default should be entered because these parties have failed to plead or otherwise defend in this case in accordance with Fed. R. Civ. P. 55 and are now in default.

4. The named party is not an infant, incompetent person or currently in the military service.

5. The plaintiff is entitled to entry of default in the amount sum certain include the following damages

Further Affiant sayeth not.

_Robert M. Holland_          07/12/14

Robert Holland, Pro se          Date:

1120 Baker Street

Gary, Indiana 46404

TEL (219) 427-4582

District Court Case No.: 2:13-CV-00491
**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF INDIANA**

**CERTIFICATE OF SERVICE**

I certify that on the 12th day of July, 2014, service of a true and complete copy of the above and foregoing pleading or paper was made upon:

**The Clerk of the Court**, United States District Court, 5400 Federal Plaza, Hammond, IN 46320

**Judge Rudy Lozano**
7th Circuit District Court Judge
Northern District of Indiana, Hammond Division
5400 Federal Plaza, Hammond, Indiana 46320
TEL (219) 852-6700

**Jason R. Barclay and Mark D. Stuann**, Barnes & Thorn burg, LLP, 11 South Meridian Street, Indianapolis, IN 46204
Attorneys for Defendants Cerberus Capital Management, LP, Stephen Feinberg (CEO of Cerberus Capital Management, LP), and Robert Nardelli (CEO of Cerberus O & AC, LLC)
TEL (317) 231-7250

**Howard Godnick and Joshua Schonauer**, Schulte, Roth & Zabel, LLP, 919 Third Avenue, New York, New York 10022
Attorneys for Defendants Cerberus Capital Management, LP, Stephen Feinberg (CEO of Cerberus Capital Management, LP), Robert Nardelli (CEO of Cerberus O & AC, LLC), Chrysler Financial, LLC (aka TD Bank, Group (N.A.))
TEL (212) 593-5955

**James P. Buchholz**, 127 W. Berry Street, Suite 1200, Fort Wayne, Indiana 46802
Attorney for Bosak Motors Auto Dealership, Mr. & Mrs. Skip Bosak (Owners of Bosak Motors Auto Dealership), John Schultheis (General Manager, Bosak Motors), Jonathan Jeffries (Service Manager, Bosak Motors)
TEL (260) 426-0545

**James Todd**, Weltman, Weinberg & Reis Co., LPA, 525 Vine St., Suite 800, Cincinnati, Ohio 45202
Attorney for Chrysler Financial, LLC and Kimberly Johnson
TEL (513) 723-2200

**Robert Holland**, Pro Se, Plaintiff, 1120 Baker Street, Gary, Indiana 46404
TEL (219) 427-4582

2

District Court Case No.: 2:13-CV-00491

__X____ By depositing in the U.S. Mail properly addressed and with sufficient first class postage affixed or the federal electronic filing system at the office of the clerk.

_____ By personal delivery or fax.

_____
Robert M. Holland III, Pro Se