UNITED STATES DISTRICT COURT
FOR THE USDC Northern Indiana
HAMMOND DIVISION

Robert Holland

        Plaintiff,

v.              Case No.: 2:13–cv–00491–RL–JEM

               Judge Rudy Lozano

Stephen Feinberg, et al.

        Defendant.

## CLERK'S ENTRY OF DEFAULT

  Default is hereby entered against defendant(s)

        Paul Davis ,

for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure 55(a).

Date:  July 17, 2014    Sincerely,

           ROBERT N. TRGOVICH, CLERK


           By:  s/   Marijana Ciric
              Deputy Clerk