# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF INDIANA

# HAMMOND DIVISION

| | |
|---|---|
| Robert Holland, ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.: 2:13-cv-00491-RL-JEM |
| ) | |
| Cerberus Capital Management, LP, et al., ) | |
| Defendants. ) | |

## OBJECTION TO THE

## MOTION FOR A SECOND EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S

## COMPLAINT

Comes now the Plaintiff Robert Holland, Pro Se, and files his Objection to the Motion for a Second Extension of Time to Respond to Plaintiff's Complaint. In support thereof, Robert Holland states the following:

1. Defendants TDAF and Johnson filed their initial automatic extensions of time on June 16 and June 17, 2014, respectively, which extended their deadline to answer or otherwise respond to Plaintiff's Complaint through July 14, 2014.

2. The Defendants claim that due to staffing issues at the office of counsel for TDAF and Johnson, coupled with the lengthy nature of TDAF and Johnson's anticipated filing, an additional ten (10) days is needed to properly prepare said filing.

3. The Defendants excuse simply put is that it has more important things to do than to follow the order of the District Court.

4. The Defendants TDAF and Johnson have already had an extension of time granted by this District Court and have had almost 60 days to respond to the Complaint.

5. This case has already been bounced around from Attorney Godnick (representing the Cerberus Defendants) to Mr. Todd and now to another attorney that has just entered his appearance.

6. Mr. Todd gave the previous excuse that there was not proper service when the record demonstrates that there was proper service.

7. The TDAF and Kimberly Johnson have no meritorious defense. (See DE # 32, 45 and 46)

8. This request is made in bad faith or for the purposes of unnecessary delay, to obtain a favorable judgment based upon a technicality and will result in undue prejudice to the Plaintiff Robert Holland.

WHEREFORE, the Plaintiff Robert Holland, Pro Se, respectfully requests that this Court DENY the Defendants an additional extension of time up to and including July 25, 2014 to answer or otherwise plead to the Plaintiff's Complaint.

Respectfully Submitted,

_/s/ Robert M. Holland_

Robert Holland, Pro Se, Plaintiff
1120 Baker Street
Gary, Indiana 46404
TEL (219) 427-4582

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF INDIANA

### CERTIFICATE OF SERVICE

I certify that on the 17th day of July, 2014, service of a true and complete copy of the above and foregoing pleading or paper was made upon:

**The Clerk of the Court**, United States District Court, 5400 Federal Plaza, Hammond, IN 46320

**Judge Rudy Lozano**
7th Circuit District Court Judge
Northern District of Indiana, Hammond Division
5400 Federal Plaza, Hammond, Indiana 46320
TEL (219) 852-6700

**Jason R. Barclay and Mark D. Stuann**, Barnes & Thornburg, LLP, 11 South Meridian Street, Indianapolis, IN 46204
Attorneys for Defendants Cerberus Capital Management, LP, Stephen Feinberg (CEO of Cerberus Capital Management, LP), and Robert Nardelli (CEO of Cerberus O & AC, LLC)
TEL (317) 231-7250

**Howard Godnick and Joshua Schonauer**, Schulte, Roth & Zabel, LLP, 919 Third Avenue, New York, New York 10022
Attorneys for Defendants Cerberus Capital Management, LP, Stephen Feinberg (CEO of Cerberus Capital Management, LP), Robert Nardelli (CEO of Cerberus O & AC, LLC), Chrysler Financial, LLC (aka TD Bank, Group (N.A.))
TEL (212) 593-5955

**James P. Buchholz**, 127 W. Berry Street, Suite 1200, Fort Wayne, Indiana 46802
Attorney for Bosak Motors Auto Dealership, Mr. & Mrs. Skip Bosak (Owners of Bosak Motors Auto Dealership), John Schultheis (General Manager, Bosak Motors), Jonathan Jeffries (Service Manager, Bosak Motors)
TEL (260) 426-0545

**James Todd**, Weltman, Weinberg & Reis Co., LPA, 525 Vine St., Suite 800, Cincinnati, Ohio 45202
Attorney for Chrysler Financial, LLC and Kimberly Johnson (Chrysler Financial Collections/Repossession Unit)
TEL (513) 723-2200

**Robert Holland**, Pro Se, Plaintiff, 1120 Baker Street, Gary, Indiana 46404
TEL (219) 427-4582

\_\_\_X\_\_\_\_\_ By depositing in the U.S. Mail properly addressed and with sufficient first class postage affixed or the federal electronic filing system at the office of the clerk.

_____ By personal delivery or fax.

_____
Robert M. Holland III, Pro Se