# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION



-FILED-

JUL 21 2014

ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| Robert Holland, ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.: 2:13-cv-00491-RL-JEM |
| ) | |
| Cerberus Capital Management, LP, et al., ) | |
| Defendants. ) | |

## REQUEST FOR FINDING OF FACT AND CONCLUSION OF LAW REGARDING NEW CHRYSLER AND/OR OLD CHRYSLER'S POTENTIAL LIABILITY IN THIS CASE

Comes now the Plaintiff Robert Holland, Pro Se, and files his Request for Finding of fact and Conclusion of Law Regarding New Chrysler and/or Old Chrysler's Potential Liability in this case pursuant to FRCP 41 and 52. In support thereof, Robert Holland states the following:

1. Chrysler filed for bankruptcy protection in April 2009.

2. After the bankruptcy 2 corporations were formed, old Chrysler and New Chrysler.

3. Holland requests that this court determine if Old Chrysler and/or New Chrysler have no potential liability in this case due to the bankruptcy and should be dismissed.

Respectfully Submitted,

_____

Robert Holland, Pro Se, Plaintiff
1120 Baker Street
Gary, Indiana 46404
TEL (219) 427-4582

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA

CERTIFICATE OF SERVICE

I certify that on the 17th day of July, 2014, service of a true and complete copy of the above and foregoing pleading or paper was made upon:

**The Clerk of the Court**, United States District Court, 5400 Federal Plaza, Hammond, IN 46320

**Judge Rudy Lozano**
7th Circuit District Court Judge
Northern District of Indiana, Hammond Division
5400 Federal Plaza, Hammond, Indiana 46320
TEL (219) 852-6700

**Jason R. Barclay and Mark D. Stuann**, Barnes & Thornburg, LLP, 11 South Meridian Street, Indianapolis, IN 46204
Attorneys for Defendants Cerberus Capital Management, LP, Stephen Feinberg (CEO of Cerberus Capital Management, LP), and Robert Nardelli (CEO of Cerberus O & AC, LLC)
TEL (317) 231-7250

**Howard Godnick and Joshua Schonauer**, Schulte, Roth & Zabel, LLP, 919 Third Avenue, New York, New York 10022
Attorneys for Defendants Cerberus Capital Management, LP, Stephen Feinberg (CEO of Cerberus Capital Management, LP), Robert Nardelli (CEO of Cerberus O & AC, LLC), Chrysler Financial, LLC (aka TD Bank, Group (N.A.))
TEL (212) 593-5955

**James P. Buchholz**, 127 W. Berry Street, Suite 1200, Fort Wayne, Indiana 46802
Attorney for Bosak Motors Auto Dealership, Mr. & Mrs. Skip Bosak (Owners of Bosak Motors Auto Dealership), John Schultheis (General Manager, Bosak Motors), Jonathan Jeffries (Service Manager, Bosak Motors)
TEL (260) 426-0545

**James Todd**, Weltman, Weinberg & Reis Co., LPA, 525 Vine St., Suite 800, Cincinnati, Ohio 45202
Attorney for Chrysler Financial, LLC and Kimberly Johnson (Chrysler Financial Collections/Repossession Unit)
TEL (513) 723-2200

**Robert Holland**, Pro Se, Plaintiff, 1120 Baker Street, Gary, Indiana 46404
TEL (219) 427-4582

__X__    By depositing in the U.S. Mail properly addressed and with sufficient first class postage affixed or the federal electronic filing system at the office of the clerk.

_____    By personal delivery or fax.

_____
Robert M. Holland III, Pro Se



Clerk  
U.S. District Court  
Federal Plaza  
5400  
Hammond, IN 46320