(COURT USE ONLY)
RECEIPT NO. 3010918

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA

Robert Holland

v.

Stephen Feinberg, et al.

Cause No. 2:13-cv-00491-RL-JEM

## MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE ON BEHALF OF

Chrysler Financial LLC n.k.a. T.D. Auto Finance
Paul Davis
Kimberly Johnson

Party(s) Represented

Prefix (check one): ☐ Mr.   ☒ Ms.   ☐ Mrs.

Last Name: Taft-Milby      First Name: Rosemary      Middle Name/Initial:

Generation (Sr, Jr, etc):

Firm Name: Weltman, Weinberg & Reis Co., L.P.A.
Street Address: 323 W. Lakeside Avenue      Suite/Room No.: 200
City: Cleveland      State: Ohio      Zip: 44113
Office Telephone No.: (216) 685-1103      Fax No.: (216) 685-4345
E-Mail Address: rtaftmilby@weltman.com

**EDUCATION:**

College: University of Louisville      Degree: BA      Year Completed: 1978
Law School: University of Louisville      Year Graduated: 1983
Other Post-Graduate Schooling:

**LIST EACH STATE TO WHICH YOU ARE ADMITTED TO PRACTICE LAW:**

| STATE | YEAR ADMITTED | CURRENT STATUS | BAR I.D. NUMBER |
|---|---|---|---|
| Kentucky | 1983 | active | 0047705 |
| Ohio | 1991 | active | 0054264 |
| | | | |
| | | | |

Please include a current certificate of good standing (fewer than 60 days old) from each jurisdiction listed above in order to satisfy the requirements articulated in Local Rule 83-5(a)(2)(C)(ii).

**LIST EACH FEDERAL COURT TO WHICH YOU ARE ADMITTED TO PRACTICE LAW:**

| COURT | YEAR ADMITTED | CURRENT STATUS |
|---|---|---|
| United States District Court, Eastern Dist. KY | 1984 | active |
| United States District Court, Eastern Dist. OH | 1991 | active |
| United States Court of Appeals, Sixth Cir. | 1997 | active |
| United States Court of Federal Claims | 2004 | active |
| See attached for additional admissions | | |

If admitted to the U.S. Supreme Court, please provide a current certificate of good standing (fewer than 60 days old.) Otherwise, no certificate of good standing is needed for any other Federal Court listed above.

Have you ever been publicly disciplined by any other court in the United States or its territories, commonwealths, or possessions?    ☐ Yes (If yes, please attach an explanation)    ☒ No

Applicant: I, Rosemary Taft-Milby, do solemnly swear or affirm that:

I am a member in good standing of the bar of every jurisdiction to which I am admitted to practice.

I have read and will abide by the Local Rules of the United States District Court for the Northern District of Indiana, including Appendix B: Standards for Professional Conduct Within the Seventh Federal Judicial Circuit.

I declare under penalty of perjury that the statements in this application are true and correct.

Dated: 7/15/14

_____
Signature of Applicant

Considered and approved.

SO ORDERED.

Dated: _____        _____
                                                                                       Judge, U. S. District Court

Revised 06/05/2013

ATTACHMENT TO
MOTION FOR LEAVE TO APPEAR PRO HAC VICE
UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF INDIANA
OF ROSEMARY TAFT-MILBY

| TITLE OF COURT/JURISDICTION | DATE ADMITTED |
| --- | --- |
| Commonwealth of Kentucky | 11/18/83 |
| United States District Court, Eastern District of Kentucky | 2/1/84 |
| United States District Court, Northern District of Ohio | 3/13/91 |
| State of Ohio | 7/31/91 |
| United States Supreme Court | 9/19/95 |
| United States Court of Appeals, Sixth Circuit | 11/24/97 |
| United States Court of Federal Claims | 5/5/04 |
| United States District Court, Western District of Kentucky | 4/20/05 |
| United States District Court, District of Colorado | 4/15/10 |

# KENTUCKY BAR ASSOCIATION

**514 WEST MAIN STREET**
**FRANKFORT, KENTUCKY 40601-1812**
(502) 564-3795
FAX (502) 564-3225
www.kybar.org

**OFFICERS**
William E. Johnson
*President*

Douglass Farnsley
*President-Elect*

R. Michael Sullivan
*Vice President*

Thomas L. Rouse
*Immediate Past President*

**YOUNG LAWYERS**
Bradley J. Sayles
*Chair*

**EXECUTIVE DIRECTOR**
John D. Meyers

**BOARD OF GOVERNORS**
Amy D. Cubbage
Melinda G. Dalton
William R. Garmer
Thomas N. Kerrick
Howard Oliver Mann
Earl M. McGuire
J. D. Meyer
Eileen M. O'Brien
Michael M. Pitman
W. Fletcher Schrock
Gary J. Sergent
Bobby Simpson
J. Steven Smith
John Vincent



## THIS IS TO CERTIFY THAT

### ROSEMARY TAFT MILBY

*Weltman Weinberg & Reis*
*323 West Lakeside Avenue, Suite 200*
*Cleveland, Ohio  44113*

*Membership No.  47705*

is an active member in good standing with the Kentucky Bar Association as required by the Rules of the Supreme Court of Kentucky, no record of any complaints or charges of any kind having been preferred against her.  Dated this 8th day of July, 2014.

**JOHN MEYERS**
**REGISTRAR**

By: _____
Michele M. Pogrotsky, Deputy Registrar





| | | |
|---|---|---|
| **SUSAN STOKLEY CLARY**<br>Clerk | **OFFICE OF THE CLERK**<br>**SUPREME COURT OF KENTUCKY**<br>ROOM 209, STATE CAPITOL<br>700 CAPITAL AVE.<br>FRANKFORT, KENTUCKY 40601-3488 | Telephone:<br>(502) 564-4720<br>FAX:<br>(502) 564-5491 |

# C E R T I F I C A T I O N

I, Susan Stokley Clary, Clerk of the Supreme Court of Kentucky, do hereby certify the records in this office show that _____Rosemary Taft Milby_____ having met the necessary requirements for admission to the Bar, took the oath prescribed by the Constitution of this Commonwealth on ___November 18, 1983___, and thereupon was admitted to practice as an attorney before this and all other courts of the Commonwealth of Kentucky, and certify that _____Rosemary Taft Milby_____ is an attorney at law in good standing, as such, in all the courts of the Commonwealth.

I further certify that the Supreme Court is the Court of highest jurisdiction for the Commonwealth of Kentucky.

Done at the Capitol at Frankfort, Kentucky this __9th__ day of __July__, __2014__.

SUSAN STOKLEY CLARY
CLERK

By: _____Chasity Kittrell_____
Deputy Clerk

# The Supreme Court of Ohio

## C E R T I F I C A T E

I, SUSAN B. CHRISTOFF, Director of the Attorney Services Division of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Office of Attorney Services of the Supreme Court and that the Attorney Services Division is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio,

Rosemary Taft Milby

was admitted to the practice of law in Ohio on July 31, 1991; has registered as an active attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.

IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 11th day of June, 2014.

SUSAN B. CHRISTOFF
*Director, Attorney Services Division*

Lori L. Keating
*Attorney Services Counsel*

# The Supreme Court of Ohio

## CERTIFICATE

I, SUSAN B. CHRISTOFF, Director of the Attorney Services Division of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Office of Attorney Services of the Supreme Court and that the Attorney Services Division is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio, **Rosemary Taft Milby** was admitted to the practice of law in Ohio on **July 31, 1991**; has registered as an **active** attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.

I further certify that the records of the Clerk's Office of the Supreme Court of Ohio do not indicate that the Board of Commissioners on Grievances and Discipline has filed a report recommending that the Supreme Court impose discipline against Rosemary Taft Milby pursuant to Gov. Bar R. V ("Disciplinary Procedure"). I further certify that the records of the Clerk's Office do not indicate that the Supreme Court has imposed discipline against Rosemary Taft Milby pursuant to Gov. Bar R. V. I further certify that the records of the Clerk's Office do not indicate that a disciplinary matter was or is currently pending against Rosemary Taft Milby with the Supreme Court.

IN TESTIMONY WHEREOF, I have subscribed
my name and affixed the seal of the Supreme Court,
this 11th day of June, 2014.

SUSAN B. CHRISTOFF
*Director, Attorney Services Division*

Lori L. Keating
*Attorney Services Counsel*

# Supreme Court of the United States
## OFFICE OF THE CLERK
## WASHINGTON, D.C. 20543



# ROSEMARY TAFT MILBY
# OF CLEVELAND, OH

was duly admitted and qualified as an Attorney and Counselor for the Supreme Court of the United States on the nineteenth day of September, in the year one thousand nine hundred and ninety-five, and is now a member of the Bar of this Court in good standing.

In testimony, whereof, as Clerk of said Court, I have hereunto set my hand and affixed the seal of said Court, at the City of Washington, this twenty-seventh day of June 2014.

*Scott S. Harris*
*Clerk of the Supreme Court*
*of the United States*

By

Assistant Admissions Officer