UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| ROBERT HOLLAND | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Case No. 2:13-CV-00491-RL-JEM |
| | ) |
| CEREBERUS CAPITAL | ) |
| MANAGEMENT, L.P., *et al.*, | ) |
| | ) |
| Defendants. | ) |

## MOTION FOR ORAL ARGUMENT ON CERBERUS DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S VERIFIED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(B)(6) AND (B)(2)

Cerberus Capital Management, LP, Robert Nardelli, and Stephen Feinberg ("Cerberus Defendants"), by and through their counsel, and pursuant to Local Rule 7-5(a), respectfully move the Court to schedule oral argument on their Motion to Dismiss Plaintiff's Verified Complaint Pursuant to Federal Rules of Civil Procedure 12(b)(6) and (b)(2) (Dkt No. 28), and Memorandum of Law in Support of Their Motion to Dismiss (Dkt No. 29). In support of the instant motion Cerberus Defendants state as follows:

1. Cerberus Defendants filed their Motion to Dismiss Plaintiff's Verified Complaint Pursuant to Federal Rules of Civil Procedure 12(b)(6) and (b)(2) (Dkt No. 28) and Memorandum of Law in Support of Their Motion to Dismiss (Dkt No. 29) on June 17, 2014.

2. On July 16, 2014, Plaintiff filed his Response to the Motion to Dismiss (Dkt No. 58).

3. Contemporaneous with the filing of the instant motion, Cerberus Defendants are filing their Reply in Support of Their Motion to Dismiss Plaintiff's Verified Complaint. Thus, the issues raised in Cerberus Defendants' Motion and Memorandum will be fully briefed as of today.

4. Cerberus Defendants respectfully submit that inasmuch as the Motion, if granted, would be dispositive, an oral argument on the issues raised in the Motion and Memorandum would be helpful to the Court in better understanding the Cerberus Defendants', as well as the Plaintiff's, respective positions.

5. Cerberus Defendants estimate that thirty (30) minutes should be sufficient for oral argument.

WHEREFORE, Cerberus Defendants respectfully request that the Court issue an Order scheduling oral argument on their Motion to Dismiss Plaintiff's Verified Complaint Pursuant to Federal Rules of Civil Procedure 12(b)(6) and (b)(2) (Dkt No. 28), and Memorandum of Law in Support of Their Motion to Dismiss (Dkt No. 29).

Respectfully submitted,

*s/ Mark D. Stuaan*
Jason R. Barclay
Mark D. Stuaan
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, Indiana  46204
Telephone: 317/236-1313
Facsimile: 317/231-7433
E-Mail: jason.barclay@btlaw.com
E-Mail: mark.stuaan@btlaw.com

>Howard O. Godnick (*pro hac vice* entered 6/26/14)
>Joshua R. Schonauer (*pro hac vice* entered 6/26/14)
>SCHULTE ROTH & ZABEL LLP
>919 Third Avenue
>New York, NY 10022
>Tel.   (212) 756-2000
>Fax    (212) 593-5955
>Email:  howard.godnick@srz.com
>Email:  joshua.schonauer@srz.com
>
>Attorneys for Defendants Cerberus Capital Management, L.P., Stephen Feinberg and Robert Nardelli

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of July, 2014, a copy of the foregoing was filed electronically and has been served on all counsel of record by the Court's ECF filing system.

Additionally, a copy of the foregoing was sent to the following *pro se* Plaintiff by depositing the same in the United States mail, first class, postage prepaid:

>Robert Holland
>1120 Baker Street
>Gary, IN 46404

>*s/ Mark D. Stuaan*
>Mark D. Stuaan

INDS01 1467612v1