UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| ROBERT HOLLAND ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Case No. 2:13-CV-00491-RL-JEM |
| ) | |
| CEREBERUS CAPITAL ) | |
| MANAGEMENT, L.P., *et al.*, ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR STATUS AND SCHEDULING CONFERENCE

Cerberus Capital Management, LP, Robert Nardelli, and Stephen Feinberg ("Cerberus Defendants"), by and through their counsel, respectfully move the Court to set a status and scheduling conference in order for the parties and the Court to discuss and consider various pre-trial matters, such as the remaining procedural schedule to be established in this Case. In support of the instant motion Cerberus Defendants state as follows:

1.  Contemporaneous with the filing of the instant motion, Cerberus Defendants are filing their motion for oral argument on their Motion to Dismiss Plaintiff's Verified Complaint Pursuant to Federal Rules of Civil Procedure 12(b)(6) and (b)(2) (Dkt No. 28) and Memorandum of Law in Support of Their Motion to Dismiss (Dkt No. 29), as well as filing their Reply in Support of Their Motion to Dismiss Plaintiff's Verified Complaint.

2.  Since the commencement of this case, and during the pendency of potentially dispositive motions, Plaintiff has filed numerous applications with the

Court, the filing of which raise questions regarding, among other things, the necessity for burdening the Court with responsive papers.  A status and scheduling conference would afford the parties, with the Court's guidance and input, to consider and discuss these various pre-trial matters.

WHEREFORE, Cerberus Defendants respectfully request that the Court issue an Order setting a status and scheduling conference in order for the parties and the Court to consider and discuss various pre-trial matters.

                                                Respectfully submitted,

                                            *s/ Mark D. Stuaan*
                                            Jason R. Barclay
                                            Mark D. Stuaan
                                            BARNES & THORNBURG LLP
                                            11 South Meridian Street
                                            Indianapolis, Indiana  46204
                                            Telephone: 317/236-1313
                                            Facsimile: 317/231-7433
                                            E-Mail: jason.barclay@btlaw.com
                                            E-Mail: mark.stuaan@btlaw.com

                                            Howard O. Godnick (*pro hac vice* entered 6/26/14)
                                            Joshua R. Schonauer (*pro hac vice* entered 6/26/14)
                                            SCHULTE ROTH & ZABEL LLP
                                            919 Third Avenue
                                            New York, NY 10022
                                            Tel.   (212) 756-2000
                                            Fax   (212) 593-5955
                                            Email:  howard.godnick@srz.com
                                            Email:  joshua.schonauer@srz.com

                                            Attorneys for Defendants Cerberus Capital Management, L.P., Stephen Feinberg and Robert Nardelli

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of July, 2014, a copy of the foregoing was filed electronically and has been served on all counsel of record by the Court's ECF filing system.

Additionally, a copy of the foregoing was sent to the following *pro se* Plaintiff by depositing the same in the United States mail, first class, postage prepaid:

>Robert Holland
>1120 Baker Street
>Gary, IN 46404

>*s/ Mark D. Stuaan*
>Mark D. Stuaan