(COURT USE ONLY)

RECEIPT NO. 3010918

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF INDIANA

Robert Holland

v.

Stephen Feinberg, et al.

Cause No. 2:13-cv-00491-RL-JEM

### MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE ON BEHALF OF

Chrysler Financial LLC n.k.a. T.D. Auto Finance
Paul Davis
Kimberly Johnson

Party(s) Represented

Prefix (check one) ☐ Mr.  ☒ Ms.  ☐ Mrs.

Last Name: Taft-Milby     First Name: Rosemary     Middle Name/Initial:

Generation (Sr, Jr, etc):

Firm Name: Weltman, Weinberg & Reis Co., L.P.A.

Street Address: 323 W. Lakeside Avenue     Suite/Room No.: 200

City: Cleveland     State: Ohio     Zip: 44113

Office Telephone No.: (216) 685-1103     Fax No.: (216) 685-4345

E-Mail Address: rtaftmilby@weltman.com

### EDUCATION:

College: University of Louisville     Degree: BA     Year Completed: 1978

Law School: University of Louisville     Year Graduated: 1983

Other Post-Graduate Schooling:

**LIST EACH STATE TO WHICH YOU ARE ADMITTED TO PRACTICE LAW:**

| STATE | YEAR ADMITTED | CURRENT STATUS | BAR I.D. NUMBER |
|---|---|---|---|
| Kentucky | 1983 | active | 0047705 |
| Ohio | 1991 | active | 0054264 |
|  |  |  |  |
|  |  |  |  |

Please include a current certificate of good standing (fewer than 60 days old) from each jurisdiction listed above in order to satisfy the requirements articulated in Local Rule 83-5(a)(2)(C)(ii).

**LIST EACH FEDERAL COURT TO WHICH YOU ARE ADMITTED TO PRACTICE LAW:**

| COURT | YEAR ADMITTED | CURRENT STATUS |
|---|---|---|
| United States District Court, Eastern Dist. KY | 1984 | active |
| United States District Court, Eastern Dist. OH | 1991 | active |
| United States Court of Appeals, Sixth Cir. | 1997 | active |
| United States Court of Federal Claims | 2004 | active |
| See attached for additional admissions | | |

If admitted to the U.S. Supreme Court, please provide a current certificate of good standing (fewer than 60 days old.) Otherwise, no certificate of good standing is needed for any other Federal Court listed above.

Have you ever been publicly disciplined by any other court in the United States or its territories, commonwealths, or possessions?   ☐ Yes (If yes, please attach an explanation)   ☒ No

Applicant: I, | Rosemary Taft-Milby |, do solemnly swear or affirm that:

I am a member in good standing of the bar of every jurisdiction to which I am admitted to practice.

I have read and will abide by the Local Rules of the United States District Court for the Northern District of Indiana, including Appendix B: Standards for Professional Conduct Within the Seventh Federal Judicial Circuit.

I declare under penalty of perjury that the statements in this application are true and correct.

Dated: | 7/15/14 |   _Rosemary Taft Milby_
Signature of Applicant

Considered and approved.

SO ORDERED.

Dated: 7-24-14

**S/John E. Martin**

Judge, U. S. District Court