IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| Robert Holland, | ) | Case No. 2:13-cv-00491-RL-JEM |
| | ) | |
| Plaintiff, | ) | Honorable Rudy Lozano |
| | ) | Magistrate Judge John E. Martin |
| vs. | ) | |
| | ) | |
| Cerberus Capital Management LP, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF ENTRY OF APPEARANCE
### FOR CHRYSLER FINANCIAL LLC AND
### KIMBERLY JOHNSON, ONLY

Now comes the undersigned attorney to make her entry of appearance on behalf of Chrysler Financial LLC, n/k/a TD Auto Finance, LLC ("TDAF") and Kimberly Johnson ("Johnson") only.  The motion to practice pro hac vice erroneously listed Paul Davis as being represented by the undersigned but she does not.

Pleadings, motions and documents should be served on the undersigned attorney as counsel for Defendants TDAF and Johnson.

    Respectfully submitted,

*/s/Rosemary Taft-Milby*
Rosemary Taft-Milby
Attorney for Defendants TDAF and Johnson
Weltman, Weinberg & Reis Co., L.P.A.
323 West Lakeside Avenue, Suite 200
Cleveland, OH  44113
Phone:  (216) 685-1103
Fax:  (216) 685-4345
E-mail:  rtaftmilby@weltman.com

Dated:  July 30, 2014

## CERTIFICATE OF SERVICE

 This is to certify that a copy of the foregoing has been electronically filed with the Clerk of Court on July 30, 2014 and served upon the following counsel of record and/or *pro se* parties via United States Mail, postage prepaid:

Robert Holland
1120 Baker St.
Gary, Indiana 46404

            */s/Rosemary Taft-Milby*
            Rosemary Taft-Milby

Weltman, Weinberg & Reis Co., LPA
323 W. Lakeside Avenue, Suite 200
Cleveland, OH  44113
Phone:  (216) 685-1103
Fax:  (216) 685-4345
E-mail:  rtaftmilby@weltman.com