UNITED STATES DISTRICT COURT
FOR THE SEVENTH CIRCUIT
HAMMOND DIVISION

-FILED-

JUL 31 2014

ROBERT N. TR... Clerk
U.S. DISTRI...
NORTHERN DISTRICT OF INDIANA

ROBERT HOLLAND, )
    Plaintiff – Appellant )
)
VS. ) District Court Case No.: 2:13-CV-00491
)
CERBERUS CAPITAL )
MANAGEMENT, LLP, et al, )
    Defendants – Appellees. )

## NOTICE TO THE COURT

## OF CHRYSLER IGNITION SWITCH RECALL

Comes now the Plaintiff Robert Holland and files this Notice to the Court of Chrysler Ignition Switch Recall. In support of this Motion the Plaintiff Robert Holland states the following:

1. The Defendants have filed multiple Motions to Dismiss in this case. In all of the Motions to Dismiss the Defendants make a recurrent theme claiming that the Plaintiff Robert Holland's allegations in the complaint are frivolous, fantastic, delusional and/or not plausible.

2. If this Court simply determines that the allegations in an otherwise valid and sufficient complaint are not plausible, the Court has the discretion to dismiss it.

3. One of the allegations in the complaint is that Holland was fraudulently induced to purchase a Chrysler 300 and warranty. (Complaint DE #1 P. 16- Par. 51-66)

4. Another allegation is that Chrysler fraudulently breached its warranty contract and in bad faith breached its contract of repair causing undue hardship. (Complaint DE #1 P. Par. 67-117)

5. Finally, Holland in his complaint alleged that the Chrysler 300 had numerous mechanical problems under normal driving conditions that Chrysler knew about but did nothing.

1

District Court Case No.: 2:13-CV-00491

(Complaint DE #1 P. 15 and 18 Par. 62, 78-80) The attached exhibit 1 verifies that Chrysler has just been sued over the exact same part faulty ignition switches in Jeeps manufactured in 2005-2007. Chrysler has recalled over eight hundred thousand (800,000) of the vehicles. (Exhibit 1)(FRE and IRE 104 (e), 201, 401, 402, 406, 407, 801(d)(2), 803(6), 803(8), 803(17), 806, 807, 902 and 1005)

6. These claims are not frivolous, fantastic, delusional but are plausible.

7. In June, the National Highway Traffic Safety Administration (NHTSA) announced it is opening investigations after 32 complaints were filed alleging that the part was defective. (Exhibit 2 Top of P. 2)

8. Chrysler admitted that it had about 30 customer complaints and 465 warranty claims alleging inadvertent engine shut-off while driving and two rear-end collisions arising from the condition. (Exhibit 2 Bottom of P. 2) (FRE and IRE 104 (e), 201, 401, 402, 406, 407, 801(d)(2), 803(6), 803(8), 803(17), 806, 807, 902 and 1005)

9. The NHTSA requested that Chrysler recall the 2008 and 2009 year vehicles that have the ignition switch. Chrysler refused. (Exhibit 2 Bottom of P. 2)

10. "Seperately Tuesday, Chrysler Group said it will recall an estimated 21,000 vehicles to inspect and, if necessary, replace the shocks or struts. Chrysler said some vehicles may have been assembled using a shipment of shocks and struts that do not meet Chrysler standards." (Exhibit 2 Bottom of P. 2)

11. A problem with a shock or strut can be a symptom of a larger problem such as a front end assembly that Holland alleged of in his complaint or it can cause the front end assembly to have problems. (Complaint DE #1 P. 15 and 18 Par. 62, 78-80)

District Court Case No.: 2:13-CV-00491

12. Holland believes with this information and evidence along with previous evidence provided to this Court (DE #32, 45 and 46), i.e., the Bosak Motors Invoice, Tow receipt and Mail from the Bosak Motors Service Department, and the Cerberus Capital management, LP website the allegations in the complaint can no longer be considered fantastic or delusional but plausible and credible.

Respectfully Submitted,

*Robert M. Holland III*

Robert Holland, Pro Se
1120 Baker Street
Gary, Indiana 46404
TEL (219) 944-2323

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA

## CERTIFICATE OF SERVICE

I certify that on the 30th day of July, 2014, service of a true and complete copy of the above and foregoing pleading or paper was made upon:

**The Clerk of the Court**, United States District Court, 5400 Federal Plaza, Hammond, IN 46320

**Judge Rudy Lozano**
7th Circuit District Court Judge
Northern District of Indiana, Hammond Division
5400 Federal Plaza, Hammond, Indiana 46320
TEL (219) 852-6700

**Jason R. Barclay and Mark D. Stuann**, Barnes & Thornburg, LLP, 11 South Meridian Street, Indianapolis, IN 46204
Attorneys for Defendants Cerberus Capital Management, LP, Stephen Feinberg (CEO of Cerberus Capital Management, LP), and Robert Nardelli (CEO of Cerberus O & AC, LLC)
TEL (317) 231-7250

District Court Case No.: 2:13-CV-00491

**Howard Godnick and Joshua Schonauer**, Schulte, Roth & Zabel, LLP, 919 Third Avenue, New York, New York 10022
Attorneys for Defendants Cerberus Capital Management, LP, Stephen Feinberg (CEO of Cerberus Capital Management, LP), Robert Nardelli (CEO of Cerberus O & AC, LLC), Chrysler Financial, LLC (aka TD Bank, Group (N.A.))
TEL (212) 593-5955

**James P. Buchholz**, 127 W. Berry Street, Suite 1200, Fort Wayne, Indiana 46802
Attorney for Bosak Motors Auto Dealership, Mr. & Mrs. Skip Bosak (Owners of Bosak Motors Auto Dealership), John Schultheis (General Manager, Bosak Motors), Jonathan Jeffries (Service Manager, Bosak Motors)
TEL (260) 426-0545

**James Todd**, Weltman, Weinberg & Reis Co., LPA, 525 Vine St., Suite 800, Cincinnati, Ohio 45202
Attorney for Chrysler Financial, LLC and Kimberly Johnson (Chrysler Financial Collections/Repossession Unit)
TEL (513) 723-2200

**Robert Holland**, Pro Se, Plaintiff, 1120 Baker Street, Gary, Indiana 46404
TEL (219) 427-4582

\_\_\_X\_\_\_\_   By depositing in the U.S. Mail properly addressed and with sufficient first class postage affixed or the federal electronic filing system at the office of the clerk.
_____   By personal delivery or fax.

*[signature]*

Robert M. Holland III, Pro Se

4

# Autos

July 29, 2014 at 11:06 pm

## Chrysler sued over ignition switches in follow-up to GM suits

- Margaret Cronin Fisk
- Bloomberg News

Chrysler Group LLC was sued over allegedly faulty ignition switches in Jeeps, in a reflection of the more than 120 lawsuits General Motors faces over the same defect.

Both automakers are accused of employing ignition switches that can be unexpectedly turned off, cutting power to brakes, steering and airbags and causing potentially deadly loss of control.

The Chrysler lawsuit, filed Monday in federal court in Riverside, California, follows the automaker's announcement last week that it would recall almost 800,000 Grand Cherokees and Commanders made from 2005 to 2007 because a driver's knee could bump the key out of the "on" position.

Latoya Lumpkin, who owns a 2006 Jeep Grand Cherokee, filed the lawsuit as a class action, seeking to represent all U.S. owners of the recalled Chrysler vehicles. She's asking for damages for these owners for lost use, repairs and diminished value, as well as an order to prohibit driving them until repairs are made.

"It's very similar to the General Motors ignition switch recall," Lumpkin's attorney Jonathan Michaels said in an interview Tuesday.

General Motors has recalled 2.59 million small cars with ignition switch flaws that the company has linked to at least 13 deaths. The lawsuits against the Detroit-based automaker include 30 filed in the U.S. and Canada over deaths and injuries connected to ignition failures.

Chrysler hasn't been served with the lawsuit yet, Michael Palese, a company spokesman, said in an email Tuesday. "It would be inappropriate to respond until we've studied what it alleges."

Chrysler said last week that it knew of one accident and no injuries and was doing the recall out of "an abundance of caution."

From The Detroit News:
http://www.detroitnews.com/article/20140729/AUTO0101/307290119#ixzz38yILYY5D

EXHIBIT 1

# Chrysler Recall Information

## NEWS: Chrysler is recalling certain 2005-2007 Jeep Grand Cherokee and 2006-2007 Jeep Commander vehicles; IGNITION SWITCH

**Report Receipt Date:** JUL 21, 2014
**NHTSA Campaign Number:** 14V438000
**Component(s):** IGNITION SWITCH
**Potential Number of Units Affected:** 643,618

JULY 2014 -- This defect can affect the safe operation of the airbag system. Until this recall is performed, drivers should adjust their seat to allow clearance between the driver's knee and the ignition key, and remove all items from their key ring, leaving only the vehicle key. Chrysler Group LLC (Chrysler) is recalling certain model year 2005-2007 Jeep Grand Cherokee vehicles manufactured February 11, 2004, to July 5, 2007, and 2006-2007 Jeep Commander vehicles manufactured January 31, 2005, to July 5, 2007. In the affected vehicles, the driver may accidentally hit the ignition key with their knee, unintentionally knocking the key out of the run position, turning off the engine. If the ignition key inadvertently moves into the OFF or ACCESSORY position, the engine will turn off, which will then depower various key safety systems including but not limited to air bags, power steering, and power braking. Loss of functionality of these systems may increase the risk of crash and/or increase the risk of injury in the event of a crash. Chrysler will notify owners in September 2014. The remedy for this recall is still under development. Chrysler's number for this recall is P41. Owners may also contact the National Highway Traffic Safety Administration Vehicle Safety Hotline at 1-888-327-4236 (TTY 1-800-424-9153), or go to www.safercar.gov

**MORE RECALL INFO:**

- **Jeep Commander**
- **Jeep Grand Cherokee**

## NEWS: Chrysler recalls 800,000 SUVs for ignition problems
Detroit News @ July 23, 2014

JULY 2014 -- Chrysler Group LLC is recalling nearly 800,000 older Jeep SUVs for ignition switch problems, and is urging owners to only use the ignition key as the automaker works to find a fix.

The company said **the recall covers some 2006-07 Jeep Commander and 2005-07 Jeep Grand Cherokee SUVs**, and said its engineers are seeking a remedy. "Chrysler is committing now to conduct a recall out of an abundance of caution," the company said.

Chrysler advised owners to make sure there is enough clearance between their knees and the keys so that the key doesn't get bumped and accidentally turn off the engine. As a further precaution, owners are advised to remove all items from their key rings, leaving only the ignition key.

The problem is similar to the issue that has rocked cross-town rival General Motors Co. after it failed to promptly recall 2.6 million cars linked to at least 13 deaths when air bags failed to deploy after vehicles stalled. GM has recalled more than 12 million other vehicles for other ignition problems.

Chrysler said it is unaware of any related injuries. The automaker reported it knows of one accident and at least 32 complaints involving less than a tiny fraction of the recalled vehicles — 0.015 percent.

**MORE RECALL INFO:**

- **Jeep Commander**

EXHIBIT 2

- **Jeep Grand Cherokee**

Chrysler has now recalled about 1.7 million vehicles for ignition switch problems since 2011. But the National Highway Traffic Safety Administration still is investigating whether Chrysler's fix is adequate in most of the recalled vehicles.

In June, NHTSA announced it was opening investigations into 1.2 million Chrysler vehicles because of reports that a driver's knee can move the ignition switch out of the "run" position, causing the vehicles to stall and disabling the air bags. That included 525,000 2006-07 Jeep Commanders and 2005-06 Jeep Grand Cherokees in the United States after 32 complaints allege the driver's knee can contact the key fob or key chain and cause the ignition to be turned off.

The Auburn Hills unit of Fiat Chrysler SpA said its preliminary investigation suggests an outside force, usually attributed to contact with the driver's knee, may move ignition keys from the "on" position. Chrysler said the problem may cause the engine to stall, reducing braking power and making steering more difficult. Safety features such as front air bags may also be disabled.

Chrysler said it will alert owners by mid-September when they may schedule service.

Chrysler said the recall will cover 649,900 vehicles in the U.S.; 28,800 in Canada; 12,800 in Mexico and 100,800 outside of the NAFTA region. The Commander is no longer in production and the Grand Cherokee has since been completely redesigned; newer models are not subject to the recall.

In an interview last week, acting NHTSA Administrator David Friedman said the agency is looking more broadly at the issue of whether other automakers have ignition issues.

"This whole GM Cobalt recall brought to light a whole set of new information about interactions between ignition switches and air bags. We quickly jumped on that new information ... We're still in that process."

Despite the new recalls Chrysler is still behind last year's pace. Chrysler has recalled more than 2.8 million vehicles in 20 campaigns this year compared with 3.5 million in 31 campaigns in the same period last year.

Last month, Chrysler said it would recall nearly 696,000 minivans and SUVs worldwide under government pressure because ignition keys could rotate out of the "on" position, potentially causing stalling and the air bag not to deploy in a front-end crash.

Last month, Chrysler said it will expand a 2011 recall to cover the 2009 Dodge Journey and 2008-09 Grand Caravan and Chrysler Town and Country "for inadvertent ignition key rotation from the run position to the accessory position."

Chrysler said it had about 30 customer complaints and 465 warranty claims alleging inadvertent engine shut-off while driving — and reports of two rear-end collisions arising from the condition. There are no reports of deaths or injuries from air bags failing to deploy in crashes linked to the defect.

Chrysler disclosed that on June 17, NHTSA asked the automaker in a phone call to recall the 2008-09 vehicles. But the automaker is standing by its recall remedy — adding a detent ring to the switch to make it stiffer, instead of replacing the entire part — even though NHTSA has concerns it may not work.

The Commander and Grand Cherokee have a different ignition switch — an instrument panel mounted switch — compared to column ignition switches in the minivans.

**Separately Tuesday, Chrysler Group said it will recall an estimated 21,000 vehicles** to inspect and, if necessary, replace the shocks or struts. Chrysler said some vehicles may have been assembled using a shipment of shocks and struts that do not meet Chrysler standards.

**That recall covers some 2014 Ram 1500 pickups, 2015 Jeep Cherokee SUVs and 2015 Chrysler 200 sedans** assembled within a 16-day period ending June 6 of 2014. An estimated 14,300 vehicles are in the U.S.; 5,300 in Canada; 160 in Mexico and 2,000 outside North America.