```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF INDIANA
                    HAMMOND DIVISION
```

```
ROBERT HOLLAND                    )
                                  )
Plaintiff,                        )
                                  )
vs.                               ) No. 2:13-cv-00491
                                  )
CERBERUS CAPITAL MANAGEMENT,      )
et al.,                           )
                                  )
Defendants.                       )
```

### ORDER

This matter is before the Court on the: (1) Motion for Oral Argument on Cerberus Defendants' Motion to Dismiss Plaintiff's Verified Complaint Pursuant to Fed. R. Civ. P. 12(B)(6) and (B)(2), filed by Defendants, Cerberus Capital Management, LP, Robert Nardelli, and Stephen Feinberg, on July 23, 2014 (DE #65); and (2) Motion for Status and Scheduling Conference, filed by Defendants, Cerberus Capital Management, LP, Robert Nardelli, and Stephen Feinberg, on July 23, 2014 (DE #66). Upon due consideration, the Motion for Oral Argument (DE #65) is **TAKEN UNDER ADVISEMENT**. Should the Court deem a hearing helpful and necessary in ruling on the motion to dismiss, it will order one. The Motion for Status and Scheduling Conference (DE #66) is **DENIED** as **MOOT**. After ruling on the pending motions to dismiss, the Court will handle further scheduling matters.

```
DATED: August 4, 2014                /s/ RUDY LOZANO, Judge
                                     United States District Court
```