```
               IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF INDIANA
                        HAMMOND DIVISION
```

ROBERT HOLLAND                         )
                                       )
Plaintiff,                             )
                                       )
vs.                                    ) No. 2:13-cv-00491
                                       )
CERBERUS CAPITAL MANAGEMENT,           )
*et al.*,                              )
                                       )
Defendants.                            )

## ORDER

This matter is before the Court on the "Cherberus Defendants' Motion to Strike Plaintiff's Notice to The Court of Chrysler Ignition Switch Recall and Rico Case Statement," filed by Defendants, Cerberus Capital Management, LP, Robert Nardelli, and Stephen Feinberg ("Cerberus Defendants"), on August 1, 2014 (DE #79). For the reasons stated below, the motion (DE #79) is **GRANTED in PART** and **DENIED in PART**. The Motion is **GRANTED** as to the Notice of Recall and the Clerk is **ORDERED** to **STRIKE** the "Notice to the Court of Chrysler Ignition Switch Recall" (DE #77). The Motion is **DENIED** as to the "Rico Case Statement" (DE #78), and that shall remain on the docket and given whatever weight the Court deems appropriate.

On July 31, 2014, pro se Plaintiff, Robert Holland, filed a notice to the Court of Chrysler Ignition Switch Recall (DE #77) and

RICO Case Statement (DE #78).  The notice (DE #77) purports to relate to a recall notice issued by Chrysler concerning 2005-2007 Jeep Grand Cherokees and 2006-2007 Jeep Commander vehicles.  However, the complaint in this case alleges that Plaintiff purchased a "Chrysler 300 vehicle," which he also refers to as a "2006 Chrysler 300."  (DE #1, ¶¶ 52, 55, 59, 61-62, 73-74, 77, 79, 81, 86, 93, 102, 106, 109-11.)  Neither the complaint nor any other pleadings refer to a 2005-2007 Jeep Grand Cherokee or 2006-2007 Jeep Commander.  Thus, the recall notice (DE #77) is unrelated to Plaintiff's allegations, immaterial, and is **STRICKEN**.

Regarding the Rico Case Statement (DE #78), Plaintiff states it is "intended as a Response to the Motion to Dismiss filed by all the Defendants in this case."  (DE #78, p. 1.)  There have been 4 separate motions to dismiss filed in this case (DE ##28, 57, 69, 70).  Plaintiff previously filed responses to the motions to dismiss filed by the Cerberus Defendants and the Bosak Defendants in this case (DE ##58, 67), and therefore this Court will not consider this document in ruling on the Bosak Defendants and Cerberus Defendants' motions because the Rico Case Statement simply reiterates Plaintiff's arguments in his already filed responses to the Cerberus Defendants and Bosak Defendants' motions to dismiss and is thus redundant, and not allowable under Local Rule 7-1.  However, Kimberly Johnson and TD Auto Finance, LLC, Successor in interest to Chrysler Financial LLC, filed motions to dismiss on

July 24, 2014 (DE ##69, 70), and treated the Rico Case Statement as a response by Plaintiff to their motions to dismiss (DE #81), thus the Court will not strike this document from the docket, but will give it the weight this Court considers due in ruling upon the Kimberly Johnson and TD Auto Finance, LLC's motions to dismiss.


**DATED: September 15, 2014**         **/s/ RUDY LOZANO, Judge**
                                      **United States District Court**

3