```
             IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF INDIANA
                        HAMMOND DIVISION
```

```
ROBERT HOLLAND                   )
                                 )
Plaintiff,                       )
                                 )
vs.                              ) No. 2:13-cv-00491
                                 )
CERBERUS CAPITAL MANAGEMENT,     )
et al.,                          )
                                 )
Defendants.                      )
```

## ORDER

This matter is before the Court on the: (1) "Request for Clerk's Entry of Default Judgment," filed by pro se Plaintiff, Robert Holland, on June 19, 2014 (DE #37); (2) "Motion for Final Judgment Sum Certain," filed by pro se Plaintiff, Robert Holland, on June 25, 2014 (DE #45); (3) "Request for Default Judgment Sum Certain by the Clerk of the Court," filed by pro se Plaintiff Robert Holland, on July 29, 2014 (DE #71); and (4) "Request for Default Judgment by the Court," filed by pro se Plaintiff, Robert Holland, on July 29, 2014 (DE #72).  As set forth below, the "Request for Default Judgment by the Court" (DE #72), is **DENIED**. The other motions for default judgment (DE ##37, 45, and 71) are **TAKEN UNDER ADVISEMENT**.  Holland is **ORDERED** to file a memorandum on or before **September 30, 2014**, showing why he has perfected service upon Paul Davis, Bull Dog Towing, and the CEO of Bull Dog

Towing, in accordance with Federal Rule of Civil Procedure Rule 4(e) and 4(h).

The "Request for Default Judgment by the Court" (DE #72), filed by Holland on July 29, 2014, requests default judgment against Defendants Chrysler and Paul Davis. Chrysler filed a motion to dismiss on the same day, July 29, 2014 (DE #69), thus this motion (DE #72) is **DENIED.**

Holland also filed a "Request for Default Judgment Sum Certain by the Clerk of the Court," on July 29, 2014 (DE #71), requesting default judgment on Defendant, Paul Davis. Paul Davis has not appeared in this case. However, this Court has reviewed the returned summons (DE #16), and notes that it was addressed to Paul Davis c.o CEO Chrysler, 2777 Inkster Road, Farmington Hills, Michigan 48334, and received by a "Janet Hicks" on May 27, 2014. (DE #16). The complaint alleges that Paul Davis was a part of the Supervisor Chrysler Customer Assistance Team. (DE #1, ¶ 13.) Yet, a search of the 277 Inkster Road address revealed that is associated with Daimler Chrysler Insurance. Holland is **ORDERED** to file a memorandum on or before **September 30, 2014**, showing why he has perfected service upon Paul Davis in accordance with Federal Rule of Civil Procedure Rule 4(e).

Holland also filed a "Request for Clerk's Entry of Default Judgment" (DE #37) and "Motion for Final Judgment" (DE #45), requesting the entry of default and default judgment against

Defendants Bull Dog Towing and the CEO of Bull Dog Towing.  The summons for Bull Dog Towing was sent by certified mail to "Owner/CEO Bull Dog Towing, 641 Joliet Street, Dyer, IN 46311," and received and signed by an "L. Clubb" on May 23, 2014 (DE #9) and the summons for the CEO of Bull Dog Towing was addressed to: "owner/CEO Bull Dog Towing," 641 Joliet Street, Dyer, IN 46311, and signed and received by "L. Kosiara." (DE #10.)  Holland is **ORDERED** to file a memorandum on or before **September 30, 2014**, showing why he has perfected service upon Bull Dog Towing and the CEO of Bull Dog Towing in accordance with Federal Rule of Civil Procedure Rule 4(e) and 4(h).


**DATED: September 16, 2014**          /s/ RUDY LOZANO, Judge
                                       **United States District Court**