UNITED STATES DISTRICT COURT
FOR THE USDC Northern Indiana
HAMMOND DIVISION

Robert Holland

                    Plaintiff,

v.                                             Case No.: 2:13–cv–00491–RL–JEM

                                                     Judge Rudy Lozano

Stephen Feinberg, et al.

                    Defendant.

## **CLERK'S ENTRY OF DEFAULT**

      Default is hereby entered against defendant(s)

            Bull Dog Towing and CEO of Bull Dog Towing ,

for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure 55(a).

Date:  October 9, 2014        Sincerely,

                                        ROBERT N. TRGOVICH, CLERK

                                        By:  s/   Ruth M Nagy
                                              Deputy Clerk