FILED

# UNITED STATES DISTRICT COURT
# FOR THE SEVENTH CIRCUIT
# HAMMOND DIVISION

ROBERT HOLLAND, )
    Plaintiff – Appellant )
 )
VS. ) District Court Case No.: 2:13-CV-00491
 )
CERBERUS CAPITAL )
MANAGEMENT, LLP, et al, )
    Defendants – Appellees. )

### REQUEST FOR THE COURT TO ISSUE AN ORDER
### FOR THE DEFENDANTS TO REMOVE DAMAGING CREDIT INFORMATION
### FROM THE CREDIT REPORTING AGENCIES

    Comes now the Plaintiff, Robert Holland, Pro Se, and files this Request for the Court to Issue an Order for the Defendants to Remove only Damaging Credit Information from the Credit Reporting Agencies after the hearing on damages is held in this case pursuant to Federal Rule of Civil Procedure 54, 55, 56 and 58. In support of this Motion the Plaintiff Robert Holland states that Chrysler has placed damaging credit information on his credit report. (See Credit report of Robert Holland submitted at the damages hearing held in this case. Dk #32

Respectfully Submitted,

_Robert M. Holland III_

Robert Holland, Pro Se
1120 Baker Street
Gary, Indiana 46404
TEL (219) 944-2323

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF INDIANA

**CERTIFICATE OF SERVICE**

I certify that on the 4th day of November, 2014, service of a true and complete copy of the above and foregoing pleading or paper was made upon:

**The Clerk of the Court**, United States District Court, 5400 Federal Plaza, Hammond, IN 46320
**Judge Rudy Lozano**
7th Circuit District Court Judge
Northern District of Indiana, Hammond Division
5400 Federal Plaza, Hammond, Indiana 46320
TEL (219) 852-6700

**Jason R. Barclay and Mark D. Stuann**, Barnes & Thornburg, LLP, 11 South Meridian Street, Indianapolis, IN 46204
Attorneys for Defendants Cerberus Capital Management, LP, Stephen Feinberg (CEO of Cerberus Capital Management, LP), and Robert Nardelli (CEO of Cerberus O & AC, LLC)
TEL (317) 231-7250

**Howard Godnick and Joshua Schonauer**, Schulte, Roth & Zabel, LLP, 919 Third Avenue, New York, New York 10022
Attorneys for Defendants Cerberus Capital Management, LP, Stephen Feinberg (CEO of Cerberus Capital Management, LP), Robert Nardelli (CEO of Cerberus O & AC, LLC), Chrysler Financial, LLC (aka TD Bank, Group (N.A.))
TEL (212) 593-5955

**James P. Buchholz**, 127 W. Berry Street, Suite 1200, Fort Wayne, Indiana 46802
Attorney for Bosak Motors Auto Dealership, Mr. & Mrs. Skip Bosak (Owners of Bosak Motors Auto Dealership), John Schultheis (General Manager, Bosak Motors), Jonathan Jeffries (Service Manager, Bosak Motors)
TEL (260) 426-0545

**James Todd**, Weltman, Weinberg & Reis Co., LPA, 525 Vine St., Suite 800, Cincinnati, Ohio 45202
Attorney for Chrysler Financial, LLC and Kimberly Johnson (Chrysler Financial Collections/Repossession Unit)
TEL (513) 723-2200

**Rosemary Taft-Milby**, Weltman, Weinberg & Reis Co., LPA, 323 W. Lakeside Avenue, Suite 200, Cleveland, OH 44113
Attorney for Chrysler Financial, LLC and Kimberly Johnson (Chrysler Financial Collections/Repossession Unit)
TEL (513) 723-2200

**Robert Holland**, Pro Se, Plaintiff, 1120 Baker Street, Gary, Indiana 46404
TEL (219) 427-4582

\_\_\_\_X\_\_\_\_\_   By depositing in the U.S. Mail properly addressed and with sufficient first class postage affixed or the federal electronic filing system at the office of the clerk.
_____   By personal delivery or fax.

*/s/ Robert M. Holland*
Robert M. Holland III, Pro Se