# Schulte Roth & Zabel LLP

919 Third Avenue
New York, NY 10022
212.756.2000
212.593.5955 fax

www.srz.com

| | |
|---|---|
| Howard O. Godnick<br>212.756.2220<br>Writer's Direct Number<br>212.756.2220 | Writer's E-mail Address<br>howard.godnick@srz.com<br>Writer's E-mail Address<br>Howard.Godnick@srz.com |

November 11, 2014

The Honorable Rudy Lozano
U.S. District Court, Northern District of Indiana
5400 Federal Plaza
Suite 4300
Hammond, IN 46320

Re: <u>Holland v. Cerberus Capital Management, *et al.* No. 2:13-cv-00491</u>

Dear Judge Lozano:

      We represent defendants Cerberus Capital Management and Messrs. Feinberg and Nardelli in the referenced matter (collectively, the "Cerberus Defendants").

      At a hearing before Your Honor on Tuesday, November 4th, the Court indicated that it was inclined to dismiss Mr. Holland's action for, among other reasons, failure to adequately plead the essential elements of a federal or state RICO claim. Your Honor stated at the hearing that, while you were still considering the matter, you anticipated issuing a decision within the next 30 to 45 days.

      Since that hearing, Mr. Holland has filed and served a number of papers with the Court. *See Docket Entries* 99, 100, 101. While the filings seem to be directed, primarily, at the defaulting defendants, in a few instances the papers filed by Mr. Holland make reference to "defendants" generally. In light of the already robust record before the Court on this matter, and given the Court's expressed inclinations with respect to the disposition of the case – particularly as it relates to the Cerberus Defendants – we see no further utility in responding to Mr. Holland's latest filings, other than to note that he has articulated no basis for any relief against the Cerberus Defendants.

DOC ID - 22102185.1

The Honorable Rudy Lozano
November 11, 2014
Page 2

        Of course, we stand ready to fully address any of these new issues in writing, if the Court so prefers.

                                        Respectfully submitted,

                                        Howard O. Godnick

cc:     Robert Holland (via USPS)
          James P. Buchholz, Esq. (via ECF filing system)
          Mark D. Stuaan, Esq. (via ECF filing system)
          Jason R. Barclay, Esq. (via ECF filing system)
          James J. Todd, Esq. (via ECF filing system)
          Michael P. Herzoff, Esq. (via ECF filing system)
          Rosemary Taft-Milby, Esq. (via ECF filing system)