AO 450 (Rev. 01/09)  Judgment in a Civil Action

UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

ROBERT HOLLAND
              Plaintiff(s)

v.               **Civil Action No.** 2:13-cv-491

STEPHEN FEINBERG, *CEO Cerberus Management LP*
ROBERT NARDELLI, *CEO of Cerberus O&AC LLC*
CHRYSLER FINANCIAL LLC *TD Bank Group NA*
*agent of Toronto-Dominion Bank*
PAUL DAVIS *Supervisor Chrysler Customer Assistance Team*
KIMBERLY JOHNSON, *Chrysler Financial Collections/Repossession Unit*
BOSAK MOTORS AUTO DEALERSHIP
SKIP BOSAK *Mr Owner of Bosak Motors Auto Dealership*
MRS BOSAK *Owner of Bosak Motors Auto Dealership*
JOHN SCHULTHEIS *General Manager Bosak Motors*
JONATHAN JEFFRIES *Service Manager Bosak Motors*
MIKE GRZBOWSKI *Salesman Bosak Motors*
BULL DOG TOWING
CERBERUS CAPITAL MANAGEMENT LP
CEO OF BULL DOG TOWING
NEW CHRYSLER CORPORATION *CEO*
OLD CHRYSLER CORPORATION *CEO*
              Defendant(s)

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐  the plaintiff _____
recover from the defendant _____ the amount of _____
_____ dollars $_____, which includes prejudgment interest at the rate of _____% plus post-judgment interest at the rate of _____ % along with costs.

☐  the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____.

√  Other:

The federal claims against defendants, Cerberus Capital Management, LP, Stephen Feinberg, and Robert Nardelli, are DISMISSED WITH PREJUDICE and the state claims are DISMISSED WITHOUT PREJUDICE.  The federal claims against defendants, Bosak Motors Auto Dealership,

Mr. and Mrs. Skip Bosak, John Schultheis, Jonathan Jeffries, and Mike Grzbowski are DISMISSED WITH PREJUDICE and the state claims are DISMISSED WITHOUT PREJUDICE. The federal claims against Defendants, Kimberly Johnson and TD Auto Finance LLC, Successor in interest to Chrysler Financial LLC, are DISMISSED WITH PREJUDICE and the state claims are DISMISSED WITHOUT PREJUDICE.   The federal claims against defendants, Paul Davis, Bull Dog Towing, and the CEO of Bull Dog Towing, are DISMISSED WITH PREJUDICE and the state claims are DISMISSED WITHOUT PREJUDICE.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

✓ decided  by Judge Rudy Lozano on motions to dismiss.


DATE:   11/18/2014                                    ROBERT TRGOVICH, CLERK OF COURT

                                                              /s/ RMNagy
                                                      by _____
                                                          *Signature of Clerk or Deputy Clerk*