# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | |
|---|---|
| ROBERT HOLLAND )<br>    Plaintiff, )<br> )<br>vs. )<br> )<br> ) Cause No.: 2:13-CV-491<br>Cerberus Capital Management, LP, )<br>Stephen Feinberg (CEO Cerberus Capital )<br>Management, LP), Robert Nardelli (CEO of Cerberus)<br>O & AC, LLC), CEO New Chrysler Corporation, )<br>CEO Old Chrysler Corporation, )<br>Chrysler Financial, LLC (TD Bank, Group (N.A.)), )<br>Paul Davis, (Supervisor Chrysler Customer )<br>Assistance Team), Kimberly Johnson (Chrysler )<br>Financial Collections/Repossession Unit), )<br>Bosak Motors Auto Dealership, )<br>Mr. & Mrs. Skip Bosak (Owners of Bosak Motors )<br>Auto Dealership), John Schultheis (General Manager)<br>Bosak Motors), Jonathan Jeffries (Service Manager )<br>Bosak Motors), Mike Grzbowski (Salesman Bosak )<br>Motors), CEO of Bull Dog Towing and Bull Dog )<br>Towing. )<br>    Defendants. ) | |

## MOTION FOR SUMMARY JUDGMENT

Comes now the Plaintiff Robert Holland and files this Motion for Judgment on the Pleadings and Summary Judgment pursuant to Federal Rules of Civil Procedure 12(c), 54, 56 and 58 against the Defendants Bull Dog Towing, CEO of Bull Dog Towing and Paul Davis. There is no genuine issue of a material fact and the Plaintiff is entitled to a judgment as a matter of law. (Dc #53)

Sincerely,

*[signature]*

Robert Holland, Pro Se

1120 Baker Street

1

Gary, Indiana 46404

TEL (219) 944-2323

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF INDIANA

### CERTIFICATE OF SERVICE

I certify that on the 19th day of November, 2014, service of a true and complete copy of the above and foregoing pleading or paper was made upon:

**The Clerk of the Court**, United States District Court, 5400 Federal Plaza, Hammond, IN 46320
**Judge Rudy Lozano**
7th Circuit District Court Judge
Northern District of Indiana, Hammond Division
5400 Federal Plaza, Hammond, Indiana 46320
TEL (219) 852-6700

**Jason R. Barclay and Mark D. Stuann**, Barnes & Thornburg, LLP, 11 South Meridian Street, Indianapolis, IN 46204
Attorneys for Defendants Cerberus Capital Management, LP, Stephen Feinberg (CEO of Cerberus Capital Management, LP), and Robert Nardelli (CEO of Cerberus O & AC, LLC)
TEL (317) 231-7250

**Howard Godnick and Joshua Schonauer**, Schulte, Roth & Zabel, LLP, 919 Third Avenue, New York, New York 10022
Attorneys for Defendants Cerberus Capital Management, LP, Stephen Feinberg (CEO of Cerberus Capital Management, LP), Robert Nardelli (CEO of Cerberus O & AC, LLC), Chrysler Financial, LLC (aka TD Bank, Group (N.A.))
TEL (212) 593-5955

**James P. Buchholz**, 127 W. Berry Street, Suite 1200, Fort Wayne, Indiana 46802
Attorney for Bosak Motors Auto Dealership, Mr. & Mrs. Skip Bosak (Owners of Bosak Motors Auto Dealership), John Schultheis (General Manager, Bosak Motors), Jonathan Jeffries (Service Manager, Bosak Motors)
TEL (260) 426-0545

**James Todd**, Weltman, Weinberg & Reis Co., LPA, 525 Vine St., Suite 800, Cincinnati, Ohio 45202

Attorney for Chrysler Financial, LLC and Kimberly Johnson (Chrysler Financial Collections/Repossession Unit)
TEL (513) 723-2200

**Paul Davis**

**CEO of Bull Dog Towing and Bull Dog Towing**
**Robert Holland**, Pro Se, Plaintiff, 1120 Baker Street, Gary, Indiana 46404
TEL (219) 427-4582

    __X__     By depositing in the U.S. Mail properly addressed and with sufficient first class postage affixed or the federal electronic filing system at the office of the clerk.

    _____     By personal delivery or fax.


_____
Robert M. Holland III, Pro Se