

-FILED-

DEC 03 2014

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF INDIANA

## HAMMOND DIVISION

| | |
|---|---|
| ROBERT HOLLAND )<br>    Plaintiff, )<br> )<br>vs. )<br> )<br>Cerberus Capital Management, LP, )<br>Stephen Feinberg (CEO Cerberus Capital )<br>Management, LP), Robert Nardelli (CEO of Cerberus)<br>O & AC, LLC), CEO New Chrysler Corporation, )<br>CEO Old Chrysler Corporation, )<br>Chrysler Financial, LLC (TD Bank, Group (N.A.)), )<br>Paul Davis, (Supervisor Chrysler Customer )<br>Assistance Team), Kimberly Johnson (Chrysler )<br>Financial Collections/Repossession Unit), )<br>Bosak Motors Auto Dealership, )<br>Mr. & Mrs. Skip Bosak (Owners of Bosak Motors )<br>Auto Dealership), John Schultheis (General Manager)<br>Bosak Motors), Jonathan Jeffries (Service Manager )<br>Bosak Motors), Mike Grzbowski (Salesman Bosak )<br>Motors), CEO of Bull Dog Towing and Bull Dog )<br>Towing. )<br>    Defendants. ) | Cause No.: 2:13-CV-491 |

## SUPPLEMENT TO THE MOTION TO CORRECT ERRORS AND SET ASIDE THE JUDGMENT OF NOVEMBER 18, 2014

**INTRODUCTION**

Comes now the Plaintiff Robert Holland and files this Supplement to the Motion to Correct Errors and Set Aside the Judgment of November 18, 2014 pursuant to Federal Rules of Civil Procedure 54, 55, 56, 58, 59 and 60. (DE #53 the Frowe Rule)(DE #99)  This Supplement is to give to the Court the missing pages of Exhibit B in Section **X. The Injury by Control of An Interest in a RICO Enterprise 18 U.S.C. § 1962(b)**

The Cerberus Defendants have violated the Hobbs Act by their extortive and coercive control an interest in a RICO enterprise.(DE #1 P. 10 Par. 44-50)  The Cerberus Defendants have violated the Hobbs Act and in addition may have possibly violated an obstruction of

1

justice statute by preventing employees and agents from disclosing their extortive and coercive

actions. Also, a RICO claim may also be predicated on the extortionate credit transactions (18

U.S.C. §§ 891-894). **Liquid Air Corp vs. Rogers, 834 F.2d 1297 (7th Cir. Ct. App. 1987);**

**Midwest Grinding; ADMISSIBLE EVIDENCE PROVING RICO Enterprise 18 U.S.C.**

**§ 1962(b)** (DE #1, #32, #45 #46, #99 and **EXHIBIT B** – Auto Dealers Forced Out) (Also see

above and DE # 99, 100 and 101)  The missing articles in Exhibit B are "Nardelli Frustrated

With Pace of Change at Chrysler", "Chrysler to cut 25 percent of work force", "Chrysler

Forcing Some Dealers Out Of Business, Racist?" , "Chrysler to let 50 dealers rejoin sales

network", "Chrysler Dealers Find Barriers to Re-entry" and "CEO's approach at Chrysler

mirrors his at Home Depot" (Where Nardelli was put out under a cloud of impropriety).

*and extortion.*

**These articles explain the extortive and coercive control of Cerberus Capital**

**Management, LP, through the appointment of Robert Nardelli as CEO of Chrysler,**

**LLC, over agents, dealers, suppliers and employees.**   Specifically, Chrysler Dealers were

put out of business selectively, if they did not agree to the enterprise demands. *( DE#1 P. 13 Par. 49+5i*

*And P.9 Par. 69-70)*

Respectfully Submitted,

Robert M. Holland III
Plaintiff, Pro Se
1120 Baker Street
Gary, Indiana 46404
TEL (219) 427-4582

*Robert Nardelli investor/owner*
*And executive at Cerberus*
*Capital Management, LP*
*took moneys obtained through*
*racketeering at Office Depot*
*And Cerberus Capital Management*
*used these moneys to acquire*
*And control Chrysler, LLC*
*in violation of 18 USCS*
*1962 (a) and 18USCS 1962*

*(DE#1 P.10-13 Par. 32(-50) →*
*(DE#1 P.29-32 Par. 147-186) →*

# Nardelli Frustrated With Pace of Change at Chrysler

*Nov 26, 2008* **Eric Mayne | *WardsAuto***

"There's probably not a manufacturer that we haven't talked to about platforms or how might we take advantage of capacity at each other's facilities," Nardelli says.

AUBURN HILLS, MI – Be careful what you wish for. It might come true.

Either Robert Nardelli has never heard this caution, or he is unfazed by it. Because Chrysler LLC's top executive says the current economic crisis represents "the kinds of things CEOs look for" when they accept an assignment.

"They look for the challenge," he says, conveying a sense of optimism that belies Chrysler's fragile position in a crumbling U.S. industry.

This time last year, the former Home Depot CEO and General Electric Power Systems chief was just getting comfortable in his new skin, having been handpicked to lead Chrysler by the auto maker's



new owner, Cerberus Capital Management LP.

**"We are where we are," Chrysler Chairman and CEO Robert Nardelli says.**

Within weeks Nardelli already had presided over a painful restructuring that slashed production 10.1%, hacked about 10,000 names from hourly and salaried payrolls and chopped four slow-selling models from the auto maker's lineup.

"We were taking what we thought was a very aggressive, conservative view of 2008," he tells *Ward's* in a wide-ranging interview. "We were much more conservative than the industry average and some of the other manufacturers."

Chrysler's forecast of a 15.5 million-unit industry undercut by 500,000 the assumptions of

others. "Through the first quarter, we looked very smart," he says.

Then the banking industry collapsed, accompanied by a staggering escalation in gasoline prices that panicked consumers and killed, once and for all, the high-margin large SUV and personal-use pickup market.

As a result, the seasonally adjusted annual rate of sales plunged below 11 million units – the lowest level in nearly 25 years, according to *Ward's* data.

And through October, just three of Chrysler's 14 plants could boast capacity utilization at or above 70%, a sharp contrast to like-2007's performance, when half of the auto maker's plants met that benchmark, according to *Ward's*.

Fast-forward to this day, in the conference room just outside Nardelli's office, where he declares he would have accepted the Chrysler job even if he had known the bottom would fall out.

"I don't look back and kick the dirt and say, 'Gee, ain't it awful?'" he says. "I'm frustrated because we have so many good things going."

They include an ambitious electric-car program and a redesigned Dodge Charger sedan that "will blow you away," Nardelli reveals.

But these things will see the light of a different day at Chrysler.

 "Will we be able to run the company in the traditional fashion? The answer is, no," he says. "We need to change the way we operate internally. We're going to have to have a broader span of control. We're going to have to have fewer levels in the organization.

"We're going to have to be much more focused and do a lot more prioritization on what are the programs that are going to drive the immediacy of cash return and liquidity. We'll have to make some tough calls on some on some of the programs we have in the pipeline for 2013-15."

As the smallest of Detroit's auto makers, and the only one without a significant global footprint to leverage cost, Chrysler is hedging its bets.

"I can't put a chip on every technology," Nardelli says. "So from my experience, having run a power business for five years, the (U.S.) infrastructure is best-suited to handle electric. Whether you use your household 110 (voltage) or your dryer 220, to me, if you have a shot at trying to be compliant with (fuel-economy mandates) and maybe having consumer acceptance, I think it's going to be on the electric vehicle. That's where I did put our bet for Chrysler."

The auto maker surprised industry observers in September when it rolled out a trio of electric concept vehicles – a fully electric Dodge-brand sports car, as well as a Chrysler minivan and Jeep Liberty SUV powered by electric motors whose batteries were recharged by small gasoline engines called range-extenders.

The auto maker promises to market one of the three by 2010, but Nardelli does not tip his hand about which one it will be. He boasts about the sports car's performance, but adds "the other two we put out there with the range-extender that get you close to 400 miles (640 km) on eight gallons (36L) of gas, (they are) a pretty good bet."



**Chrysler minivan equipped with electric range-extender**

The way the vehicles were engineered also point to a frugal approach of which Nardelli is proud.

"The subtlety of our strategy should not be missed," he says. "I could have spent $1 billion on a new platform. Or I could have spent the money on the technology and install it into existing vehicles to get out there sooner. That's the road we chose."



He bristles at industry whispers that Chrysler engineers pulled an all-nighter so executives could dazzle media with a smoke-and-mirrors demonstration.

"I can assure you it wasn't an all-nighter," Nardelli says, adding a backhanded swipe at the Chevrolet Volt, a planned model-year '10 electric vehicle that General Motors Corp. has kept under close watch. "We did have a group of journalists driving our vehicles. These weren't just your typical auto show, roll-on-the-stage-and-hold-your-breath (vehicles)."

Expect Chrysler also to offer another glimpse of its future at next month's North American International Auto Show in Detroit, where the results of its connected-cockpit development work will be unveiled, Nardelli says. Earlier this year, the auto maker established a team to work specifically on vehicle cockpits.

For all Chrysler's optimism, however, it has seen the derailment of several significant product programs. Plans to build a Jeep Grand Cherokee SUV featuring Mercedes-brand Bluetec advanced diesel technology have been delayed, while production of its first hybrid-electric vehicles – versions of the Dodge Durango and Chrysler Aspen SUVs – will end Dec. 31, just four months after Job One.

The HEV production halt coincides with the accelerated closure of Chrysler's assembly plant in Newark, DE. But the auto maker has said it has more hybrids in its pipeline.

In addition, plans to introduce a U.S.-market vehicle equipped with fuel-saving, dual-clutch technology were scuttled after Chrysler sued supplier-partner Getrag GmbH & Cie KG, which subsequently filed for bankruptcy. *(putting suppliers out of business through extortive actions)*

Such developments don't bode well, in the near-term, for the auto maker's dealers. But Nardelli dispels any notion Chrysler is out to starve its store owners.

There is no "no cloak-and-dagger, clandestine strategy," he says. "The dealers are an extension of this company. Taking dealers out is not a strategic objective of ours."

A key part of Chrysler's ongoing strategy involves manufacturing partners, Nardelli adds, pointing to Nissan Motor Co. Ltd. as one example. The auto makers have a deal that will see Chrysler build pickups for Nissan and another that calls for Nissan to supply Chrysler will small cars.

"There's probably not a manufacturer that we haven't talked to about platforms or how might we take advantage of capacity at each other's facilities, whether it be for engine, whether it be for drivetrains, whether it be for axles," Nardelli says. "We're open to any of those things."

He describes the approach as "share to win."

Meanwhile, the United Auto Workers union, while supportive of Chrysler's management team, is wary of another partnership, having just extracted its members from a frustrating affiliation with Germany-based Daimler AG.

"We would prefer to go it alone," says General Holiefield, vice president of the UAW's Chrysler department.

But no growth can occur without a fundamental change in Chrysler's operations, or the overall business climate, warns industry analyst Joe Phillippi of New Jersey-based AutoTrends Inc.

"It's going to be really, really tough," Phillippi says. "Largely because the credit markets are still frozen, particularly as it relates to the car business. And consumer confidence is just, in a word, terrible."

Nardelli draws consolation from a deep-rooted belief that a turnaround is inevitable and the knowledge that Chrysler, reeling from a 37.7% year-over-year sales decline through October, according to *Ward's*, is not alone in its suffering.

"I don't think there's anyone immune from what we're seeing in this industry," Nardelli says, adding a caveat clearly aimed at Washington, where the fate of Detroit auto makers rests in the hands of politicians pondering emergency aid.

"My concern is I just hope that as a country, we understand the criticality of this industry. Depending on how you look at it, on the dealer basis they represent about 18% of retail sales in this country. If you look at it from the (Gross Domestic Product) standpoint, depending on how far down you go on the supply chain, it could be 3%, 4%, 5% of GDP.

"If you go all-in, we could be talking about literally millions of people depending on the auto industry for employment – not only direct employees, but suppliers, sub-tiers, all the transportation, etc."

Nardelli put a finer point on this scenario in his late-November testimony before the Senate Committee on Banking, Housing and Urban Affairs, projecting up to $400 billion in lost wages and $150 billion in lost government revenue. And his forecast for a Chrysler that does not receive financial aid is chilling.

Liquidity could fall "below the level necessary to sustain operations in the ordinary course," Nardelli testified. As a result, health-care coverage for retirees would be at risk, as well as $2 billion in annual pension payments to retirees and surviving spouses, $35 billion in annual business for suppliers and $6 billion in wages for 56,600 direct Chrysler employees.

"There's plenty of blame to go around," Nardelli tells *Ward's*. "But we are where we are. I believe there's an infinite capacity to improve upon everything you do."

How does Nardelli rate his performance as Chrysler CEO?

"We clearly have a vision," he says. "We clearly have alignment on execution. The subsets to that are putting together a product cadence, working on the quality, really stepping out on a leadership position on electric vehicles. The disappointment is not being able to do more, faster. We would be healthier."

emayne@wardsauto.com

# Chrysler to cut 25 percent of salaried work force

The Associated Press Published: October 24, 2008 7:00AM

DETROIT (AP) -- Chrysler LLC, whose owner has been in talks to sell the automaker to General Motors Corp., said Friday it will cut 25 percent of its salaried work force starting next month and warned that it will make more restructuring announcements soon.

CEO Robert Nardelli said the moves are being made as the company "works to find new ways to operate."

Chrysler, which has about 18,500 white-collar workers, said Friday it also will cut a quarter of its contract employees -- those who work for other companies under contract with the automaker.

About 5,000 people are likely to lose their jobs, although the company would not say how many contract workers it has.

Vice Chairman and President Tom LaSorda said Friday that sales projections for the rest of this year and in 2009 aren't looking good, and he indicated that more factory closures could be coming.

Chrysler's sales are down 25 percent through the first nine months of the year, the worst decline of any major automaker.

"We have to align our (factory) capacity with what's going on at retail," LaSorda said in an interview with Detroit radio station WWJ-AM. "And that's the tough decisions that we make. And of course, there's probably going to be more if it stays at this level."

About 45 management jobs will be cut at Chrysler's assembly plant in Toledo, Ohio, said Chrysler spokesman Ed Saenz. Chrysler also has plants in Perrysburg, a Toledo suburb, and Twinsburg in northeast Ohio.

On Thursday, Chrysler announced it will cut 1,825 jobs by eliminating one shift at a Toledo plant that makes the Jeep Liberty and Dodge Nitro and accelerating the closure of its sport utility vehicle factory in Newark, Del., because of the slowing global economy and a shift toward smaller vehicles.

The cuts are so dramatic that they likely spell the end for Chrysler as in independent company and could indicate it is preparing itself for sale, said Aaron Bragman, an auto analyst with the consulting company IHS Global Insight.

"Cutting fully one quarter of your staff is not the way to develop future vehicles," he said.

In a memo to employees, Chrysler CEO Bob Nardelli said the company will reduce capital expenditures and cut discretionary spending while protecting "all major product programs."

But Bragman said the size of the cuts likely means new product expenditures will be cut.

The company already has signed an agreement with Nissan Motor Co. to build a subcompact car for Chrysler and may be discussing a new midsize product with Nissan, Bragman said. Chrysler also has a deal with Chinese automaker Chery Automobile Co. to build a small cars.

"You can eliminate a large group of people if you're simply going to be buying it from someone else," Bragman said.

In a statement, Nardelli said the auto industry is going through "truly unimaginable" times.

"We continue to be in the most difficult economic period most of us can remember. The combination of troubled financial markets, difficult credit, volatile commodity prices, the housing crisis and declining consumer confidence continues to weigh on the economy. Never before have auto industry sales contracted at such a fast rate," he said.

The sales slump in the U.S., where Chrysler sells the bulk of its vehicles, showed up on the bottom line Thursday. Daimler AG's third-quarter earnings release showed a $154.5 million operating loss for its 19.9 percent share of Chrysler Holding LLC, indicating that Chrysler lost about $772.5 million in the second quarter.

Auburn Hills-based Chrysler is privately owned and does not have to report its earnings, but it issued a statement saying its second-quarter loss totaled $660 million when taking into account the differences between international and U.S. accounting standards. Chrysler said its automotive operations lost $570 million, with the rest of the loss attributable to Chrysler Financial.



In a memo to employees obtained by The Associated Press, Nardelli urged them to work hard to control expenses and said the company will have to move faster than it has in the past to restructure.

"We recognize that in order to strengthen our competitive capability, and reduce the time and cost to achieve our objectives, we cannot operate as we have in the past," he wrote. "In the near future, we will be making organizational announcements as a result of restructuring actions reflecting the need to find new ways to operate."

Chrysler's majority owner, New York private equity firm Cerberus Capital Management LP, has been talking to GM, the combined Nissan Motor Co.-Renault SA, and others about a possible sale or merger, or Chrysler could be sold in pieces to other companies, according to people briefed on the discussions. The people have asked not to be identified because the talks are private.

Meanwhile, Cerberus has said it's in talks with Daimler to buy the German company's remaining stake in Chrysler.

# Chrysler to cut 25% of salaried work force

DETROIT

**USA TODAY**

Chrysler says it will cut 25% of its salaried work force starting next month.

CEO Robert Nardelli says the moves are being made as the company "works to find new ways to operate."

Chrysler, which has about 18,500 white-collar workers, also will cut a quarter of its contract employees — those who work for other companies under contract with the automaker.

About 5,000 workers are likely to lose their jobs, although the company would not say how many contract workers it has.

Vice Chairman and President Tom LaSorda said Friday that sales projections for the rest of this year and in 2009 aren't looking good, and he indicated more factory closings could be coming.

"We have to align our (factory) capacity with what's going on at retail," LaSorda said in an interview with Detroit radio station WWJ-AM. "And that's the tough decisions that we make. And of course, there's probably going to be more if it stays at this level."

On Thursday, Chrysler announced it will cut 1,825 jobs by eliminating one shift at a Toledo, Ohio, Jeep plant and accelerating the closure of its sport-utility vehicle factory in Newark, Del., because of the slowing global economy and a shift toward smaller vehicles.

"These are truly unimaginable times for our industry," Nardelli said. "We continue to be in the most difficult economic period most of us can remember. The combination of troubled financial markets, difficult credit, volatile commodity prices, the housing crisis and declining consumer confidence continues to weigh on the economy. Never before have auto industry sales contracted at such a fast rate," he said.

Chrysler's sales are down 25% the first nine months of the year, worst decline of any major automaker.

In a memo to employees obtained by The Associated Press, Nardelli urged them to work hard to control expenses. The company, he said, will eliminate some discretionary expenses and cut back others. Details would be coming through managers, the memo said.

"As an additional cost savings measure, we also will be reducing capital expenditures, but I assure you that we are protecting all major product programs," Nardelli wrote.

He also said the company will have to move faster to restructure.

"We recognize that in order to strengthen our competitive capability, and reduce the time and cost to achieve our objectives, we cannot operate as we have in the past," he wrote. "In the near future, we will be making organizational announcements as a result of restructuring actions reflecting the need to find new ways to operate."

Chrysler's owner, Cerberus Capital Management, is in talks to sell the company or merge with another. Discussions are underway with General Motors Corp. and the combined Nissan Motor Co. and Renault SA.

# Chrysler Forcing Some Dealers Out Of Business, Racist?



**Uploaded on Apr 7, 2009**

Chrysler Forcing Some Dealers Out Of Business, Racist? Only African American Chrysler Jeep Dealer being targeted by Chrysler? Chrysler is trying to force his successful dealership out of business that he has owned for 11 years. The owner of Webster Chrysler Jeep also owns a Ford dealership in Webster and is not having any problems with Ford.

It saddens me it's come to this, said Randy Henderson. Henderson has owned Webster Chrysler Jeep for 11 years, and has worked with Chrysler for 20 years. Henderson also owns a Ford dealership in Webster. Last year, Henderson said Chrysler asked him to consider selling the dealership, even though it was on solid financial ground. In the following months, Henderson said he was subjected to strong-arming tactics designed to get him to "force him to" shut his doors. 

Henderson said he met Chryslers escalating demands, which included securing more capital. But in August, Henderson said Chrysler froze his line of credit. It was a devastating blow, as car dealers often rely on lines of credit for inventory, advertising and payroll. It's very difficult, particularly for our staff. We've had to downsize and our staff is half of what it was earlier this year, said Henderson, adding that he cut his staff from 45 to 25. Henderson has an additional claim, which accuses Chrysler of targeting him because he is an African American. I'm the only African American Chrysler dealer when I look around the northeast business center, Henderson said. I'm not hearing that everyone is being treated the same way.

Chrysler did not immediately return a request for comment. Henderson said hes going to try to hang on as long as he can. I absolutely believe the Big Three are the backbones of this country, he said. We intend to continue plugging and intend to keep our operation going, but it does make it very challenging.

# Chrysler to let 50 dealers rejoin sales network

TOM KRISHER/AP Auto Writer Published: March 26, 2010 12:42PM

DETROIT (AP) - If your local Chrysler dealer was forced out of business by the company last year, it could soon be selling new cars again.

Chrysler Group LLC said Friday it is offering to reinstate 50 of the 789 dealers that it previously tried to drop while it was making its way through Chapter 11 bankruptcy protection.

The 50 Chrysler dealers, which the company would not identify, are in areas that can offer service to customers without hurting the remaining stores in its network of 2,334 dealers selling Chrysler, Dodge and Jeep vehicles in the U.S., the company said. The dealers being offered reinstatement have not yet been notified of the company's decision, a spokeswoman said.

The 50 dealers were among 418 that sought arbitration to appeal the automaker's decisions to terminate their franchise agreements. Congress passed a law in December requiring an appeals process for General Motors Co. and Chrysler dealers whose franchises were revoked by the companies.

The move is another sign that GM and Chrysler are easing up on plans to thin their dealership ranks after Congress passed a law that requires arbitration to settle disputes.

Chrysler had earlier offered franchises back to 36 other dealers whose contracts were terminated.

In addition, Chrysler said it is discussing "mutually beneficial alternatives" with the remaining dealers who have filed for arbitration. A spokeswoman said the alternatives could include reinstatement.

Chrysler is reinstating the 50 dealers because it knows that it will lose those cases during arbitration hearings, said Sheldon Sandler, managing director of Bel Air Partners, a Princeton, N.J., firm that helps car dealers find options when they want out of the business.

"Maybe someone just woke up and realized that they were making a huge mistake, particularly with those dealers where they didn't have a competing car dealer," he said.

Sandler predicts more victories for dealers during arbitration hearings, contending that the process was flawed from the beginning.

Ethel Cook, part owner of Cook Jeep Chrysler in Little Rock, Ark., who lost her franchise last June, doesn't think she'll be among the 50 reinstated dealers because she's not in a market without a Chrysler dealer.

Still, she plans to fight in arbitration and in court if necessary, like many of the dealers.

"They're going to take me to the courthouse steps," said Cook, whose dealership has been in her family for five generations. "I don't think they have a case against me, either." 

Both GM and Chrysler said they needed to make the cuts to keep the remaining dealers healthy. That way, they can invest in better showrooms and more advertising and do less discounting. Dealers also were too close to one another, especially in metro areas, and often competed on price, the companies have said.

But many of the affected dealers said they were treated unfairly, and many protested to their U.S. senators and representatives.

Earlier this month, General Motors agreed to reinstate 661 dealers who faced franchise terminations. GM had been trying to drop some 2,000 dealers from its network. It plans to have about 4,100 Buick, Chevrolet, GMC and Cadillac dealers in the future.

About 1,160 GM dealers have appealed the loss of their franchises, including the 661 that were reinstated.

The negotiations could be more complicated for Chrysler than for GM, since GM hasn't closed its dealerships yet. Potentially, dealers who remained with Chrysler and were given the franchise agreements of dealers who were shut down could sue if the arbitrator decides to reverse Chrysler's decision.

# Chrysler Dealers Find Barriers to Re-entry



Jodi Hilton for The New York Times

Joe Lawlor decorated the lot of Westminster Dodge in Boston. The dealership was recently allowed to resume selling Dodge, Chrysler and Jeep vehicles.

*By NICK BUNKLEY*

*Published: August 6, 2010*



After a year of fighting Chrysler's decision to cast aside his dealership, Jim Bickford expected to be back running Westminster Dodge, the only Chrysler franchise in Boston.

Enlarge This Image



Jodi Hilton for The New York Times

Jim Bickford, owner of Westminster Dodge, said new restrictions may keep the dealership from selling new cars and trucks.


An arbitrator last month declared the dealership "a proven performer, with an experienced, enthusiastic and competent management team, which has earned the right to continue."

But Mr. Bickford is still not sure whether he will be able to return to selling new cars and trucks. Chrysler is offering to bring Westminster Dodge back aboard only if it meets a list of restrictions, undertakes immediate renovations — and if no nearby dealer objects.

"We won our case, let's move on," said Mr. Bickford, whose father began working at the dealership more than 50 years ago and bought it in 1977.

"I don't understand why they're playing such hardball. I really want to just be reinstated and go back to the way things were."


Dozens of Chrysler dealers who have won arbitration rulings against the carmaker are back 
in the hands of the same people who wanted them gone in the first place. And many of the dealers say Chrysler is not only refusing to extend a welcoming hand, but is imposing requirements more rigorous than many existing dealers must follow.

Chrysler says it is complying with the law passed in December by Congress that set up the arbitration process. A spokesman, Mike Palese, said the company could subject former dealers to the same terms imposed on first-time applicants because Chrysler was a new company after emerging last year from government-aided bankruptcy.

"There are expectations by these dealers that they should get what they had, but that is not what the law stipulates," Mr. Palese said. "We're just trying to follow the law and also

account for our business needs. We have a responsibility to the owners and to the U.S. taxpayers to create a viable company."

In addition to the 32 dealers who have won in arbitration, out of 789 cut over all, Chrysler in March offered 50 former dealers in rural areas the opportunity to come back. Twenty-one of them have accepted the offer, Mr. Palese said.

Mr. Palese said some of the dealers who had won in arbitration also accepted Chrysler's terms, but he declined to say how many. He said Chrysler was in talks with many of the dealers and was "very open to having a substantive discussion" if a dealer could present a "compelling reason" to negotiate the terms being offered.

Among the terms many returning dealers consider most unreasonable are requirements that their showroom be enlarged and updated to meet Chrysler's standards for selling all four brands, even if they sold only one or two, and a provision that lets Chrysler install a competing dealer nearby if it wishes.

A big question is why dealers would fight so hard to restore ties with a company that publicly tossed them aside and whose prospects remain uncertain. Chrysler's retail sales, which exclude bulk deliveries to businesses and governments, are down more than 25 percent since its bankruptcy, while other carmakers have increased retail sales.

In fact, some dealers wanted nothing more to do with Chrysler and instead sought compensation for losing their franchise.

Of the 418 former dealers who filed for arbitration against Chrysler, 150 settled privately, Mr. Palese said. The agreements are confidential, but people with direct knowledge of the terms said settlements averaged about $500,000.

Mr. Palese said 130 cases had been withdrawn or dismissed, and 108 had gone through the full arbitration process, with Chrysler prevailing in 76.

Some of the dealers who challenged their termination said they had devoted their entire careers to selling Chrysler vehicles and remained loyal to the company. For others, it was largely about trying to get back what they thought was rightfully theirs, as well as a feeling of obligation toward their employees, some of whom were laid off.

Pat Fitzgibbon, who won a ruling to regain his Dodge franchise in South Holland, Ill., a Chicago suburb, said he saw great potential for Chrysler as it focused on developing improved models.

"Down the road they're going to have some excellent products," said Mr. Fitzgibbon, who is in talks with Chrysler but has yet to accept the company's reinstatement terms. "Hopefully in three years they're going to really surprise the industry."

Mr. Fitzgibbon said he expected that rebuilding his customer base would require a "monumental" effort, just as fighting the company's decision to get rid of his dealership did.

"I probably spent a little bit of the boys' inheritance," he said. "We all suffered, but we got through it."

As the dealers struggle to undo their terminations, a government audit released in July questioned whether such a broad, rapid cutback was even necessary. The report, by the special inspector general of the Troubled Asset Relief Program at the Treasury Department, said the Chrysler closures and the 2,064 closures at General Motors might not have contributed to making either company more viable, and possibly hurt the economy more than they helped.

Chrysler disagreed. Mr. Palese said Chrysler remained confident that its "smaller, better-focused, more optimized dealer network" would lead to higher sales. Chrysler's sales in the United States during the last 12 months declined 7 percent, while overall industry sales were up 8 percent.

Jack Fitzgerald, who lost five G.M. dealerships and five Chrysler dealerships last year, said Chrysler had not learned the G.M. lesson: that fewer dealers means fewer sales. In March, G.M. offered reinstatement to 702 dealers, and its dealers have consistently praised the automaker as handling the process more humanely than Chrysler.

This week, G.M. said it settled with 408 dealers, and only 62 of the 1,176 dealers who filed for arbitration actually completed the process. It did not say how many prevailed. G.M. said it would have about 4,500 dealers going forward, roughly 400 more than it had planned during bankruptcy and 1,500 fewer than it did a year ago.

"General Motors is putting back dealers as quick as they can," Mr. Fitzgerald said. G.M. has voluntarily restored all five of Mr. Fitzgerald's franchises; in arbitration with Chrysler he won one case in Florida and lost four in Maryland.

Mr. Fitzgerald received Chrysler's list of conditions, known as a letter of intent, for the Florida dealership in early June, but he is still trying to work out a deal.

"It's literally impossible to come back the way Chrysler has set this up," Mr. Fitzgerald said. "I've seen dozens of letters of intent. I've never seen anything remotely like this."

Mr. Palese said Chrysler sent Mr. Fitzgerald and the other winning dealers its "usual and customary" letter of intent, as required by the law setting up the arbitration process. He said some of the requirements in the letters were related to state franchise laws, which Chrysler believes the arbitrators' rulings cannot supersede.



Last week, Chrysler filed a lawsuit asking a federal judge to rule on whether Michigan's franchise laws applied in the cases of two former dealers in the Detroit area who had won in arbitration.



"Chrysler's basically treating the dealers as if they're new and they've never heard of them," Leonard A. Bellavia, a lawyer who has represented many dealers during the arbitration process. "The intent behind reinstatement is you get to put on the same shoes before you were rejected."

*A version of this article appeared in print on August 7, 2010, on page B1 of the New York edition*

**Chrysler sale to Cerberus 2007–2009[edit]**



Second generation Chrysler Sebring sedan

# CEO's approach at Chrysler mirrors his at Home Depot 

## Execs say Nardelli moves fast, is changing culture

**By Tim Higgins**
DETROIT FREE PRESS

**February 9, 2008**

DETROIT – Think of it as "Nardelli: The Sequel."

Bob Nardelli, six months into his role as Chrysler's top executive, is following much of the same storyline from his days of running Home Depot.

Both at Home Depot and Chrysler, General Electric veteran Nardelli set out to rapidly change corporate culture by shaking up the top executive ranks and bolstering the role of the human resources department. He put greater emphasis on inventory management and customer satisfaction and on expanding global operations.

But like any sequel, there are some new twists and characters. And in this adventure, Nardelli hopes for a happier ending.

"What Nardelli is doing is applying lessons from GE first to Home Depot and then to Chrysler," said Peter Cappelli, a management professor at the Wharton School of the University of Pennsylvania.

JERRY MENDOZA / Associated Press
Republican presidential candidate Sen. John McCain (left) and Chrysler CEO Bob Nardelli toured the Detroit auto show last month. Nardelli, who formerly headed Home Depot, has made changes in his attempt to turn around the auto company.

"Every good executive has their own implicit system as to how things ought to work, and there are limits as to how much they can adjust it to circumstances and still feel like they know what they're doing," he added.

"Home Depot started to look and feel more like GE; my guess is that Chrysler will as well. Not everyone likes that approach, of course, because despite all the success GE has had, it's a very competitive internal environment."

Interviews with top Chrysler executives paint a picture of a new corporate culture developing at the Auburn Hills, Mich., automaker, which is now a private company under Cerberus Capital Management.

Nardelli talks about his philosophy of quick yes or no answers but "never a slow maybe." Under Chrysler's previous owner, Germany-based DaimlerChrysler, decisions could take months.

"You get five or six of us together, and we make decisions and move on," said Frank Klegon, executive vice president for product development.

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF INDIANA

## CERTIFICATE OF SERVICE

I certify that on the 3rd day of December, 2014, service of a true and complete copy of the

above and foregoing pleading or paper was made upon:

**The Clerk of the Court**, United States District Court, 5400 Federal Plaza, Hammond, IN
46320
**Judge Rudy Lozano**
7th Circuit District Court Judge
Northern District of Indiana, Hammond Division
5400 Federal Plaza, Hammond, Indiana 46320
TEL (219) 852-6700

**Jason R. Barclay and Mark D. Stuann**, Barnes & Thornburg, LLP, 11 South Meridian
Street, Indianapolis, IN 46204
Attorneys for Defendants Cerberus Capital Management, LP, Stephen Feinberg (CEO of
Cerberus Capital Management, LP), and Robert Nardelli (CEO of Cerberus O & AC,
LLC)
TEL (317) 231-7250

**Howard Godnick and Joshua Schonauer**, Schulte, Roth & Zabel, LLP, 919 Third
Avenue, New York, New York 10022
Attorneys for Defendants Cerberus Capital Management, LP, Stephen Feinberg (CEO of
Cerberus Capital Management, LP), Robert Nardelli (CEO of Cerberus O & AC, LLC),
Chrysler Financial, LLC (aka TD Bank, Group (N.A.))
TEL (212) 593-5955

**James P. Buchholz**, 127 W. Berry Street, Suite 1200, Fort Wayne, Indiana 46802
Attorney for Bosak Motors Auto Dealership, Mr. & Mrs. Skip Bosak (Owners of Bosak
Motors Auto Dealership), John Schultheis (General Manager, Bosak Motors), Jonathan
Jeffries (Service Manager, Bosak Motors)
TEL (260) 426-0545

**James Todd**, Weltman, Weinberg & Reis Co., LPA, 525 Vine St., Suite 800, Cincinnati,
Ohio 45202
Attorney for Chrysler Financial, LLC and Kimberly Johnson (Chrysler Financial
Collections/Repossession Unit)
TEL (513) 723-2200

**Paul Davis**

3

**CEO of Bull Dog Towing and Bull Dog Towing**

**Robert Holland**, Pro Se, Plaintiff, 1120 Baker Street, Gary, Indiana 46404
TEL (219) 427-4582

_____X_____    By depositing in the U.S. Mail properly addressed and with sufficient
first class postage affixed or the federal electronic filing system at the
office of the clerk.

_____    By personal delivery or fax.

Robert M. Holland III, Pro Se