-FILED-

DEC 16 2014

ROBERT N TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

# UNITED STATES DISTRICT COURT
# FOR THE SEVENTH CIRCUIT
# HAMMOND DIVISION

| | |
|---|---|
| ROBERT HOLLAND, ET AL ) | |
| Plaintiffs – Appellants, ) | |
| ) | District Court Case No.: 2:13-CV-491 |
| VS. ) | |
| ) | |
| CERBERUS CAPITAL ) | |
| MANAGEMENT, LP, ET AL, ) | |
| Defendants – Appellees. ) | |

## MOTION TO CORRECT ERRORS AND SET ASIDE

Comes now the Plaintiff, Robert Holland, Pro Se, and respectfully files Motion to Correct Errors and set Aside pursuant to FRCP 59 and 60 based upon a mistake of fact and law. In support of this Motion the Plaintiff Robert Holland clarifies issues raised in his Motion to Correct Errors and Motion to Reconsider both filed November 26, 2014, regarding Default and Summary Judgment and states the following:

The Plaintiff Robert Holland requested a default against Paul Davis and Chrysler, LLC, (DE # 32) and the Bull Dog Towing Defendants (DE #37). Clerk's Entry of Default was entered for Paul Davis (DE #60) and the Bull Dog Towing Defendants (DE #95). Chrysler ~~Financial~~, *is comprised of both* LLC, (Chrysler and Chrysler Financial aka TDAF) NEVER filed a timely Answer or Motion to Dismiss in this case, NEVER requested an extension of time, NEVER provided a valid reason for an extension of time to Answer or file a Motion to Dismiss as required by the FRCP and local rule 6.1. The Court erred in not entering a judgment against Chrysler *and Chrysler* Financial, LLC as requested by the Plaintiff Robert Holland. (DE #72 and DE #99)

**Consider the following:** Attorney Michael Herzoff filed his appearance late on July 11, 2014, (DE #54 and #55) but never 1) **never filed or requested application to appear pro hac vice,** *Herzoff is not admitted to practice in Indiana. His license number is P41662.*

never requested an extension of time and then proceeded to file his brief late. (DE #69 and DE #70). Attorney Rosemary Taft –Milby filed her appearance late on July 30, 2014, but never requested an extension of time and then proceeded to file her brief late. (DE #73, #74, #81 and DE #82) This was well after the extension requested by Attorney James Todd until July 25, 2014 and this Court did not rule on the Motions to Dismiss filed by Ms. Rosemary Taft Milby. (DE #103) (DE #81 and #82). **Attorney James Todd filed for an initial extension of time to answer or file a Motion to Dismiss and filed a second request for an extension of time for his office to file a Motion to Dismiss (not any other office) but never filed an answer or motion to dismiss. (DE #23 and DE #31 P. 1 Par. 2)** Therefore, **the court erred in NOT granting the Plaintiff Robert Holland's request for Default Judgment. (DE #72 and 99)** Therefore, Defendants Paul Davis, Kimberly Johnson and Chrysler Financial, LLC, and Chrysler (auto manufacturer) **have not Answered or filed a Motion to Dismiss or any other responsive pleading to the complaint. On August 12, 2014, or almost 3 months after service of the summons and complaint, Magistrate Judge Martin in error granted Attorney James Todd's request for Extension. Holland has been extremely prejudiced by the Magistrate's ruling (DE #84)** Chrysler was also served but did not Answer. (See Memo on Perfected Service filed 09/26/14) **In addition, Holland was not allowed to argue the default and damages at the hearing on damages held on November 4, 2014.** (Order DE #94 P. 6) (and Order DE #103) The default of Paul Davis, Kimberly Johnson, Chrysler Financial, LLC, Chrysler (auto manufacturer), Chrysler, the CEO of Bull Dog Towing and the Bull Dog Towing Company means that the facts as alleged in the complaint are accepted as true.

Finally, **Summary Judgment** was not granted in this case by the Court in spite of evidence proving the Federal Claims FDCPA, FCRA, RICO (unlawful debt), Indiana Civil RICO and the state law claims. (DE #99, #105, #113 and #114). There are no genuine issues of a material fact, the Plaintiff Robert Holland is entitled to a judgment as a matter of law on all

2

claims.

Respectfully Submitted,

*Robert M. Holland II* (signature)

Robert Holland, Pro se

1120 Baker Street

Gary, Indiana 46404

TEL (219) 427-4582

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF INDIANA
## CERTIFICATE OF SERVICE

I certify that on the 15th day of December, 2014, service of a true and complete copy of the above and foregoing pleading or paper was made upon:

**The Clerk of the Court**, United States District Court, 5400 Federal Plaza, Hammond, IN 46320

**Judge Rudy Lozano**
7th Circuit District Court Judge
Northern District of Indiana, Hammond Division
5400 Federal Plaza, Hammond, Indiana 46320
TEL (219) 852-6700

**Jason R. Barclay and Mark D. Stuann**, Barnes & Thornburg, LLP, 11 South Meridian Street, Indianapolis, IN 46204
Attorneys for Defendants Cerberus Capital Management, LP, Stephen Feinberg (CEO of Cerberus Capital Management, LP), and Robert Nardelli (CEO of Cerberus O & AC, LLC)
TEL (317) 231-7250

**Howard Godnick and Joshua Schonauer**, Schulte, Roth & Zabel, LLP, 919 Third Avenue, New York, New York 10022
Attorneys for Defendants Cerberus Capital Management, LP, Stephen Feinberg (CEO of Cerberus Capital Management, LP), Robert Nardelli (CEO of Cerberus O & AC, LLC), Chrysler Financial, LLC (aka TD Bank, Group (N.A.))
TEL (212) 593-5955

**James P. Buchholz**, 127 W. Berry Street, Suite 1200, Fort Wayne, Indiana 46802

Attorney for Bosak Motors Auto Dealership, Mr. & Mrs. Skip Bosak (Owners of Bosak Motors Auto Dealership), John Schultheis (General Manager, Bosak Motors), Jonathan Jeffries (Service Manager, Bosak Motors)
TEL (260) 426-0545

**James Todd**, Weltman, Weinberg & Reis Co., LPA, 525 Vine St., Suite 800, Cincinnati, Ohio 45202
Attorney for Chrysler Financial, LLC and Kimberly Johnson (Chrysler Financial Collections/Repossession Unit)
TEL (513) 723-2200

**Paul Davis**

**CEO of Bull Dog Towing and Bull Dog Towing**

**Robert Holland**, Pro Se, Plaintiff, 1120 Baker Street, Gary, Indiana 46404
TEL (219) 427-4582

\_\_\_\_X\_\_\_\_\_   By depositing in the U.S. Mail properly addressed and with sufficient first class postage affixed or the federal electronic filing system at the office of the clerk.
_____   By personal delivery or fax.

*/s/ Robert M. Holland III*
Robert M. Holland III, Pro Se

4

case 2:13-cv-00491-RL-JEM   document 23   filed 06/16/14   page 1 of 1

AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Northern District of Indiana

| ROBERT HOLLAND | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.   2:13-CV-00491-RL-JEM |
| CERBERUS MANAGEMENT, LP, et al. | ) | |
| *Defendant* | ) | |

### APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant TD Auto Finance, LLC, successor in interest to Chrysler Financial, LLC

Date:   06/16/2014

/s/ James J. Todd
*Attorney's signature*    ✗ oNly

James J. Todd (30453-15)
*Printed name and bar number*

Weltman, Weinberg & Reis Co., LPA
525 Vine St., Suite 800
Cincinnati, OH 45202

*Address*

jtodd@weltman.com
*E-mail address*

(513) 723-2200
*Telephone number*

(513) 723-2239
*FAX number*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| ROBERT HOLLAND, | ) | Case No.: 2:13-cv-00491-RL-JEM |
| | ) | |
| Plaintiff, | ) | Honorable Rudy Lozano |
| | ) | |
| v. | ) | Magistrate Judge John E. Martin |
| | ) | |
| Cerberus Management, LP., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7(a) Defendant TD Auto Finance LLC, successor in interest to Chrysler Financial, LLC ("TDAF") states that TDAF is a limited liability company organized in the State of Michigan. TDAF is an indirect but wholly owned subsidiary of the Toronto-Dominion Bank. The Toronto-Dominion Bank is a publically held company which is traded on the New York and Toronto Stock Exchanges under the ticker symbol "TD".

Respectfully submitted,

/s/ *James J. Todd*
James J. Todd (30453-15)
Attorney for Plaintiff
Weltman, Weinberg & Reis Co., L.P.A.
525 Vine Street, Suite 800
Cincinnati, OH 45202
Phone: (513) 723-2200
Fax: (513) 723-2239
Email: jtodd@weltman.com

Dated: June 16, 2014

## Certificate of Service

This is to certify that a copy of the foregoing has been electronically filed with the Clerk of Court on June 16, 2014 and served upon the following counsel of record and/or *pro se* parties via United States Mail, postage prepaid:

Robert Holland
1120 Baker St.
Gary, IN 46404

/s/ *James J. Todd*
James J. Todd

Weltman, Weinberg & Reis Co., L.P.A.
525 Vine Street, Suite 800
Cincinnati, OH 45202
Phone: (513) 723-2200
Fax: (513) 723-2239
Email: jtodd@weltman.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| Robert Holland, | ) Case No.: 2:13-cv-00491-RL-JEM |
| | ) |
| Plaintiff, | ) Honorable Rudy Lozano |
| | ) |
| v. | ) Magistrate Judge John E. Martin |
| | ) |
| Cerberus Capital Management, LP, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |
| | ) |
| | ) |

## MOTION FOR SECOND EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendants TD Auto Finance LLC, successor in interest to Chrysler Financial, LLC ("TDAF"), and Kimberly Johnson ("Johnson") hereby move the Court for a second extension of time to answer or otherwise plead to Plaintiff's Complaint. In support thereof, TDAF and Johnson state as follows:

1. Defendants TDAF and Johnson filed their initial automatic extensions of time on June 16 and June 17, 2014, respectively, which extended their deadline to answer or otherwise respond to Plaintiff's Complaint through July 15, 2014.

2. Due to staffing issues at the office of counsel for TDAF and Johnson, coupled with the lengthy nature of TDAF and Johnson's anticipated filing, an additional ten (10) days is needed to properly prepare said filing.

3. This request is not made in bad faith or for the purposes of unnecessary delay, nor will it result in undue prejudice to any party.

4.  The undersigned counsel has contacted Plaintiff via electronic mail to secure his agreement to this extension, but has not yet received a response.

WHEREFORE, Defendants Johnson and TDAF respectfully request this Court grant an additional extension of time up to and including July 25, 2014 to answer or otherwise plead to Plaintiff's Complaint.

Respectfully submitted,

\* only

/s/ James J. Todd
James J. Todd (30453-15)
Attorney for Defendant TD Auto Finance LLC
Weltman, Weinberg & Reis Co., L.P.A.
525 Vine Street, Suite 800
Cincinnati, OH 45202
Phone: (513) 723-2200
Fax: (513) 723-2239
Email: jtodd@weltman.com

Dated: July 14, 2014

### CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been electronically filed with the Clerk of Court on July 14, 2014 and served upon the following counsel of record and/or *pro se* parties via United States Mail, postage prepaid:

Robert Holland
1120 Baker St.
Gary, Indiana 46404

/s/ James J. Todd
James J. Todd

Weltman, Weinberg & Reis Co., LPA
525 Vine St., Suite 800
Cincinnati, OH 45202
(513) 723-2200
(513) 723-2239-facsimile
jtodd@weltman.com

