# UNITED STATES DISTRICT COURT
# FOR THE SEVENTH CIRCUIT
# HAMMOND DIVISION

**FILED**

DEC 22 2014

ROBERT HOLLAND, ET AL )
    Plaintiffs – Appellants, )
)   District Court Case No.: 2:13-CV-491
VS. )
)
CERBERUS CAPITAL )
MANAGEMENT, LP, ET AL, )
    Defendants – Appellees. )

## NOTICE OF APPEAL
## TO THE 7th CIRCUIT COURT OF APPEALS
## FROM A JUDGMENT OR ORDER OF THE DISTRICT COURT

Comes now the Plaintiff, Robert Holland, Pro Se, and respectfully files this Notice of Appeal to the 7th Circuit Court of Appeals. In support of this appeal Robert Holland states the following:

The Plaintiff Robert Holland requested a default against Paul Davis and Chrysler, LLC, (DE # 32) and the Bull Dog Towing Defendants (DE #37). Clerk's Entry of Default was entered for Paul Davis (DE #60) and the Bull Dog Towing Defendants (DE #95). **Chrysler Financial, LLC, (Chrysler and Chrysler Financial aka TDAF) NEVER filed a timely Answer or Motion to Dismiss in this case, NEVER requested an extension of time, NEVER provided a valid reason for an extension of time to Answer or file a Motion to Dismiss as required by the FRCP and local rule 6.1. The Court erred in not entering a judgment against Chrysler Financial, LLC as requested by the Plaintiff Robert Holland. (DE #72 and DE #99) Consider the following:** Attorney Michael Herzoff filed his appearance late on July 11, 2014, (DE #54 and #55) but never 1) **never filed or requested application to appear pro hac vice**, never requested an extension of time and then proceeded to file his brief late. (DE #69 and DE #70). Attorney Rosemary Taft –Milby filed her appearance late on July 30, 2014, but never

requested an extension of time and then proceeded to file her brief late. (DE #73, #74, #81 and DE #82) This was well after the extension requested by Attorney James Todd until July 25, 2014 and this Court did not rule on the Motions to Dismiss filed by Ms. Rosemary Taft Milby. (DE #81 and #82). **Attorney James Todd filed for an initial extension of time to answer or file a Motion to Dismiss and filed a second request for an extension of time for his office to file a Motion to Dismiss (not any other office) but never filed an answer or motion to dismiss. (DE #23 and DE #31 P. 1 Par. 2)** Therefore, **the court erred in NOT granting the Plaintiff Robert Holland's request for Default Judgment. (DE #72 and 99) The Defendants Kimberly Johnson and Chrysler Financial, LLC, have not Answered or filed a Motion to Dismiss or any other responsive pleading to the complaint. On August 12, 2014, or almost 3 months after service of the summons and complaint, Magistrate Judge Martin in error granted Attorney James Todd's request for Extension. Holland has been extremely prejudiced by the Magistrate's ruling (DE #84). (Violating FRCP 12, FRCP 72(b), L.R. 6.1-b, LR. 83.5). The Magistrate had no subject matter jurisdiction (he cannot rule on a dispositive motion) or personal jurisdiction (Attorney Michael Herzoff did not file and appear pro hac vice) Therefore, the judgment is void. (FRCP 60(b)(4) and 60(b)(6))**

**Holland was not allowed to argue the default and damages at the hearing on damages held on November 4, 2014.** (Order DE #94 P. 6) The default of Paul Davis, Kimberly Johnson, Chrysler Financial, LLC, the CEO of Bull Dog Towing and the Bull Dog Towing Company means that the facts as alleged in the complaint are accepted as true.

In addition, Holland requested leave to amend the complaint. (See RICO Case Staement)

Finally, **Summary Judgment** was not granted in this case by the Court in spite of evidence proving the Federal Claims FDCPA, FCRA, RICO (unlawful debt), Indiana Civil

2

RICO and the state law claims. (DE #99, #105, #113 and #114). There are no genuine issues of a material fact, the Plaintiff Robert Holland is entitled to a judgment as a matter of law on all claims.

Comes now the Plaintiff, Robert Holland, Pro Se, and respectfully files this Notice of Appeal to the 7th Circuit Court of Appeals from the DE #103 OPINION AND ORDER: Defendants Cerberus Capital Management, LP, Stephen Feinberg, and Robert Nardelli's Motion to Dismiss Plaintiff's Verified Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) and (b)(2) 28 , is GRANTED. The Clerk is ORDERED to DISMISS the federal claims against these defendants, Cerberus Capital Management, LP, Stephen Feinberg, and Robert Nardelli, WITH PREJUDICE and the state claims are DISMISSED WITHOUT PREJUDICE. The Motion for Oral Argument on Cerberus Defendants' Motion to Dismiss Plaintiff's Verified Complaint Pursuant to Fed. R. Civ. P. 12(B)(6) and (B)(2) 65 is DENIED. Defendants, Bosak Motors Auto Dealership, et al.'s Motion to Dismiss 57 is GRANTED. The Clerk is ORDERED to DISMISS the federal claims against these defendants, Bosak Motors Auto Dealership, Mr. and Mrs. Skip Bosak, John Schultheis, Jonathan Jeffries, and Mike Grzbowski WITH PREJUDICE and the state claims are DISMISSED WITHOUT PREJUDICE. Defendants' Motion to Dismiss 69 is GRANTED. The Clerk is ORDERED to DISMISS the federal claims against these Defendants, Kimberly Johnson and TD Auto Finance LLC, Successor in interest to Chrysler Financial LLC, WITH PREJUDICE and the state claims are DISMISSED WITHOUT PREJUDICE. Defendants' Motion to Dismiss 70 , is duplicative and therefore DENIED AS MOOT. The Request for Default Judgment Sum Certain by the Clerk of the Court, 71 is DENIED. The Request for Clerk's Entry of Default Judgment, 37 is DENIED. The Clerk is ALSO ORDERED to DISMISS the federal claims against these defendants, Paul Davis, Bull Dog Towing, and the CEO of Bull

Dog Towing, WITH PREJUDICE and DISMISS the state claims WITHOUT PREJUDICE. The Application for Judgment by Default Sum Certain 99, is DENIED. The Request for the Court to Issue an Order for the Defendants to Remove Damaging Credit Information From the Credit Reporting Agencies, 100 is DENIED. The relief requested in the Brief on Treble Damages Pursuant to State Law, 101 is DENIED. Finally, the Clerk is ORDERED to CLOSE THIS CASE. Signed by Judge Rudy Lozano on 11/18/2014. (cc: Holland) (rmn) (Entered: 11/18/2014)

DE #104 CLERK'S ENTRY OF JUDGMENT. (rmn) (Entered: 11/18/2014)

DE #111 ORDER: Court DENIES 105 Motion for Summary Judgment. Signed by Judge Rudy Lozano on 11/24/2014. cc: Holland (tc) (Entered: 11/24/2014)

DE #115 ORDER denying 112 Motion for Reconsideration the Judgment and denying 113 Motion to Correct Errors and Set Aside the Judgment. Signed by Judge Rudy Lozano on 12/8/14. cc:pltf (kjp) (Entered: 12/08/2014)

DE #68 ORDER granting 63 Application to Appear Pro Hac Vice of Attorney Rosemary Taft-Milby PHV for Chrysler Financial LLC, Paul Davis and for Kimberly Johnson. Signed by Magistrate Judge John E Martin on 7/24/14. (mc) (Entered: 07/24/2014)

*DE #84 ORDER granting 56 Motion for Extension of Time to Respond to Plaintiffs Complaint. Defendants Kimberly Johnson and TD Auto Finance LLC, successor in interest to named Chrysler Financial, LLC, have an extension through 7/25/2014 within which to respond to Plaintiffs Complaint, making the Motions to Dismiss filed on July 24, 2014, timely. Signed by Magistrate Judge John E Martin on 8/12/14. cc: Holland (mc) (Entered: 08/13/2014)

*DE # 86 ORDER denying 32 Motion for Entry of Default. Signed by Judge Rudy Lozano on 9/3/14. cc: Holland (mc) (Entered: 09/03/2014)

*DE #87 ORDER denying 38 Request for Default filed by pro se Plaintiff, Robert

4

Holland. Signed by Judge Rudy Lozano on 9/3/14. cc: Holland (mc) (Entered: 09/03/2014)

*DE #89 ORDER taking under advisement 37 Motion for Entry of Default; taking under advisement 45 Motion for Judgment as a Matter of Law; taking under advisement 71 Motion for Entry of Default; denying 72 Motion for Default Judgment. Holland is ORDERED to file a memorandum on or before September 30, 2014, showing why he has perfected service upon Paul Davis, Bull Dog Towing, and the CEO of Bull Dog Towing. Signed by Judge Rudy Lozano on 9/16/14. cc: Holland (mc) (Entered: 09/16/2014)

*DE #94 ORDER: granting in part and denying in part 37 Motion for Entry of Default - the Clerk is ORDERED to enter default in favor of Plaintiff and against Defendants Bull Dog Towing and the CEO of Bull Dog Towing. The request for default judgment embedded in that same motion 37 REMAINS UNDER ADVISEMENT, and the Court hereby ORDERS a HEARING to determine the amount of damages, at which Plaintiff and Defendants, Bull Dog Towing and the CEO of Bull Dog Towing, are ORDERED to attend, before this Court on November 4, 2014, at 1:00 p.m. The Request for Default Judgment 71 against Defendant, Paul Davis, REMAINS UNDER ADVISEMENT, and the Court hereby ORDERS a HEARING to determine the amount of damages, at which Plaintiff and Defendant, Paul Davis, are ORDERED to attend, before this Court on November 4, 2014, at 1:00 p.m. The Motion for Final Judgment 45 is duplicative, and is DENIED AS MOOT. Signed by Judge Rudy Lozano on 10/8/2014. (cc: Bull Dog Towing, CEO of Bull Dog Towing, Paul Davis) (rmn) (Entered: 10/09/2014)

(Orders Appealed DE #103, #104, #111, #115, #68, #84, #86, #87, #89, #94)

WHEREFORE, the Plaintiff Holland requests that this Notice of Appeal be filed and the record be sent to the 7th Circuit Court of Appeals.

Respectfully Submitted,

*[signature: Robert M. Holland]*

Robert Holland, Pro se

1120 Baker Street

Gary, Indiana 46404

TEL (219) 427-4582

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA
# CERTIFICATE OF SERVICE

I certify that on the 22nd day of December, 2014, service of a true and complete copy of

the above and foregoing pleading or paper was made upon:

**The Clerk of the Court**, United States District Court, 5400 Federal Plaza, Hammond, IN 46320

**Judge Rudy Lozano**
7th Circuit District Court Judge
Northern District of Indiana, Hammond Division
5400 Federal Plaza, Hammond, Indiana 46320
TEL (219) 852-6700

**Jason R. Barclay and Mark D. Stuann**, Barnes & Thornburg, LLP, 11 South Meridian Street, Indianapolis, IN 46204
Attorneys for Defendants Cerberus Capital Management, LP, Stephen Feinberg (CEO of Cerberus Capital Management, LP), and Robert Nardelli (CEO of Cerberus O & AC, LLC)
TEL (317) 231-7250

**Howard Godnick and Joshua Schonauer**, Schulte, Roth & Zabel, LLP, 919 Third Avenue, New York, New York 10022
Attorneys for Defendants Cerberus Capital Management, LP, Stephen Feinberg (CEO of Cerberus Capital Management, LP), Robert Nardelli (CEO of Cerberus O & AC, LLC), Chrysler Financial, LLC (aka TD Bank, Group (N.A.))
TEL (212) 593-5955

**James P. Buchholz**, 127 W. Berry Street, Suite 1200, Fort Wayne, Indiana 46802
Attorney for Bosak Motors Auto Dealership, Mr. & Mrs. Skip Bosak (Owners of Bosak Motors Auto Dealership), John Schultheis (General Manager, Bosak Motors), Jonathan

Jeffries (Service Manager, Bosak Motors)
TEL (260) 426-0545

**James Todd**, Weltman, Weinberg & Reis Co., LPA, 525 Vine St., Suite 800, Cincinnati, Ohio 45202
Attorney for Chrysler Financial, LLC and Kimberly Johnson (Chrysler Financial Collections/Repossession Unit)
TEL (513) 723-2200

**Paul Davis**

**CEO of Bull Dog Towing and Bull Dog Towing**

**Robert Holland**, Pro Se, Plaintiff, 1120 Baker Street, Gary, Indiana 46404
TEL (219) 427-4582

\_\_\_\_X\_\_\_\_    By depositing in the U.S. Mail properly addressed and with sufficient first class postage affixed or the federal electronic filing system at the office of the clerk.
_____    By personal delivery or fax.

*[signature]*
Robert M. Holland III, Pro Se