

# UNITED STATES DISTRICT COURT
# FOR THE SEVENTH CIRCUIT
# HAMMOND DIVISION

| | |
|---|---|
| ROBERT HOLLAND, ET AL ) | |
|    Plaintiffs – Appellants, ) | |
| ) | District Court Case No.: 2:13-CV-491 |
| VS. ) | |
| ) | |
| CERBERUS CAPITAL ) | |
| MANAGEMENT, LP, ET AL, ) | |
|    Defendants – Appellees. ) | |

## MOTION TO PROCEED ON APPEAL
## IN FORMA PAUPERIS

Comes now the Plaintiff, Robert Holland, Pro Se, and respectfully files this Motion to Proceed on Appeal In Forma Pauperis. Notice of Appeal was sent to the Court of Appeals from a Final Judgment or Order of the District Court dated

respectfully files this Notice of Appeal to the 7th Circuit Court of Appeals from the DE #103 OPINION AND ORDER and DE #104 CLERK'S ENTRY OF JUDGMENT. (rmn) (Entered: 11/18/2014). The Plaintiff also, Appeals Orders DE #111, #115, #68, #84, #86, #87, #89, #94)

The Petitioner, Robert Holland, moves this Court for an order as follows:

1. Allowing commencement and prosecution of this action in forma pauperis; and

2. Directing the Clerk of the Court to file and issue papers and pleadings as required by the petitioner without the payment of any fees, costs, or charges, subject to recovery from the opposing party and all other just and proper relief under the circumstances including but not limited to the 1) Appointment of Appellate Counsel, and 2) Ordering and filing of Transcript for the appeal.

This motion is supported by the attached in forma pauperis affidavit (Exhibit 1).

Respectfully submitted,

*Robert M. Holland* (signature)

Robert Holland, Pro se
1120 Baker Street
Gary, Indiana 46402
TEL (219) 433-7526

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA
# CERTIFICATE OF SERVICE

I certify that on the 21st day of December, 2014, service of a true and complete copy of

the above and foregoing pleading or paper was made upon:

**The Clerk of the Court**, United States District Court, 5400 Federal Plaza, Hammond, IN 46320

**Judge Rudy Lozano**
7th Circuit District Court Judge
Northern District of Indiana, Hammond Division
5400 Federal Plaza, Hammond, Indiana 46320
TEL (219) 852-6700

**Jason R. Barclay and Mark D. Stuann**, Barnes & Thornburg, LLP, 11 South Meridian Street, Indianapolis, IN 46204
Attorneys for Defendants Cerberus Capital Management, LP, Stephen Feinberg (CEO of Cerberus Capital Management, LP), and Robert Nardelli (CEO of Cerberus O & AC, LLC)
TEL (317) 231-7250

**Howard Godnick and Joshua Schonauer**, Schulte, Roth & Zabel, LLP, 919 Third Avenue, New York, New York 10022
Attorneys for Defendants Cerberus Capital Management, LP, Stephen Feinberg (CEO of Cerberus Capital Management, LP), Robert Nardelli (CEO of Cerberus O & AC, LLC), Chrysler Financial, LLC (aka TD Bank, Group (N.A.))
TEL (212) 593-5955

**James P. Buchholz**, 127 W. Berry Street, Suite 1200, Fort Wayne, Indiana 46802
Attorney for Bosak Motors Auto Dealership, Mr. & Mrs. Skip Bosak (Owners of Bosak Motors Auto Dealership), John Schultheis (General Manager, Bosak Motors), Jonathan Jeffries (Service Manager, Bosak Motors)

TEL (260) 426-0545

**James Todd**, Weltman, Weinberg & Reis Co., LPA, 525 Vine St., Suite 800, Cincinnati, Ohio 45202
Attorney for Chrysler Financial, LLC and Kimberly Johnson (Chrysler Financial Collections/Repossession Unit)
TEL (513) 723-2200

**Paul Davis**

**CEO of Bull Dog Towing and Bull Dog Towing**

**Robert Holland**, Pro Se, Plaintiff, 1120 Baker Street, Gary, Indiana 46404
TEL (219) 433-7526

    X     By depositing in the U.S. Mail properly addressed and with sufficient first class postage affixed or the federal electronic filing system at the office of the clerk.
          By personal delivery or fax.

*/s/ Robert M. Holland*
Robert M. Holland III, Pro Se

3

# United States District Court

for the

NORTHERN DISTRICT OF INDIANA

ROBERT HOLLAND, ET AL )
)
          Plaintiff s )
)
v. )
) Case No. 2:13CV491
CERBERUS CAPITAL, ET AL )
)
          Defendant s )
)

## AFFIDAVIT ACCOMPANYING MOTION
## FOR PERMISSION TO APPEAL IN FORMA PAUPERIS

**Affidavit in Support of Motion**

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.)

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Signed: _Robert M. Holland_   Date: _December 21, 2014_

My issues on appeal are: _Attached_

1. *For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.*

No Spouse

Appellant's issues for appeal are the following:

1. **ISSUE #1 Whether Holland was entitled to a Default Judgment?**

2. **ISSUE #2 Whether the Complaint sufficiently Alleges the Existence of An Enterprise?**

3. **ISSUE #3 Whether each Defendant was Conducted the Affairs of the Enterprise not Just their Own Affairs?**

4. **ISSUE #4 Whether the Predicate Acts of Racketeering Activity violated RICO?**

5. **ISSUE #5 Whether there was a Pattern of Racketeering Activity?**

6. **ISSUE #6 Whether the Injury was by Conducting the Enterprise through a Pattern of Racketeering Activity 18 U.S.C. § 1962(c)?**

7. **ISSUE #7 Whether the Injury was by the Investment of the Racketeering Proceeds 18 U.S.C. § 1962(a)?**

8. **ISSUE #8 Whether the Injury was by Control of An Interest in a RICO Enterprise 18 U.S.C. § 1962(b)?**

9. **ISSUE #9 Whether the Injury was by Conspiracy to Violate 18 U.S.C. § 1962(a), (b) and (c)?**

10. **ISSUE #10 Vicarious Liability** See **Liquid Air Corp vs. Rogers, 834 F.2d 1297 (7th Cir. Ct. App. 1987)**?

11. **ISSUE #11 Whether the Defendants are liable pursuant to an Aiding and Abetting Theory of Liability?** (See RICO Case Statement (DE #78 P. 19-21))

12. **ISSUE #12 Whether the Defendants are liable pursuant to Indiana Civil RICO?** (See RICO Case Statement (DE #78 P. 21-23))

13. **ISSUE #13 Whether the Court has Personal Jurisdiction over all the Defendants** *Purdue Research Found. v. Sanofi-Synthelabo, S.A.*, 338 F.3d 773, 782 (7th Cir. 2003), Also see RICO Case Statement (DE #78 P. 23-24).

14. **ISSUE #14 Whether the defendants are a Single Economic Enterprise?** (See RICO Case Statement (DE #78 P. 23-24)).

15. **ISSUE #15 Whether Holland is entitled to Summary Judgment?** (See Motion for Summary Judgment and Memo DE #105).

16. **ISSUE #16 Whether Holland is entitled to all the Damages requested?** (See DE #99, 100, and 101).

17. **ISSUE #17 Whether Holland should be granted his Request for Leave to Amend the Complaint?** (See RICO Case Statement (DE #78 P. 24 in Conclusion section)).

18. **ISSUE #18 Whether the Federal Claims of FDCPA, FCRA and RICO (Usury – unlawful collection of a debt) should have been dismissed?** (DE #103 and 104) (Also See Motion to Correct Errors filed on 12/16/14).

19. **ISSUE #19 Whether the Judgment is Void?** (DE #103 and 104) (See Brief on Magistrate's Order DE #84)(Also See Motion to Correct Errors filed on 12/16/14).

20. **ISSUE # 20 Whether the Complaint should be dismissed with prejudice?**

21. **ISSUE #21 Whether the District Court's failure to Strike the Appearances of the Counsel for Kimberly Johnson and Chrysler Financial, LLC, (aka TDAF) Attorney Michael Herzoff and the admission and consideration of his motion to dismiss prejudicial and fundamental error?**

The District Court allowed the Countrywide Defendants to defend in the case but did not allow Holland to prosecute. Also, neither did the District Court make any investigation of the parties and their counsel's failure to appear pro hac vice. (At the screening stage the Defendants should not be allowed to assert their defenses without allowing the Plaintiff the opportunity to prosecute his case)

22. **ISSUE #22 Whether the Plaintiff Robert Holland has had meaningful access to the Federal Courts?**

The Plaintiff Robert Holland has not had meaningful access to the federal courts. The Supreme Court found in *Bounds v. Smith*, 430 U.S. 817, 821, 52 L. Ed. 2d 72, 97 S. Ct. 1491 (1977). That the right to access (to the federal courts) is not absolute, but it must be "adequate, effective and meaningful." *Id.* at 822. Cited in HARRY FRANKLIN, laintiff-Appellant, v. MS. MURPHY and HOYT CUPP, et al., Defendants-Appellees, Nos. 83-3939, 83-3978, UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT, 745 F.2d 1221; 1984 U.S. App. LEXIS 17458, 1984. Our conclusion today is consonant with Congress' overarching goal in enacting the *in forma pauperis* statute: "to assure equality of consideration for all litigants." *Coppedge v. United States*, 369 U.S. 438, 447 (1962); see also H. R. Rep. No. 1079, 52d Cong., 1st Sess., 1 (1892). Under Rule 12(b)(6), a plaintiff with an

3

arguable claim is ordinarily accorded notice of a pending motion to dismiss for failure to state a claim and an opportunity to amend the complaint before the motion is ruled upon. These procedures alert him to the legal theory underlying the defendant's challenge, and enable him meaningfully to respond by opposing the motion to dismiss on legal grounds or by clarifying his factual allegations so as to conform with the requirements of a valid legal cause of action. This adversarial process also crystallizes the pertinent issues and facilitates appellate review of a trial court dismissal by creating a more complete record of the case. *Brandon v. District of Columbia Board of Parole*, 236 U.S. App. D. C. 155, 158, 734 F. 2d 56, 59 (1984), cert. denied, 469 U.S. 1127 (1985).

**The prayer for relief.** The Plaintiff – Appellant Robert Holland requests that this honorable Appellate Court GRANT the Plaintiff Appellant In Forma Pauperis status, APPOINT Counsel for the appeal, REVERSE the decision of the lower district court granting dismissing the Complaint, and GRANT Summary Judgment against all the Defendants jointly and severally and for all other just and proper relief.

Respectfully Submitted,

*/s/ Robert M. Holland*

Robert M. Holland III, Pro Se

1120 Baker Street

Gary, Indiana 46404

TEL (219) 427-4582

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 0 | $ | $ 0 | $ |
| Self-employment | $ 0 | $ | $ 0 | $ |
| Income from real property (such as rental income) | $ 0 | $ | $ 0 | $ |
| Interest and dividends | $ 0 | $ | $ 0 | $ |
| Gifts | $ 0 | $ | $ 0 | $ |
| Alimony | $ 0 | $ | $ 0 | $ |
| Child support | $ 0 | $ | $ 0 | $ |
| Retirement (such as social security, pensions, annuities, insurance) | $ 0 | $ | $ 0 | $ |
| Disability (such as social security, insurance payments) | $ 1,299 | $ | $ 1,299 | $ |
| Unemployment payments | $ 0 | $ | $ 0 | $ |
| Public-assistance (such as welfare) | $ 0 | $ | $ 0 | $ |
| Other (specify): | $ 0 | $ | $ 0 | $ |
| **Total monthly income:** | $ 1,299 | $ | $ 1,299 | $ |

1,299 - 300 deducted automatically = $999

2. List your employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| SELF | SAME | 1998-2014 | $ 0 |
| Lake County Prosecutor | 2293 North Main St, Crown Point, IN 46307 | 08-1997 to 04/1998 | $ 2,700 |
| City of Gary Law Dept. | 401 Broadway 4th Floor 46402 Gary, IN | 04/1997 to 07/1997 | $ 2,500 |

3. List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| N/A | | | $ |
| | | | $ |
| | | | $ |

4. How much cash do you and your spouse have? $ 10

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| BMO Harris | checking/savings | .00 | $ 0 N/A |
| First Midwest Bank | checking/savings | .01 | $ 0 |
| | | $ | $ |

*If you are a prisoner seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.*

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

*in tax sale litigation tax certificate and tax deed issued*

| Home | Other real estate | Motor vehicle #1 |
|---|---|---|
| (Value) $ 30,000 | (Value) $ N/A | (Value) $ N/A none |
| | | Make and year: |
| | | Model: |
| | | Registration #: |

| Motor vehicle #2 | Other assets | Other assets |
|---|---|---|
| (Value) $ NONE | (Value) $ | (Value) $ |
| Make and year: | | |
| Model: | | |
| Registration #: | | |

6. *State every person, business, or organization owing you or your spouse money, and the amount owed.*

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| N/A | $ | $ |
| | $ | $ |
| | $ | $ |
| | $ | $ |

7. *State the persons who rely on you or your spouse for support.*

| Name [or, if under 18, initials only] | Relationship | Age |
|---|---|---|
| NONE | | |
| | | |
| | | |

8. *Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.*

No Spouse

| | You | Your Spouse |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home)<br>Are real estate taxes included? [ ] Yes [X] No<br>Is property insurance included? [ ] Yes [X] No | $ 0 | $ |

| | | |
|---|---|---|
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ 350 | $ |
| Home maintenance (repairs and upkeep) | $ 50 | $ |
| Food | $ 300 | $ |
| Clothing | $ 100 | $ |
| Laundry and dry-cleaning | $ 100 | $ |
| Medical and dental expenses | $ 39 | $ |
| Transportation (not including motor vehicle payments) | $ 150 | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ 100 | $ |
| Insurance (not deducted from wages or included in mortgage payments) | | |
|     Homeowner's or renter's: | $ 0 | $ |
|     Life: | $ 0 | $ |
|     Health: | $ 99 | $ |
|     Motor vehicle: | $ 0 | $ |
|     Other: | $ 0 | $ |
| Taxes (not deducted from wages or included in mortgage payments) (specify): * property taxes | $ | $ |
| Installment payments  outst. * $1200 | | |
|     Motor Vehicle: | $ | $ |
|     Credit card (name): | $ | $ |
|     Department store (name): | $ | $ |
|     Other: | $ | $ |
| Alimony, maintenance, and support paid to others | $ | $ |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ 50 | $ |
| Other (specify): Household Goods | $ 50 | $ |
| **Total monthly expenses:** | $ 1,389 | $ |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

   [ ] Yes [X] No        If yes, describe on an attached sheet.

10. Have you spent — or will you be spending — any money for expenses or attorney fees in connection with this lawsuit? [ ] Yes [X] No

    If yes, how much? $ ___0___

11. Provide any other information that will help explain why you cannot pay the docket fees for your appeal. This case has ~~[scribbled]~~ ~~[scribbled]~~ poverty defendants. The cost of copying fees, Kinko's Fed Ex, mail will be approximately $300.

12. State the city and state of your legal residence. 

    Your daytime phone number: (219) 433-7526

    Your age: 51    Your years of schooling: 19

    Last four digits of your social-security number: 7212