## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF INDIANA
## HAMMOND DIVISION

| | |
|---|---|
| ROBERT HOLLAND, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 2:13-cv-00491 |
| | ) |
| CERBERUS CAPITAL MANAGEMENT, | ) |
| *et al.*, | ) |
| | ) |
| Defendants. | ) |

### ORDER

This matter is before the Court on the "Motion to Correct Errors and Set Aside," filed by pro se Plaintiff, Robert Holland, on December 16, 2014 (DE #117).  Plaintiff previously filed a Motion to Reconsider (DE #112) and a Motion to Correct Errors and Set Aside the Judgment (DE #113), and this Court addressed and rejected these motions in its order dated December 8, 2014 (DE #115.)  Nothing in the instant motion provides any basis to correct or set aside a court order.  Consequently, the motion (DE #117) is **DENIED**.


DATED: December 23, 2014          /s/ RUDY LOZANO, Judge
                                  **United States District Court**