```
               IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF INDIANA
                         HAMMOND DIVISION
```

ROBERT HOLLAND,                   )
                                  )
Plaintiff,                        )
                                  )
vs.                               ) No. 2:13-cv-00491
                                  )
CERBERUS CAPITAL MANAGEMENT,      )
*et al.*,                         )
                                  )
Defendants.                       )

### ORDER

This matter is before the Court on the Motion to Proceed on Appeal in Forma Pauperis, filed by pro se Plaintiff, Robert Holland, on December 22, 2014 (DE #120). The Court notes that the caption states "United States District Court for the Seventh Circuit Hammond Division," but because the caption includes the instant case number and was filed with this Court, the Court presumes Holland indeed meant to file this motion with the district court.

In this case, Holland indicates he is appealing multiple orders (DE ##103, 115, 87, 104, 89, 84, 68, 94, 86, and 111). "An appeal may not be taken *in forma pauperis* if the trial court certifies in writing that it is not taken in good faith."  28 U.S.C. § 1915(a)(3). As explained in all of the Court orders, with special emphasis on DE #103 which is a 31-page opinion finding the

allegations of the complaint did not plausibly and sufficiently plead legal claims under RICO, Holland's claims were properly dismissed.  In the present motion, Holland does not raise any arguable basis for overturning the Court's dismissal of his case, and instead simply lists issues he made previously during this case regarding the merits of his claims.  This appeal is not taken in good faith because no "reasonable person could suppose that the appeal has some merit."  *Walker v. O'Brien*, 216 F.3d 626, 632 (7th Cir. 2000).

For the reasons set forth above, the motion for leave to proceed *in forma pauperis* on appeal (DE #120) is **DENIED**.


**DATED: December 23, 2014**         /s/ RUDY LOZANO, Judge
                                     **United States District Court**