UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| ROBERT HOLLAND            )<br>                                          )<br>        Plaintiff,              )<br>                                          )<br>    v.                               )    Civil Case No.  2:13-CV-00491-RL-JEM<br>                                          )<br>CEREBERUS CAPITAL    )<br>MANAGEMENT, L.P., *et al.*,  )<br>                                          )<br>        Defendants.            ) | |

## MOTION TO WITHDRAW APPEARANCE

COMES NOW, Jason R. Barclay ("Barclay"), counsel of record for Defendants, Cerberus Capital Management, L.P., Stephen Feinberg, and Robert Nardelli (the "Cerberus Defendants"), and for his Motion to Withdraw Appearance shows the Court as follows:

1. Barclay recently informed the Cerberus Defendants that he has accepted a position as general counsel to the Governor of Illinois and is withdrawing as a partner at Barnes & Thornburg LLP.

2. Attorney Mark Stuaan of Barnes & Thornburg LLP and attorneys Howard Godnick and Joshua Schonauer of Schultz Roth & Zabel LLP will continue to represent the Cerberus Defendants in this matter.

WHEREFORE, Jason R. Barclay respectfully requests an Order from this Court withdrawing his name as counsel of record for Cerberus Capital Management, L.P., Stephen Feinberg, and Robert Nardelli.

Respectfully submitted,

*/s/ Jason R. Barclay*
Jason R. Barclay
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, Indiana  46204
Telephone: (317) 231-7250
Fax: (317) 231-7433

*Attorney for Defendants Cerberus Capital Management, L.P., Stephen Feinberg and Robert Nardelli*

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of December, 2014, a copy of the foregoing was filed electronically and has been served on all counsel of record by the Court's ECF filing system.

Additionally, a copy of the foregoing was sent to the following *pro se* Plaintiff by depositing the same in the United States mail, first class, postage prepaid:

> Robert Holland
> 1120 Baker Street
> Gary, IN 46404

*s/ Jason R. Barclay*
Jason R. Barclay

INDS02 JBARCLAY 1352409v1