# UNITED STATES DISTRICT COURT
# FOR THE SEVENTH CIRCUIT
# HAMMOND DIVISION

~FILED~

JAN  8 2015

ROBERT HOLLAND, ET AL )
    Plaintiffs – Appellants, )
     )    District Court Case No.: 2:13-CV-491
VS. )
     )
CERBERUS CAPITAL )
MANAGEMENT, LP, ET AL, )
    Defendants – Appellees. )

## NOTICE OF THE PLAINTIFF'S
## CHANGE IN TELEPHONE NUMBER

Comes now the Plaintiff, Robert Holland, Pro Se, and respectfully files this Notice of the

Plaintiff's Change in Telephone Number.  The Plaintiff Robert Holland's Telephone Number is

now the following:

    **Telephone Number (219) 433-7526**

WHEREFORE, the Plaintiff Holland requests that this Notice of the Plaintiff's Change in

Telephone Number be entered by the Clerk of the Court and distributed electronically to all

concerned parties and for all other proper relief under the circumstances.

Respectfully Submitted,

Robert M. Holland

Robert Holland, Pro se

1120 Baker Street

Gary, Indiana 46404

TEL (219) 433-7526

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF INDIANA**
<u>**CERTIFICATE OF SERVICE**</u>

I certify that on the 5th day of January, 2015, service of a true and complete copy of the

above and foregoing pleading or paper was made upon:

> **The Clerk of the Court**, United States District Court, 5400 Federal Plaza, Hammond, IN 46320
> **Judge Rudy Lozano**
> 7th Circuit District Court Judge
> Northern District of Indiana, Hammond Division
> 5400 Federal Plaza, Hammond, Indiana 46320
> TEL (219) 852-6700

> **Jason R. Barclay and Mark D. Stuann**, Barnes & Thornburg, LLP, 11 South Meridian Street, Indianapolis, IN 46204
> Attorneys for Defendants Cerberus Capital Management, LP, Stephen Feinberg (CEO of Cerberus Capital Management, LP), and Robert Nardelli (CEO of Cerberus O & AC, LLC)
> TEL (317) 231-7250

> **Howard Godnick and Joshua Schonauer**, Schulte, Roth & Zabel, LLP, 919 Third Avenue, New York, New York 10022
> Attorneys for Defendants Cerberus Capital Management, LP, Stephen Feinberg (CEO of Cerberus Capital Management, LP), Robert Nardelli (CEO of Cerberus O & AC, LLC), Chrysler Financial, LLC (aka TD Bank, Group (N.A.))
> TEL (212) 593-5955

> **James P. Buchholz**, 127 W. Berry Street, Suite 1200, Fort Wayne, Indiana 46802
> Attorney for Bosak Motors Auto Dealership, Mr. & Mrs. Skip Bosak (Owners of Bosak Motors Auto Dealership), John Schultheis (General Manager, Bosak Motors), Jonathan Jeffries (Service Manager, Bosak Motors)
> TEL (260) 426-0545

> **James Todd**, Weltman, Weinberg & Reis Co., LPA, 525 Vine St., Suite 800, Cincinnati, Ohio 45202
> Attorney for Chrysler Financial, LLC and Kimberly Johnson (Chrysler Financial Collections/Repossession Unit)
> TEL (513) 723-2200

> **Paul Davis**

> **CEO of Bull Dog Towing and Bull Dog Towing**

2

**Robert Holland**, Pro Se, Plaintiff, 1120 Baker Street, Gary, Indiana 46404
TEL (219) 433-7526

\_\_\_\_X\_\_\_\_\_     By depositing in the U.S. Mail properly addressed and with sufficient
                 first class postage affixed or the federal electronic filing system at the
                 office of the clerk.
_____     By personal delivery or fax.


Robert M. Holland III, Pro Se

3

4

ı sufficient
stem at the



S SUBURBAN IL 605

06 JAN 2015 PM 4 L

CLERK
U.S. District Court
5400 Federal Plaza
Hammond, IN 46320

46320184775

Robert Hollonki
1120 Baker Street
Gary, IN 46404