Case: 14-3752      Document: 7      Filed: 01/21/2015      Pages: 2

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE TO TRANSMIT RECORD ON APPEAL

January 21, 2015

| | |
|---|---|
| No.: 14-3752 | ROBERT HOLLAND,<br>Plaintiff - Appellant<br><br>v.<br><br>STEPHEN FEINBERG, CEO Cerberus Capital Management LP, et al.,<br>Defendants - Appellees |
| No.: 15-1040 | ROBERT HOLLAND,<br>Plaintiff - Appellant<br><br>v.<br><br>STEPHEN FEINBERG, CEO Cerberus Capital Management LP, et al.,<br>Defendants - Appellees |
| **Originating Case Information:** ||
| District Court No: 2:13-cv-00491-RL-JEM<br>Northern District of Indiana, Hammond Division<br>District Judge Rudy Lozano ||
| **Originating Case Information:** ||
| District Court No: 2:13-cv-00491-RL-JEM<br>Northern District of Indiana, Hammond Division<br>District Judge Rudy Lozano<br>Court Reporter Kelly Fitzgerald<br>Clerk/Agency Rep Robert N. Trgovich ||

Case: 14-3752      Document: 7       Filed: 01/21/2015      Pages: 2

Pursuant to Circuit Rule 11(b), the entire record is to be transmitted to this court immediately for use in the decision in the above named cause.

form name: **c7_NoticeTransROA**(form ID: **116**)