# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

**Robert N. Trgovich, Clerk**                                                                 www.innd.uscourts.gov

January 22, 2015

## RECORD TRANSMITTAL LETTER

Gino J. Agnello, Clerk
United States Court of Appeals, 7th Circuit
219 South Dearborn Street, Room 2722
Chicago, IL 60604

Re: Holland v Feinberg et al
District Court Docket # 2:13-cv-491
U.S. Court of Appeals # 14-3752, 15-1040

Dear Mr. Agnello:

    I am sending you herewith the Original Record on Appeal. It consists of the following:

| | |
|---|---|
| 1 | Volume(s) of Pleadings |
| | Volume(s) of Transcripts |
| | Volume(s) of State Court Records |
| | Volume(s) of Depositions |

Exhibits:
Impounded Documents/PSI Reports:
Other (specify):

    Please acknowledge receipt of the above-listed materials on the attached copy of this letter.

Sincerely,

ROBERT N. TRGOVICH, CLERK

By: /s/MCiric
Deputy Clerk

Date Received:_____   By:_____

Reply to: Hammond Office

1108 E. Ross Adair Federal Bldg. • 1300 S. Harrison Street • Fort Wayne, Indiana 46802 • (260) 423-3000 • Fax (260) 423-3007
5400 Federal Plaza • Suite 2300 • Hammond, Indiana 46320 • (219) 852-6500 • Fax (219) 852-6509
102 Robert A. Grant Federal Bldg. • 204 South Main Street • South Bend, Indiana 46601 • (574) 246-8000 • Fax (574) 246-8002
214 Charles Halleck Federal Bldg. • 230 North Fourth Street • P.O. Box 1498 • Lafayette, Indiana 47902 • (765) 420-6250 • Fax (765) 420-6273