

14-3752 Robert Holland v. Stephen Feinberg, et al "Original Record on Appeal filed" (2:13-cv-00491-RL-JEM)
CA07_CMECFMail
to:
RecordRequest_INND
01/30/2015 02:18 PM
Hide Details
From: CA07_CMECFMail@ca7.uscourts.gov

To: RecordRequest_INND@innd.uscourts.gov

***NOTE TO PUBLIC ACCESS USERS*** **Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.**

### Seventh Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was entered on 01/30/2015 at 2:17:47 PM CST and filed on 01/30/2015

  **Case Name:**     Robert Holland v. Stephen Feinberg, et al
  **Case Number:**   14-3752

**Docket Text:**
Original paper record on appeal filed. Contents of record : 129 vol. of pleadings on CD. [8] [6638157] [14-3752, 15-1040] (SP)

**Notice will be electronically mailed to:**

Mr. James P. Buchholz, Attorney
Mr. Howard Owen Godnick, Attorney
James J. Todd
Robert N. Trgovich, Clerk of Court