```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF INDIANA
                    HAMMOND DIVISION
```

ROBERT HOLLAND,                  )
                                 )
Plaintiff,                       )
                                 )
vs.                              ) No. 2:13-cv-00491
                                 )
CERBERUS CAPITAL MANAGEMENT,     )
*et al.*,                        )
                                 )
Defendants.                      )

### ORDER

This matter is before the Court on the Motion to Correct Errors and Set Aside, filed by pro se Plaintiff, Robert Holland, on March 5, 2015 (DE #134).  For the reasons set forth below, the motion (DE #134) is **DENIED.**

Holland states that the current motion is made pursuant to Federal Rules of Civil Procedure 59 and 60.  Rule 59(e) requires that a motion to alter or amend a judgment "must be filed no later than 28 days after the entry of the judgment."  Fed. R. Civ. P. 59(e).  In this case, the judgment was entered on November 19, 2014 (DE #104), therefore, the motion is untimely.

To the extent Holland moves for reconsideration under Rule 60, Holland previously filed a motion to reconsider on November 26, 2014 (DE #112) and a motion to correct errors and set aside the judgment on November 26, 2014 (DE #113).  This Court denied those motions, finding Holland was merely rehashing arguments previously

presented to the Court.  (DE #115.)  Again, reconsideration is not warranted.  Holland has pointed to no manifest error, newly discovered evidence, or change in law, and merely rehashes arguments.  As such, the motion (DE #134) is **DENIED.**


**DATED:    March 17, 2015**             /s/ RUDY LOZANO, Judge
                                      **United States District Court**